# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866**

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

## ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS

    COMES NOW Shaun Pearman of the Pearman Law Firm, P.C., who respectfully enters his appearance in this matter on behalf of the Plaintiffs, Benjamin Gates, Travis Swartz, and National Foundation for Gun Rights, Inc.

Dated: July 28, 2022

**THE PEARMAN LAW FIRM, P.C.**

Original duly signed: 07/28/2022
***/s/ Eric P. Apjoke***
Shaun Pearman, Attorney Reg. No. 46269
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033-4618
Telephone Number: (303) 991-7600
Facsimile Number: (303) 991-7601
eric@pearmanlawfirm.com

*Entry of Appearance on Behalf of Plaintiffs*