## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866**

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

---

## ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS

---

    COMES NOW Shaun Pearman of the Pearman Law Firm, P.C., who respectfully enters his appearance in this matter on behalf of the Plaintiffs, Benjamin Gates, Travis Swartz, and National Foundation for Gun Rights, Inc.

Dated: July 28, 2022                     **THE PEARMAN LAW FIRM, P.C.**

                                    Original duly signed:  07/28/2022
                                    */s/ Shaun Pearman*
                                    Shaun Pearman, Attorney Reg. No. 16619
                                    4195 Wadsworth Boulevard
                                    Wheat Ridge, CO 80033-4618
                                    Telephone Number:  (303) 991-7600
                                    Facsimile Number:  (303) 991-7601
                                    shaun@pearmanlawfirm.com