IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

## DECLARATION OF DUDLEY BROWN

1. My name is Dudley Brown. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. C.R.S. § 18-12-301 *et seq.* (the "Magazine Ban") uses politically charged rhetoric to describe the arms it bans. The Magazine Ban's characterization of these magazines as "large capacity" is a misnomer. Magazines capable of holding more than 15 rounds are standard capacity magazines.

3. Plaintiff National Foundation for Gun Rights, Inc. ("NFGR") is a nonprofit membership and donor-supported organization qualified as tax-exempt under 26 U.S.C. § 501(c)(3). NFGR seeks to defend the right of all law-abiding individuals to keep and bear arms. NFGR has members who reside within the State of Colorado. NFGR represents the interests of its members who reside in the State. Specifically, NFGR represents the interests of those who are affected by the Magazine Ban. Those members' wish to exercise their constitutionally

protected right to keep and bear arms without being subjected to criminal prosecution, and to continue to lawfully possess and/or transfer property that they lawfully obtained. But for the State's unlawful prohibition of commonly used arms and their reasonable fear of prosecution for violating these prohibitions, NFGR members would seek to bear arms in public and acquire, keep, possess and/or transfer lawful arms for self-defense and other lawful purposes.

4.  NFGR members wish to continue to possess, uses and transfer Banned Magazines without fear of criminal prosecution.

I, Dudley Brown, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

Dudley Brown