IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

     Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

     Defendant.

---

### DECLARATION OF BENJAMIN GATES
---

1. My name is Benjamin Gates. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. C.R.S. § 18-12-301 *et seq*. shall be referred to herein as the "Magazine Ban."

3. I am a resident of the State of Colorado (the "State") and a law-abiding citizen of the United States. I currently own magazines capable of holding more than 15 rounds of ammunition, which I have possessed lawfully since before July 1, 2013. I seek to (1) acquire magazines putatively banned by the Magazine Ban to replace the magazines I owed prior to July 1, 2013; (2) acquire additional putatively banned magazines; and (3) lawfully transfer my property to others. In particular, I wish to give and/or devise banned magazines to my family members, which is prohibited by the Magazine Ban. But for the State's restrictions on commonly used arms, and my reasonable fear of criminal prosecution for violating these restrictions, I would engage in these activities.

I, Benjamin Gates, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

_____
Benjamin Gates