**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-1866**

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

     Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

     Defendant.

___

**TEMPORARY RESTRAINING ORDER**
___

     1.     The Court **GRANTS** the motion for a temporary restraining order filed by Plaintiffs against Defendant.

     2.     The Court **ENTERS** this Temporary Restraining Order on August ___, 2022 at _____ __.M.  Fed. R. Civ. P. 65(b)(2).

     3.     For purposes of this Order the term "Magazine Ban" shall mean C.R.S. § 18-12-301 *et seq*.

     4.     The Court **ENJOINS** the Defendant from enforcing; attempting to enforce; threatening to enforce; or otherwise requiring compliance with the provisions of the Magazine Ban prohibiting the possession, sale and/or transfer of "large-capacity magazines" as that term is defined in the Magazine Ban.

     5.     Unless the Court enters this Temporary Restraining Order, the Plaintiffs and/or their members will suffer irreparable harm.  Plaintiffs reasonably fear prosecution, including

2

fines, arrest, and jail, if they carry firearms in public or possess, sell, transfer or acquire the magazines banned by the Magazine Ban.

      6.      Plaintiffs do not need to post a security bond because enjoining the Defendant from prohibiting Plaintiffs' exercise of their Second Amendment rights does not interfere with the Defendant's rights.  Fed. R. Civ.P. 65(c).

      7.      The Court **GRANTS** Plaintiffs' request for Oral Argument on their motion for preliminary injunction.  The Court will hold a hearing on the preliminary injunction motion on August __, 2020 at _____ __.M..

                                                    BY THE COURT

                                                    _____
                                                    Judge, United States District Court