IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1866-SKC

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant, Jared S. Polis, in his official capacity as Governor of the State of Colorado.  All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned LeeAnn Morrill, First Assistant Attorney General.

Respectfully submitted this 3rd day of August, 2022.

PHILIP J. WEISER
Attorney General

*s/ LeeAnn Morrill*
LEEANN MORRILL, Reg. No. 38742*
First Assistant Attorney General
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado  80203
Telephone:  (720) 508-6159
Email:  leeann.morrill@coag.gov
*Attorneys for Defendant*
*Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2022, I served a true and complete copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE,** upon all counsel of record for the parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO  80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com


Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO  80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*


                              *s/* Xan Serocki
                              *Xan Serocki*