IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1866-SKC

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

**NOTICE OF FAILURE TO CONFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION**

Defendant, Jared S. Polis, in his official capacity as Governor of the State of Colorado (the "Governor"), hereby gives notice of the following matters to the Court and parties:

1. Plaintiffs filed their Complaint [Doc. 1] in this matter on Thursday, July 28, 2022.

2. On August 2, 2022, Plaintiffs filed a Motion for Temporary Restraining Order and for Preliminary Injunction [Doc. 9] seeking preliminary relief that would halt enforcement of C.R.S. § 18-12-301, *et seq.*, which is known as the "Large-Capacity Magazine Ban" and has been in effect since July 1, 2013, pending a trial on the merits of their claim.

3. Specifically, the Motion seeks a temporary restraining order under F.R.C.P. 65(b) and a preliminary injunction under F.R.C.P. 65(a).

4. In the intervening five days between filing the Complaint and Motion, Plaintiffs' counsel failed to even attempt to confer with any of the undersigned counsel regarding the Governor's position on the preliminary injunction requested by the Motion as required by D.C.COLO.LCivR 7.1.

5. The Governor opposes all of the relief requested by the Motion.

Respectfully submitted this 3rd day of August, 2022.

        PHILIP J. WEISER
        Attorney General


        *s/ LeeAnn Morrill*
        LEEANN MORRILL, Reg. No. 38742*
        First Assistant Attorney General
        EMILY B. BUCKLEY, Reg. No. 43002*
        Senior Assistant Attorney General
        PETER G. BAUMANN, Reg. No. 51620*
        Assistant Attorney General
        Public Officials Unit / State Services Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 6th Floor
        Denver, Colorado  80203
        Telephone: (720) 508-6159/6403/6152
        Email:  leeann.morrill@coag.gov
                emily.buckley@coag.gov
                peter.baumann@coag.gov
        *Attorneys for Defendant*
        *Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2022, I served a true and complete copy of the foregoing **NOTICE OF FAILURE TO CONFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION** upon all counsel of record for the parties herein by e-filing with the CM/ECF system maintained by the court addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO  80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com


Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO  80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*


                                          *s/ LeeAnn Morrill*
                                          LeeAnn Morrill

Respectfully submitted this 3rd day of August, 2022.

PHILIP J. WEISER
Attorney General

*s/ LeeAnn Morrill*

LEEANN MORRILL, Reg. No. 38742*
First Assistant Attorney General
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado  80203
Telephone:  (720) 508-6159
Email:  leeann.morrill@coag.gov
*Attorneys for Defendant*
*Counsel of Record

## **CERTIFICATE OF SERVICE**

        I hereby certify that on August 3, 2022, I served a true and complete copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE,** upon all counsel of record for the parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO  80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com


Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO  80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*


                                                     *s/* Xan Serocki
                                                   *Xan Serocki*