IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-NYW

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## STIPULATED EXTENSION FOR TIME TO RESPOND

Under District of Colorado Local Civil Rule 6.1(a), the Plaintiffs Benjamin Gates, Travis Swartz, and the National Foundation for Gun Rights, Inc, and Defendant Jared S. Polis, stipulate to an extension of Defendant's deadline to respond to the Complaint (Doc. 1).

1. Defendants' deadline to respond to the Complaint (Doc. 1) is August 19, 2022.
2. Under the Local Civil Rules, the parties may agree to one 21-day extension of not more than 21 days to respond to a pleading or amended pleading. D.C.Colo.LCivR. 6.1
3. The parties have not previously stipulated to an extension of time in this matter.
4. Accordingly, under Local Civil Rule 6.1, the parties stipulate to a 21-day extension of time for the Defendants to respond to the Complaint, to and including September 9, 2022.

Respectfully submitted this 18th day of August, 2022

| /s Barry K. Arrington* | /s Peter G. Baumann |
|---|---|
| *Barry K. Arrington* | PHILIP J. WEISER |
| Arrington Law Firm | Attorney General |
| 3801 E. Florida Ave., Ste. 830 | |
| Denver, CO 80210 | *LeeAnn Morrill** |
| Phone: (303) 205-7870 | First Assistant Attorney General |
| barry@arringtonpc.com | *Emily B. Buckley** |
| | Senior Assistant Attorney General |
| *Shaun Pearman* | *Peter G. Baumann** |
| *Eric P. Apjoke* | Assistant Attorney General |
| The Pearman Law Firm, P.C. | Public Officials Unit / State Services Section |
| 4195 Wadsworth Blvd. | Ralph L. Carr Colorado Judicial Center |
| Wheat Ridge ,CO | 1300 Broadway, 6th Floor |
| Phone: (303) 991-7600 | Denver, CO 80203 |
| eric@pearmanlawfirm.com | Phone: (720) 508-6152 |
| shaun@pearmanlawfirm.com | leeann.morrill@coag.gov |
| | emily.buckley@coag.gov |
| *Attorneys for Plaintiffs* | Peter.baumann@coag.gov |
| | *Counsel of Record |
| | |
| *Signature added via email authorization* | Attorneys for Defendant |