**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-1866-NYW

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

 Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

 Defendant.

---

**JOINT MOTION TO SET BRIEFING SCHEDULE AND
DATES FOR PRELIMINARY INJUNCTION HEARING**

---

Plaintiffs and Defendant submit the following Joint Motion to set a briefing schedule and schedule a hearing on Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction (Plaintiffs' PI Motion") (Doc. 9):

1. Plaintiffs initiated this action on July 28, 2022.

2. On August 2, 2022, Plaintiffs filed a Motion for Temporary Restraining Order and for Preliminary Injunction ("PI Motion") (Doc. 9). The next day, counsel for Defendant entered their appearances and filed a notice of Defendant's opposition to the PI Motion (Doc. 13).

3. At present, no hearing has been set on the PI Motion. Under District of Colorado Local Civil Rule 7.1(d), Defendant's response to the PI Motion is due on August 23, 2022.

4. District courts are "afforded broad discretion in managing the pretrial schedule." *Rimbert v. Eli Lilly and Co.*, 647 F.3d 1247, 1254 (10th Cir. 2011).

5.      The parties agree that the Court's review of the PI Motion will benefit from the development and presentation of a robust factual and historical record. The parties anticipate several lay and expert witnesses. *See N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111, 2130 n.6 (2022) (anticipating a substantial "historical record compiled by the parties").

6.      Accordingly, good cause exists to extend Defendant's deadline to respond to Plaintiffs' PI Motion, so that both parties have sufficient time to marshal witnesses and evidence.

7.      The parties jointly propose the following schedule:

a.   Defendant's response to the PI Motion: October 13, 2022.

b.   Plaintiffs' Reply in Support of the PI Motion: November 3, 2022.

c.   If the Court's schedule permits, the parties propose a two-day evidentiary hearing to be conducted on November 17 and 18, 2022.

8.      Accordingly, the parties respectfully request an order setting a briefing and hearing schedule for the PI Motion where: (a) Defendant's Response is due on October 13, 2022; (b) Plaintiffs' Reply is due on November 3, 2022; and (c) a two-day evidentiary hearing is set for November 17 and 18, 2022. If the Court's schedule does not permit a hearing on November 17 and 18, 2022, the parties alternatively request an order directing the parties to contact the Court's chambers to set the hearing at a time suitable for the Court.

Respectfully submitted this 22nd day of August, 2022

| /s Barry K. Arrington | /s Peter G. Baumann |
|---|---|
| *Barry K. Arrington* | PHILIP J. WEISER |
| Arrington Law Firm | Attorney General |
| 3801 E. Florida Ave., Ste. 830 | |
| Denver, CO 80210 | *LeeAnn Morrill** |
| Phone: (303) 205-7600 | First Assistant Attorney General |
| barry@arringtonpc.com | *Emily B. Buckley** |
| | Senior Assistant Attorney General |
| *Shaun Pearman* | *Peter G. Baumann** |
| *Eric P. Apjoke* | Assistant Attorney General |
| The Pearman Law Firm, P.C. | Public Officials Unit / State Services Section |
| 4195 Wadsworth Blvd. | Ralph L. Carr Colorado Judicial Center |
| Wheat Ridge ,CO | 1300 Broadway, 6th Floor |
| Phone: (303) 991-7600 | Denver, CO 80203 |
| eric@pearmanlawfirm.com | Phone: (720) 508-6152 |
| shaun@pearmanlawfirm.com | leeann.morrill@coag.gov |
| | emily.buckley@coag.gov |
| *Attorneys for Plaintiffs* | Peter.baumann@coag.gov |
| | *Counsel of Record |
| | |
| *Signature added via email authorization* | *Attorneys for Defendant* |

3