**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-1866-NYW

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

      Defendant.

---

**JOINT MOTION TO POSTPONE SCHEDULING CONFERENCE**
**AND RELATED DEADLINES**

---

Plaintiffs and Defendant submit the following Joint Motion to postpone the scheduling conference and related deadlines arising under Rules 16 and 26 of the Federal Rules of Civil Procedure("Rules"), as well as Defendant's responsive pleading deadline:

1.      Plaintiffs initiated this action on July 28, 2022.

2.      On August 2, 2022, Plaintiffs filed a Motion for Temporary Restraining Order and for Preliminary Injunction ("PI Motion") (Doc. 9). The next day, counsel for Defendant entered their appearances and filed a notice of Defendant's opposition to the PI Motion. (Doc. 13).

3.      On August 22, 2022, Plaintiffs and Defendant jointly moved for an order adopting a proposed briefing and hearing schedule on the PI Motion.

4.      At present, no scheduling conference has been set. Pursuant to a stipulation under District of Colorado Local Civil Rule 6.1(a), Defendant's responsive pleading deadline is September 9, 2022. (Doc. 15).

5.      The parties are currently focusing their limited resources on preparing for an evidentiary hearing on the PI Motion, including identifying evidence and preparing briefing.

6.      At this time, the parties submit that the interests of justice and judicial economy are best served by postponing all preliminary case management matters arising under Federal Rules of Civil Procedure 16 and 26 until after resolution of the PI Motion, including: (1) the parties' Rule 26(f) conference; (2) the Rule 16(a) Pretrial Conference; and (3) the Rule 16(b)(1) Scheduling Order.

7.      The parties also believe that the interests of justice and judicial economy also support postponing Defendant's responsive pleading deadline until after the PI Motion is resolved.

8.      Accordingly, the parties jointly move the Court to enter an order that:

    a.  Vacates and stays all deadlines arising under Rules 16 and 26;

    b.  Requires the parties to contact the Court and set a scheduling conference within 14 days of the Court's order ruling on the PI Motion;

    c.  Vacates Defendant's deadline of September 9, 2022, to serve an answer or otherwise respond to the Complaint (Doc. 1);

    d.  Requires Defendant to serve an answer or otherwise respond to the Complaint (Doc. 1) within 21 days of the Court's order on the PI Motion.

Respectfully submitted this 22nd day of August, 2022

| /s Barry K. Arrington | /s Peter G. Baumann |
|---|---|
| *Barry K. Arrington* | PHILIP J. WEISER |
| Arrington Law Firm | Attorney General |
| 3801 E. Florida Ave., Ste. 830 | |
| Denver, CO 80210 | *LeeAnn Morrill\** |
| Phone: (303) 205-7870 | First Assistant Attorney General |
| barry@arringtonpc.com | *Emily B. Buckley\** |
| | Senior Assistant Attorney General |
| *Shaun Pearman* | *Peter G. Baumann\** |
| *Eric P. Apjoke* | Assistant Attorney General |
| The Pearman Law Firm, P.C. | Public Officials Unit / State Services Section |
| 4195 Wadsworth Blvd. | Ralph L. Carr Colorado Judicial Center |
| Wheat Ridge ,CO | 1300 Broadway, 6th Floor |
| Phone: (303) 991-7600 | Denver, CO 80203 |
| eric@pearmanlawfirm.com | Phone: (720) 508-6152 |
| shaun@pearmanlawfirm.com | leeann.morrill@coag.gov |
| | emily.buckley@coag.gov |
| *Attorneys for Plaintiffs* | Peter.baumann@coag.gov |
| | *Counsel of Record |
| | |
| *\*Signature added via email authorization* | *Attorneys for Defendant* |

3