IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 22-cv-01866-NYW

BENJAMIN GATES,
TRAVIS SCHWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## MINUTE ORDER

This matter is before the court on the Joint Motion to Set Briefing Schedule and Dates for Preliminary Injunction Hearing. [Doc. 16, filed August 22, 2022].[1]

**IT IS ORDERED** that:

(1) The Joint Motion to Set Briefing Schedule and Dates for Preliminary Injunction Hearing [Doc. 16] is **GRANTED**;

(2) Defendant's response to Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction [Doc. 9] is due **October 13, 2022**;

(3) Plaintiffs' reply in support of the Motion for Temporary Restraining Order and for Preliminary Injunction is due **November 3, 2022**;

(4) A two-day Evidentiary Hearing is set for **November 17 and 18, 2022, beginning at 9:00 A.M. each day**. The Hearing will be conducted **in person** at the Alfred A. Arraj United States Courthouse, 901 19th St, Denver, CO 80294, Courtroom A502, absent further order of the court;

(5) The Parties shall submit witness and exhibit lists, if any, on or before **November 7, 2022.** Such lists must state the subject matter(s) upon which each witness will testify; and

---

[1] On August 2, 2022, Plaintiffs filed a Motion for Temporary Restraining Order and for Preliminary Injunction. [Doc. 9].

(6) The Parties must submit objections, if any, to any witness or exhibit list on or before **November 11, 2022.**

DATED: August 24, 2022