IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 22-cv-01866-NYW

BENJAMIN GATES,
TRAVIS SCHWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## MINUTE ORDER

This matter is before the court on the Joint Motion to Postpone Scheduling Conference and Related Deadlines, [Doc. 17, filed August 22, 2022].

**IT IS ORDERED** that:

(1) The Joint Motion to Postpone Scheduling Conference and Related Deadlines, [Doc. 17], is **GRANTED**;

(2) Deadlines arising under Rules 16 and 26 of the Federal Rules of Civil Procedure are hereby **STAYED** pending the court's ruling on Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction ("TRO Motion"), [Doc. 9];

(3) Within **14 days** of the court's ruling on the TRO Motion, the Parties shall contact the assigned Magistrate Judge to set a scheduling conference;

(4) Defendant's September 9, 2022 deadline to serve an answer or otherwise respond to the Complaint, [Doc. 1], is **VACATED**;

(5) Defendant shall serve an answer or otherwise respond to the Complaint within **21 days** of the Court's order on Plaintiffs' TRO Motion.

DATED: August 24, 2022