IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-NYW-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

___

**WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER**
___

Plaintiffs filed a Motion for Temporary Restraining Order and for Preliminary Injunction on August 2, 2022 ("TRO Motion"), [Doc. 9]. On August 22, 2022, the Parties jointly moved to set a briefing schedule and dates for a preliminary injunction hearing. See [Doc. 16]. The joint motion requested a briefing schedule only with respect to the portion of the TRO Motion seeking a preliminary injunction. The Court granted the Motion to Set Briefing Schedule on August 24, 2022. See [Doc. 18].

Plaintiffs hereby withdraw their motion for temporary restraining order. Plaintiffs have consulted with counsel for defendant, who has no objection to this withdrawal. Plaintiffs do not withdraw their motion for preliminary injunction.

Respectfully submitted this 2nd day of September 2022.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington

Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210
Voice:  (303) 205-7870;
Email:  barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

   I hereby certify that on September 2, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington