IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-NYW-SKC

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE TO ADD A SURREPLY

Defendant, Jared S. Polis, in his official capacity, moves the Court to amend the briefing schedule on Plaintiffs' Motion for a Preliminary Injunction to permit Defendant to file a surreply on or before November 10, 2022.

1. On August 2, 2022, Plaintiffs filed a Motion for Temporary Restraining Order and for Preliminary Injunction [Doc. 9].

2. Plaintiffs' Motion for a Temporary Restraining Order has been withdrawn, [Doc. 22], and on August 24, 2022, the Court set a briefing and hearing schedule on Plaintiffs' Motion for a Preliminary Injunction. *See* [Doc. 18].

3. Based on that schedule, Defendant's Response to the Motion is due on October 13, 2022, and Plaintiffs' Reply is due on November 3, 2022.

4. Based on the parties' conferrals, Defendant understands that Plaintiff intends to argue that Defendant bears the burden of proof in this action under a portion of the standard announced in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022).

5. Accordingly, Plaintiffs suggested amending the briefing schedule to offer Defendant a surreply. *See generally United States v. Sorensen*, 801 F.3d 1217, 1240 (10th Cir. 2015) ("It is common practice for the party with the burden of proof to proceed first and last.").

6. Defendant agrees that a surreply would be beneficial to address the burden issue. Given the limited scope of Plaintiffs' Motion, Defendant also anticipates that Plaintiffs' Reply will raise new evidence and new legal arguments, and a surreply will be necessary so that Defendant can adequately respond to this new material. *See Green v. N.M.*, 420 F.3d 1189, 1196 (10th Cir. 2005).

7. Under D.C.LocalCiv.R. 7.1, counsel for Defendant conferred with Counsel for Plaintiffs concerning the relief requested in this motion. Plaintiffs do not oppose the requested relief.

8. Accordingly, Defendant respectfully requests an amendment to the briefing schedule on Plaintiffs' Motion for a Preliminary Injunction. Specifically, Defendant requests leave to file a surreply on or before November 10, 2022. On this schedule, briefing will be closed a full week before the hearing scheduled for November 17 and 18, 2022.

Respectfully submitted this 13th day of September, 2022

/s Peter G. Baumann
PHILIP J. WEISER
Attorney General

*LeeAnn Morrill\**
First Assistant Attorney General
*Emily B. Buckley\**
Senior Assistant Attorney General
*Peter G. Baumann\**
Assistant Attorney General
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Phone: (720) 508-6152
leeann.morrill@coag.gov
emily.buckley@coag.gov
Peter.baumann@coag.gov
\*Counsel of Record

*Attorneys for Defendant*