**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-1866-NYW-SKC

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant, Jared S. Polis, in his official capacity as Governor of the State of Colorado. All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned Daniel R. Magalotti, Assistant Attorney General Fellow.

Respectfully submitted this 20th day of September, 2022.

>PHILIP J. WEISER
>Attorney General
>
>/s/ Daniel R. Magalotti
>DANIEL R. MAGALOTTI Reg. No. 56319*
>Assistant Attorney General Fellow
>    Criminal Appeals Section
>Ralph L. Carr Colorado Judicial Center
>1300 Broadway, 9th Floor
>Denver, Colorado  80203
>Telephone:  412-953-6826
>E-Mail:  daniel.magalotti@coag.gov
>*Attorneys for Defendant*
>*Counsel of Record

## CERTIFICATE OF SERVICE

       I hereby certify that on September 20, 2022, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO  80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com


Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO  80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*


                                              */s/* Daniel R. Magalotti
                                              *Daniel R. Magalotti*