**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-1866-NYW-SKC

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

      Defendant.

---

### UNOPPOSED MOTION TO EXCEED PAGE LIMITS

---

Defendant, Jared S. Polis, in his official capacity, respectfully requests an order permitting him to file a Response to Plaintiffs' Motion for a Preliminary Injunction not to exceed 25 pages. As good cause, Defendant states:

1.      On August 2, 2022, Plaintiffs filed a Motion for a Temporary Restraining Order and for Preliminary Injunction. Doc. 9. The Motion for a Temporary Restraining Order was later withdrawn. Doc. 22.

2.      Defendant's Response to Plaintiffs' Motion for a Preliminary Injunction is due on October 13, 2022. According to the Court's practice standards, the Response is limited to 20 pages.

3.      This action raises complex issues of great public interest. It also arises under a novel legal standard that has yet to be litigated in this circuit. To adequately address the new legal standard, while also previewing the issues and testimony that will be presented at the upcoming hearing, Defendant requires an additional five pages.

4.      Under D.C.LocalCiv.R. 7.1, counsel for Defendant conferred with Counsel for Plaintiffs by telephone concerning the relief requested in this motion. Plaintiffs do not oppose the requested relief.

Accordingly, Defendant respectfully requests an order permitting him to file a Response to the Motion for a Preliminary Injunction not to exceed 25 pages.


Respectfully submitted this 11th day of October, 2022

/s Peter G. Baumann

PHILIP J. WEISER
Attorney General

*LeeAnn Morrill**
First Assistant Attorney General
*Emily B. Buckley**
Senior Assistant Attorney General
*Peter G. Baumann**
Assistant Attorney General
*Daniel Magalotti**
Assistant Attorney General Fellow
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Phone: (720) 508-6152
leeann.morrill@coag.gov
emily.buckley@coag.gov
Peter.baumann@coag.gov
Daniel.magalotti@coag.gov
*Counsel of Record

*Attorneys for Defendant*