IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-NYW-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

     Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

     Defendant.

_____

### WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION
_____

     Plaintiffs' counsel has discussed this matter with Defendants' counsel, and the parties agree that it will be in the interests of justice and judicial efficiency for Plaintiffs to withdraw their request for preliminary relief and for the parties to focus on developing a more detailed factual and legal record in the context of Plaintiffs' request for permanent injunctive relief.

     **Accordingly, Plaintiffs Benjamin Gates, Travis Swartz, and National Foundation for Gun Rights, Inc., hereby withdraw their motion for preliminary injunction [Doc. 9].**

     Plaintiffs request the Court to vacate the hearing presently set for November 17 and 18, 2022.

*/s/ Barry K. Arrington*
_____

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Voice:  (303) 205-7870

1

Email:  barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington