# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-NYW-SKC

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

     Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

     Defendant.

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs and Defendant submit the following Joint Motion to Amend the Scheduling Order (Doc. 37)

1. On November 21, 2022, the parties filed a Proposed Scheduling Order (Doc. 36). Under Section 8.b, the parties proposed no limitations on the length of depositions.

2. The next day, the Court vacated the scheduling conference set in this matter for November 28, 2022, and entered the Scheduling Order (Doc. 37).

3. Under Section 8.b, the Scheduling Order states:

> **Party depositions shall not exceed one day of seven hours. The parties shall confer if any party feels more than seven hours is required for any particular Rule 30(b)(6) deposition once the number of representatives is identified. All other depositions shall not exceed four hours.**

4. The parties anticipate significant expert testimony in this matter, and anticipate that deposing such experts will require the full seven hours allotted under Fed. R. Civ. P. 26(d)(1).

5. To avoid confusion, the parties jointly request an amendment to the scheduling order to clarify that expert depositions are not subject to the four-hour limit. Accordingly, the parties propose that Section 8.b be amended to add the language in italics below, so that it reads:

> **Party *and expert* depositions shall not exceed one day of seven hours. The parties shall confer if any party feels more than seven hours is required for any particular Rule 30(b)(6) deposition once the number of representatives is identified. All other depositions shall not exceed four hours.**

Respectfully submitted this 14th day of December, 2022.

| /s Barry K. Arrington | /s Peter G. Baumann |
|---|---|
| *Barry K. Arrington* <br> Arrington Law Firm <br> 3801 E. Florida Ave., Ste. 830 <br> Denver, CO 80210 <br> Phone: (303) 205-7870 <br> barry@arringtonpc.com <br><br> *Shaun Pearman* <br> *Eric P. Apjoke* <br> The Pearman Law Firm, P.C. <br> 4195 Wadsworth Blvd. <br> Wheat Ridge ,CO <br> Phone: (303) 991-7600 <br> eric@pearmanlawfirm.com <br> shaun@pearmanlawfirm.com <br><br> *Attorneys for Plaintiffs* <br><br> *Signature added via email authorization | PHILIP J. WEISER <br> Attorney General <br><br> *LeeAnn Morrill\** <br> First Assistant Attorney General <br> *Emily B. Buckley\** <br> Senior Assistant Attorney General <br> *Peter G. Baumann\** <br> Assistant Attorney General <br> *Daniel R. Magalotti\** <br> Assistant Attorney General Carr Fellow <br> Public Officials Unit / State Services Section <br> Ralph L. Carr Colorado Judicial Center <br> 1300 Broadway, 6th Floor <br> Denver, CO 80203 <br> Phone: (720) 508-6152 <br> leeann.morrill@coag.gov <br> emily.buckley@coag.gov <br> Peter.baumann@coag.gov <br> Daniel.magalotti@coag.gov <br> *Counsel of Record <br><br> *Attorneys for Defendant* |