# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-NYW-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

___

## JOINT STATUS REPORT
___

    Pursuant to the Court's order, the parties submit the following joint status report:

    1. Discovery Activity: The parties have exchanged initial disclosures, and are on-track to meet the deadlines for fact and expert discovery established in the scheduling order.

    2. Discovery Disputes: The parties do not have or anticipate any discovery disputes at this time.

    3. Settlement: The parties continue to agree that there is no reasonable possibility of settlement.

| | |
|---|---|
| */s/ Barry K. Arrington* | */s/ Emily B. Buckley* |
| _____ | _____ |
| Barry K. Arrington | LeeAnn Morrill |
| Arrington Law Firm | First Assistant Attorney General |
| 4195 Wadsworth Boulevard | Emily B. Buckley |
| Wheat Ridge Colorado  80033 | Senior Assistant Attorney General |
| Voice:  (303) 205-7870 | Peter G. Baumann |
| Email:  barry@arringtonpc.com | Assistant Attorney General |
| *Attorney for Plaintiffs* | Daniel R. Magalotti |
| | Assistant Attorney General Carr Fellow |
| | Colorado Attorney General's Office |
| | 1300 Broadway, 6th Floor |
| | Denver, Colorado 80203 |
| | Telephone: (720) 508-6000 |
| | Email: leeann.morrill@coag.gov |
| | emily.buckley@coag.gov |
| | peter.baumann@coag.gov |
| | daniel.magalotti@coag.gov |
| | Attorneys for Defendant |