## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1866-NYW-SKC

BENJAMIN GATES, TRAVIS SWARTZ, KARL HONEGGER, and NATIONAL FOUNDATION FOR GUN RIGHTS, INC.,
    Plaintiffs,
v.
JARED S. POLIS, in his official capacity as Governor for the State of Colorado,
Defendant.

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendant, Jared S. Polis, in his official capacity as Governor for the State of Colorado ("Governor"), respectfully requests that the Court amend the expert designation and disclosure deadlines in the Scheduling Order (Doc. 37) by 7 days. As good cause, the Governor states:

1.    Under the current scheduling order, expert witness designations and disclosures under Fed. R. Civ. P. 26(a)(2) are due on April 7, 2023. Rebuttal expert witness designations and disclosures are due May 26, 2023.

2.    As stated in the Scheduling Order, the parties anticipate expert testimony on the following issues, without limitation:

- The history of multi-shot firearms and accessories.

- Historical regulation of firearms and their enforcement, including the justifications for and burdens imposed by such regulation and enforcement.

- Justifications for and burdens imposed by the challenged provision, § 18-12-301 *et seq.*

- The use and commonality of magazines containing more than 15 rounds of ammunition.

3. The Governor's counsel and anticipated experts have made significant progress on the disclosures required under Fed. R. Civ. P. 26(a)(2), but due to outside obligations of certain experts, including their involvement in other Second Amendment challenges, and the importance of expert testimony in Second Amendment challenges, the Governor requests that that the Court grant the parties an additional 7 days to produce expert designations and disclosures, until and including April 14, 2023, and a corresponding additional 7 days to produce rebuttal expert designations and disclosures, until and including June 2, 2023.

4. The Governor's counsel has conferred with Plaintiffs, whose counsel indicated Plaintiffs do not oppose the relief requested in this motion.

WHEREFORE, the Governor respectfully requests that the Court amend the Scheduling Order to extend the deadline for providing expert designations and disclosures by 7 days, to April 14, 2023, and the deadline for providing expert rebuttal designations and disclosures by 7 days to June 2, 2023.

DATED: April 3, 2023.

PHILIP J. WEISER
Attorney General

*s/* Emily Buckley
LEEANN MORRILL*
First Assistant Attorney General
EMILY B. BUCKLEY*
Senior Assistant Attorney General
PETER G. BAUMANN*
Assistant Attorney General
DANIEL R. MAGALOTTI*
Assistant Attorney General Carr Fellow
Colorado Attorney General's Office

2

1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: leeann.morrill@coag.gov
      emily.buckley@coag.gov
      peter.baumann@coag.gov
      daniel.magalotti@coag.gov
*Attorneys for Defendant Governor Jared S. Polis*
\*Counsel of Record