IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1866-GPG-SKC

BENJAMIN GATES, *et al.*

 Plaintiffs,

v.

JARED S. POLIS, Governor of the State of Colorado,

 Defendant.

## DECLARATION OF RYAN J. FLETCHER IN SUPPORT OF NON-PARTY BERETTA U.S.A. CORP.'S OPPOSED MOTION TO AMEND PROTECTIVE ORDER

 I, Ryan J. Fletcher, hereby declare as follows:

 1. I am an attorney with the law firm of Merchant & Gould P.C., counsel for non-party Beretta U.S.A. Corp. ("Beretta"). I submit this declaration in support of Beretta's Opposed Motion to Amend Protective Order. I have personal knowledge of the facts stated herein.

 2. Attached hereto as Exhibit 1 is a true and correct copy of Attachment A to Defendant's Subpoena to Produce served on Beretta, dated March 30, 2023.

 3. Attached hereto as Exhibit 2 is a true and correct copy of the First Amended Protective Order showing the modifications proposed by Beretta in redline.

 4. Attached hereto as Exhibit 3 is a true and correct copy of the First Amended Protective Order proposed by Beretta.

 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  May 31, 2023            By: */s/ Ryan J. Fletcher*
                                 Ryan J. Fletcher

1