**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-1866-GPG-SKC

BENJAMIN GATES, *et al.*

      Plaintiffs,

v.

JARED S. POLIS, Governor of the State of Colorado,

      Defendant.

---

**[PROPOSED] ORDER GRANTING NON-PARTY BERETTA U.S.A. CORP.'S**
**OPPOSED MOTION TO AMEND PROTECTIVE ORDER**

---

      The Court, having reviewed Non-Party Beretta U.S.A Corp.'s Opposed Motion to Amend

Protective Order ("the motion"), and all briefing, including declarations and exhibits, and being

fully advised in the premises, hereby orders that the motion is GRANTED.

      It is herby ORDERED that the First Amended Protective Order proposed by Beretta

U.S.A Corp. is entered.

      **IT IS SO ORDERED,**

Dated:_____            By:_____
                                      S. Kato Crews
                                      Magistrate Judge Crews