**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-1866-GPG-SKC

BENJAMIN GATES, TRAVIS SWARTZ, KARL HONEGGER, and NATIONAL
FOUNDATION FOR GUN RIGHTS, INC.,
     Plaintiffs,
v.
JARED S. POLIS, in his official capacity as Governor for the State of Colorado,
Defendant.

---

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

---

Defendant, Jared S. Polis, in his official capacity as Governor for the State of Colorado ("Governor"), respectfully requests that the Court amend the discovery cut-off deadline and corresponding dispositive motion deadline in the Scheduling Order (Doc. 37) by 21 days. As good cause, the Governor states:

1.     Under the current scheduling order (Doc. 37), and its accompanying docket text, the discovery cut-off date in this matter is June 30, 2023, and the dispositive motions deadline is July 31, 2023.

2.     The parties have been working diligently to comply with these deadlines, including by conferring to address discovery disputes. Earlier this month, such conferrals were delayed because Plaintiffs' counsel was travelling out of the country.

3.     Upon Plaintiffs' counsel's return, the parties resumed their conferrals. At this time, it appears as if the parties have resolved any remaining discovery disputes.

4.     Because of the delay, however, the parties do not anticipate having discovery fully completed by the June 30, 2023, deadline. Specifically, one of the discovery disputes that the parties only recently resolved related to interrogatories served on the individual plaintiffs.

The parties' dispute over those interrogatories meant that the parties have not yet been able to schedule depositions of the individual plaintiffs. Now that the dispute is resolved, the parties anticipate scheduling those depositions shortly after the July 4, 2023, holiday.

5.      Accordingly, the Governor respectfully requests a three-week extension of the discovery cut-off, through and including July 21, 2023.

6.      In order to enable the parties to incorporate discovery obtained through that date in any dispositive motions, the Governor requests an accompanying three-week extension of the deadline to file dispositive motions, through and including August 21, 2023.

7.      Counsel for the Governor has conferred with counsel for the Plaintiffs concerning the relief requested in this motion. Plaintiffs' counsel indicated that Plaintiffs do not oppose the relief requested in this motion.

WHEREFORE, the Governor respectfully requests that the Court amend the Scheduling Order to extend the discovery cut-off deadline by 21 days to July 21, 2023, and the dispositive motions deadline by 21 days to August 21, 2023.

DATED: June 29, 2023

PHILIP J. WEISER
Attorney General


*s/* Peter G. Baumann
*LEEANN MORRILL**
First Assistant Attorney General
*EMILY B. BUCKLEY**
Senior Assistant Attorney General
*PETER G. BAUMANN**
Assistant Attorney General
*DANIEL R. MAGALOTTI**
Assistant Attorney General Carr Fellow
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: leeann.morrill@coag.gov
        emily.buckley@coag.gov
        peter.baumann@coag.gov
        daniel.magalotti@coag.gov
*Attorneys for Defendant Governor*
  *Jared S. Polis*
*Counsel of Record

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2023, I served a true and complete copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com

Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO 80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*

Ryan J. Fletcher
Merchant & Gould P.C.
1801 California Street, Suite 3300
Denver, CO 80202
rfletcher@merchantgould.com

*Attorney for Beretta U.S.A. Corp.*

<u>s/ Carmen Van Pelt</u>
*Carmen Van Pelt*