# Exhibit A

to Defendant's Motion to Partially Strike Expert Report and Partially Exclude Testimony of Mr. Mark Passamaneck under Federal Rule of Evidence 702

Expert Report of Mr. Mark Passamaneck, disclosed April 14, 2023

**June 30, 2023**



**Address** 12650 W. 64th Ave E-507
Arvada, CO 80004
**Tel** 720-880-5777
**Fax** 720-880-5778
**Website** www.EntropyEC.com

April 12, 2023

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
*Barry@arringtonpc.com*

**Expert Report**

RE:  Client:          National Foundation for Gun Rights
EEC Project:     2402 Colorado Magazine Limits

Dear Mr. Arrington,

At your request, Entropy Engineering Corp (Entropy) has evaluated portions of the case referenced above. The purpose of this report is to provide expert opinions on matters for which the author is qualified and has extensive knowledge.

**Discussion**

Standard capacity magazines, as originally designed, manufactured and sold within the State of Colorado are commonly possessed and used for lawful purposes. Millions of Americans own and use AR15 style rifles. A Washington Post survey in 2022 numbers the owners of AR15s at 16 million while the 2020 number was almost 20 million according to NSSF President and CEO Joseph Bartozzi, who called the AR-15 the "most popular rifle sold in America" and a "commonly owned firearm." A 2021 survey conducted by Georgetown University Professor William English in 2021 of 16,000-gun owners revealed that of those, 30% owned AR15 style rifles. Further, the NSSF 2020 Industry Intelligence report has the number of AR15 rifles produced minus exports (so sold in the US) at just under 20 million from 1990 through 2018. It is estimated that about 8 to 9 million AR15s were owned by US citizens prior to 1990 and the

April 12, 2023
Arrington
EEC 2402
Page 2

total number of semi-automatic rifles owned in the US (2018) at just over 43 million. From 2019 through 2022, another 3 to 4 million have been sold. So, conservatively, there are at least 34 million AR15s owned by US citizens, and the vast majority of those rifles were sold with at least one 20 or 30 round (30 round standard being most common) magazines. As magazines are a commodity that is sold without serialization or tracking, the total number of magazines that are above 15 rounds is difficult to measure. However, the 2018 NSSF Magazine Chart estimates 71 million handgun magazines of 11+ rounds, 9.4 million rifle magazines from 11-29 rounds (20 being the most common and 15 being the second most common) and 79 million rifles magazines of 30+ rounds. Mag-Pul, the largest manufacturer of AR15 magazines (and who also produces Glock and AR10 magazines) estimates the total number of magazines of 15+ rounds at 350 million. The 2018 NSSF estimate of Semi-Automatic handguns is 89 million, with about 40% being 9mm, which are commonly 15 or 17 rounds depending on the frame size. The Glock 17 is the most prolific handgun in the US with 60 to 70 percent of LEOs utilizing them and at least 30% of target and sport shooters using them. They also have an edge for use as a home, or self-defense firearm. They are sold with 2 or 3 standard capacity 17 round magazines. Conservative estimates are that, conservative, and there certainly close to 100 million handgun magazines in the US that are over 15 rounds. That leaves approximately 250 million rifle magazines over 15 rounds. From one third to one half of all US gun owners surely own a magazine that is over 15 rounds.

Detachable magazines are necessary to make semi-automatic firearms, designed to receive such magazines, operate effectively. Without such magazines, semi-automatic firearms are inoperable. The feed angle, magazine spring pressure, and feed ramps are all design features coupled between the magazine (when inserted into the magwell) and the firearm to ensure function as intended. Magazines, by nature and with use, are wear items that must be periodically replaced. The largest percentage of semi-automatic firearms failures are due to damage, or wear, of the magazines. When citizens are not allowed to purchase magazines for their firearms, they will eventually become useless. Some of the most common polymer magazines will wear out and become inoperable in as little as 500 rounds. Very few can pass 2000 rounds without replacement. That is significantly less than the 50K to 100K rounds to wear out a firearm.

