**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONNEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## NOTICE OF THREE RELATED CASES

Recently, *Rocky Mountain Gun Owners, et al. v. Polis*, No. 23-cv-1077-PAB was reassigned from Judge Kane to Chief Judge Brimmer based on the pendency of an earlier filed case, *Rocky Mountain Gun Owners, et al. v. Polis*, No. 23-cv-1076-PAB-NRN. The Order of Transfer in No. 23-cv-1077 noted that two of the parties were the same and that both cases involve common questions of fact and/or law. Plaintiffs' counsel is also the same between the two cases.

Based on the Order of Transfer, as well as D.C.Colo.LCivR 3.2, the Governor gives notice that this case, *Gates, et al. v. Polis*, No. 22-cv-1866-GPG-SKC, is related to Nos. 23-cv-1076 and 23-cv-1077 because it involves a common defendant (the Governor) and all three cases involve common questions of law and/or fact under the Second Amendment following the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). All three cases were also filed by the same plaintiff's counsel. It is also believed

that one of the *Gates* plaintiffs, the National Foundation for Gun Rights, Inc., is related to Rocky Mountain Gun Owners, the organizational plaintiff in both Nos. 23-cv-1076 and 1077.

Respectfully submitted this 10th day of July, 2023.

                PHILIP J. WEISER
                Attorney General

                */s/  Peter G. Baumann*
                *LeAnn Morrill*, First Assistant Attorney General*
                *Emily B. Buckley*, Senior Assistant Attorney General*
                *Peter G. Baumann*, Senior Assistant Attorney General*
                *Daniel R. Magalotti*, Assistant Attorney General Carr Fellow*
                1300 Broadway, Denver, CO 80203
                Telephone: (720) 508-6152
                Email: LeeAnn.Morrill@coag.gov; Emily.Buckley@coag.gov;
                Peter.Baumann@coag.gov; Daniel.Magalotti@coag.gov

                *Attorneys for Defendant Jared Polis*
                *Counsel of Record

## CERTIFICATE OF SERVICE

  I hereby certify that on July 10, 2023, I served a true and complete copy of the foregoing **NOTICE OF THREE RELATED CASES,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Blvd
Wheat Ridge, CO 80033
barry@arringtonpc.com

                */s/ Carmen Van Pelt*