

## Entropy
### ENGINEERING CORP.

*Firearms/Shooting Resume supplement for:* **MARK W. PASSAMANECK**

Mr. Passamaneck is a mechanical engineer who works for a consulting/forensic engineering firm in Denver. He is also an owner of Carbon Arms Corp, a firearms products manufacturing and design company. He has been shooting since he was a child and has been involved in several forms of competitive shooting for most of his adult life. Mr. Passamaneck takes his engineering and shooting experience and combines them into an analytical approach to training, shooting, testing and reconstruction.

### CERTIFICATIONS

Mr. Passamaneck has trained thousands of individuals in the safe and legal use of firearms including civilians and Law Enforcement personnel. He founded and owned a firearms training company for approximately six years for which he wrote several acclaimed texts. Mr. Passamaneck has attended and successively obtained certificates of completion for several seminars and courses presented by some of the top firearms instructors in the country. Mr. Passamaneck also holds classifications in several shooting sports. Mr. Passamaneck earned the following safety and instructional certifications:

| | |
|---|---|
| *National Range Officers Institute (USPSA)* | Chief Range Officer |
| *International Defensive Pistol Association* | Safety Officer |
| *Rocky Mountain 3 Gun Championship* | Range Master |
| *National Rifle Association Instructor* | Multiple Certifications |

Mr. Passamaneck holds, or has held, the following memberships and or offices:

*Life Member of the National Rifle Association, Life Member of the Colorado State Shooting Association, Action Pistol Executive of the Colorado State Shooting Association, Member of the International Defensive Pistol Association, Vice-President of Front Range IDPA, Member of the Glock Sport Shooting Foundation, Member of the United States Practical Shooting Association*
*Member of several gun ranges*

### Incident Evaluations

Mr. Passamaneck is a very accomplished shooter and hunter familiar with a wide array of topics related to shooting and firearms. He has an in depth understand of manufacturing processes related to the manufacture of ammunition and firearms. His mechanical and materials engineering training complement his firearms knowledge. Mr. Passamaneck is a skilled reloader of metallic and shotgun cartridges having reloaded several hundred thousand rounds of ammunition. He has conducted ballistic testing (trajectory and terminal) and failure testing on a variety of firearms and topics. He has harvested well over one hundred head of big game, as well as hundreds of other species. This has allowed him to personally examine over a thousand wound channels and collect projectiles fired from handguns, shotguns and rifles. He is experienced in the investigation of shooting and firearms incidents and follows the ASTM E-30 Committee standards related to such investigations. He has investigated numerous cases involving personal injuries and death arising from firearms. These have included component failures, human factors and improper use. His strong background in materials, testing and modeling aids in the evaluation of firearms cases.



EXHIBIT 13