IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-GPG-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

---

**UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

---

Plaintiffs move the Court for leave to exceed page limits with respect to their response to Defendant's motion partially to strike expert Mark Passamaneck's expert report and exclude his testimony [ECF 60].

Due to the complexity of the issues raised in Defendant's motion to exclude expert testimony, Plaintiffs require an addition 3.3 pages in their response brief (the brief goes to 20 pages; actual text is only 18.3 pages). Plaintiffs have consulted with opposing counsel, who do not oppose this motion.

*/s/ Barry K. Arrington*

_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com

1

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on July 24, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington