## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

### DEFENDANT'S NOTICE ON SUBPOENA TO BERETTA U.S.A. CORP.

Defendant, Jared S. Polis, in his official capacity as Governor of the State of Colorado, issued a subpoena to Beretta U.S.A. Corp. ("Beretta") to provide national sales numbers for the sale of magazines of 15 rounds or fewer and magazines of 16 rounds or more. *See* Defendant's Opposition to Non-Party Beretta U.S.A. Corp's Opposed Motion to Amend Protective Order [#52]. After the Court put into place its standard protective order, [#48], Beretta moved to amend the Protective Order, Non-Party Beretta U.S.A. Corp.'s Opposed Motion to Amend Protective Order [#50].

Defendant has withdrawn the outstanding subpoena requests to Beretta, so Beretta's motion is moot. *See Res. Ctr. for Indep. Living, Inc. v. Ability Res., Inc.*, No. 07-2217-JAR, 2008 WL 110895, at *1 (D. Kan. Jan. 9, 2008) ("[C]onsidering that no pending discovery 'dispute' exists, the court denies plaintiff's motion as moot.").

1

DATED: July 28, 2023.

PHILIP J. WEISER
Attorney General

<u>s/</u> Daniel R. Magalotti
*LEEANN MORRILL**
First Assistant Attorney General
*EMILY B. BUCKLEY**
Senior Assistant Attorney General
*PETER G. BAUMANN**
Assistant Attorney General
*DANIEL R. MAGALOTTI**
Assistant Attorney General Fellow
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: leeann.morrill@coag.gov
          emily.buckley@coag.gov
          peter.baumann@coag.gov
          daniel.magalotti@coag.gov
*Attorneys for Defendant Governor
  Jared S. Polis*
*Counsel of Record

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 28, 2023, I served a true and complete copy of the foregoing **DEFENDANT'S NOTICE ON SUBPOENA TO BERETTA U.S.A. CORP.**, upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com

Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO 80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*

Ryan J. Fletcher
Merchant & Gould P.C.
1801 California Street, Suite 3300
Denver, CO 80202
rfletcher@merchantgould.com

*Attorney for Beretta U.S.A. Corp.*

                *s/* Daniel R. Magalotti
                *Daniel R. Magalotti*