**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-1866-NYW-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## JOINT MOTION FOR ENLARGEMENT OF PAGE LIMIT

Plaintiffs and Defendant submit the following joint motion for an enlargement of the page limits for Summary Judgment motions filed under Rule 56 in this matter. As good cause, the parties state:

1. Under the current scheduling order in this matter, dispositive motions under Fed. R. Civ. P. 56 are due on August 21, 2023. (Doc. #57).

2. At this time, one or both parties anticipate filing a motion under Fed. R. Civ. P. 56.

3. Under the Court's practice standards, motions for summary judgment, and responses, are limited to 20 pages, with 10 pages allocated for replies. Civ. Practice Standard 10.1(c)(2).

4. This case, in which Plaintiffs challenge Colorado's ban on firearm magazines of sixteen rounds or more, raises complex issues of substantial public interest.

5. The applicable legal framework was clarified last year in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 42 S.Ct. 2111 (2022). *Bruen* states that a multi-stage inquiry is necessary whereby if a challenged regulation falls within the plain text of the Second Amendment, it must be "consistent with this Nation's historical tradition of firearm regulation." *Id.* at 2126.

6. Since *Bruen*, many challenges to firearm-related regulations have been filed across the country. The Parties have reviewed these cases, and in them, motions addressing the merits of the claim—mostly at the preliminary injunction phase—have routinely exceeded forty pages.

7. At the preliminary injunction phase of this case, Defendant requested, and received, the Court's permission to file a 25-page Response to Plaintiff's Motion for a Preliminary Injunction. (*See* Doc. # 28). That Response did not include a statement of undisputed material facts, or factual explication.[1]

8. In order to fully present the facts relevant to Plaintiffs' challenge and adequately address the legal issues arising under *Bruen*'s novel standard, the parties require an enlargement of the Court's page limits. The Parties propose 45 pages for motions for summary judgment and responses, and 25 pages for a Reply.

---

[1] Plaintiffs withdrew their Motion for a Preliminary Injunction prior to a planned evidentiary hearing on the Motion. (Doc. # 31).

Accordingly, the Parties respectfully request an enlargement of the page limits for motions for summary judgment in this matter, with motions and responses not to exceed 45 pages and replies not to exceed 25 pages.

Respectfully submitted this 31st day of July 2023.

| | |
|---|---|
| /s Barry K. Arrington* | /s Peter G. Baumann |
| *Barry K. Arrington* | PHILIP J. WEISER |
| Arrington Law Firm | Attorney General |
| 3801 E. Florida Ave., Ste. 830 | |
| Denver, CO 80210 | *LeeAnn Morrill** |
| Phone: (303) 205-7870 | First Assistant Attorney General |
| barry@arringtonpc.com | *Emily B. Buckley** |
| | Senior Assistant Attorney General |
| *Shaun Pearman* | *Peter G. Baumann** |
| *Eric P. Apjoke* | Assistant Attorney General |
| The Pearman Law Firm, P.C. | *Daniel R. Magalotti** |
| 4195 Wadsworth Blvd. | Assistant Attorney General Carr Fellow |
| Wheat Ridge ,CO | Public Officials Unit / State Services Section |
| Phone: (303) 991-7600 | Ralph L. Carr Colorado Judicial Center |
| eric@pearmanlawfirm.com | 1300 Broadway, 6th Floor |
| shaun@pearmanlawfirm.com | Denver, CO 80203 |
| | Phone: (720) 508-6152 |
| *Attorneys for Plaintiffs* | leeann.morrill@coag.gov |
| | emily.buckley@coag.gov |
| | Peter.baumann@coag.gov |
| *Signature added via email authorization | Daniel.magalotti@coag.gov |
| | *Counsel of Record |
| | |
| | *Attorneys for Defendant* |

3

## CERTIFICATE OF SERVICE

  I hereby certify that on July 31, 2023, I served a true and complete copy of the foregoing **JOINT MOTION FOR ENLARGMENT OF PAGE LIMIT,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

| | |
|---|---|
| Barry K. Arrington<br>Arrington Law Firm<br>4195 Wadsworth Blvd<br>Wheat Ridge, CO 80033<br>barry@arringtonpc.com | Shaun Pearman<br>Eric P. Apjoke<br>The Pearman Law Firm, P.C.<br>4195 Wadsworth Blvd.<br>Wheat Ridge, CO<br>Phone: (303) 991-7600<br>eric@pearmanlawfirm.com<br>shaun@pearmanlawfirm.com |

                */s/ Carmen Van Pelt*