Magazines are not merely a box in which ammunition is stored, rather, cartridges are held in the magazine under spring tension. When a semi-automatic firearm is fired, the spring pushes another cartridge up for the bolt to push it into the chamber so that it can be fired with the next pull of the trigger. If there is no magazine pushing cartridges up into the action, one by one, there is no ability to fire a subsequent cartridge due to a subsequent pull of the trigger, which is

April 12, 2023
Arrington
EEC 2402
Page 3

the defining characteristic of a semi-automatic weapon. Thus, without magazines as a designed component of semi-automatic firearms they would not exist. In other words, magazines are a necessary and integral part of the operation of a semi-automatic firearm.

In addition, for at least the last 40 years, magazines, as an integral commodity product that allow the semi-automatic firearm to function, have been designed with basepads that specially allow them to be changed with different pads allowing for variable capacities.

**Report Limitation**

Entropy has been retained to provide advice relative to referenced matter. The findings and conclusions contained herein are derived from numerous sources and believed to be correct. This report is subject to change in the event that additional information or findings are provided to Entropy. Neither this report, nor any of the professional opinions contained herein (or the bases for those opinions) shall be used, relied upon, or otherwise disclosed to anyone other than the parties involved in this matter without Entropy's express written consent.

**Qualifications**

Mr. Passamaneck has extensive knowledge of firearms desing, manufacture and use. He has designed magazines, barrels, muzzle devices, gas blocks and complete firearms for manufacturers. Mr. Passamaneck has extensively tested firearms, ammunition and accessories. He has conducted shooting reconstructions related to both intentional and unintentional firing of firearms. Mr. Passamaneck has been admitted in courts as a firearms expert and as a ballistics expert. He holds several training certifications and has trained and coached shooting in a wide array of disciplines.

Mr. Passamaneck charges $250/hour for consulting services, including producing work product, testimony and travel. His testimony for the last 4 years is as follows:

| Project | Date | Arb, Depo, Trial, Hearing, Mediation | Case Number | Court | Case Name | Client |
|---|---|---|---|---|---|---|
| 2280 | 05.03.19 | D | Case#2018CV030954 | Office of Franz Hardy Gorden Rees Scully Mansukhani, LLP | Martha Munoz V Public Service DBA X-Cel Energy | John Sheppard |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2251 | 07.07.20 | T | Workers Comp. No. 5-123-298 | Call In Zoom Call | Cassandra Newell V O'Reilly Auto Parts | Brad Miller |
| 2356 | 9/16/20 | T | Workers Comp. No. 5-119-454 | Office of Administrative Courts, Denver, CO | Larry Pfannenstiel V O'Reilly Auto Parts | Brad Miller |
| 2356 | 10.01.20 | D | Workers Comp. No. 5-119-454 | Office of Administrative Courts, Denver, CO | Larry Pfannenstiel V O'Reilly Auto Parts | Brad Miller |
| 2252 | 06.10.21 | D | Case#2018CV31645 | District Court Adams County | Steven-Roberts Originals, LLC V Rocky Mountain Mechanical Systems | Brian Suth |
| 2340 | 08.19.21 | T | Case#17CV6 | District Court Eagle County, Colorado | Tania Bricel v Wyndham Worldwide | James Bailey |
| 2373 | 4.21.22 | D | Case#2021CV30152 | Boulder County, | Pipe X v Park North | Brad Shefrin |
| 2392 | 12.13.22 | D | 2022CV30439 | District Court, Denver County, Colorado | Moutain States Plumbing v. Winter Park Land Co. LLC | Kirsten Kube |

Thank you for using Entropy in this matter. Please contact this writer if you have any questions or if we may be of further assistance.

Sincerely,
**Entropy Engineering Corp**

Mark W. Passamaneck, PE
President, Principal Engineer