IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT

Defendant respectfully requests an enlargement of the page limits for its Reply in Support of his Motion to Partially Strike Expert Report and Partially Exclude Testimony of Mr. Mark Passamaneck under Fed. R. of Evid. 702 (D. 56). As good cause, Defendant states:

1. On June 30, 2023, Defendant moved to partially exclude the expert testimony of Mark Passamaneck. Plaintiffs responded to that Motion on July 21, 2023. (D. 60).

2. On July 24, 2023, Plaintiffs requested an enlargement of the page limits for their Response. (D. 61). The Court granted that Motion the same day. (D. 62)

3. In order to adequately Reply to the arguments advanced in Plaintiffs' Response, Defendant requires five additional pages. Accordingly, Defendant requests an Order permitting him to file a fifteen-page Reply in Support of his Motion.

4. Defendant conferred with counsel for the Plaintiffs by telephone on August 2, 2023, concerning the relief requested in this Motion. Counsel indicated that Plaintiffs do not oppose the requested relief.

Accordingly, Defendant respectfully requests an Order permitting him to file a Reply in Support of his Motion not to exceed 15 pages.

Respectfully submitted this 2nd day of August 2023.

/s Peter G. Baumann
PHILIP J. WEISER
Attorney General

*LeeAnn Morrill\**
First Assistant Attorney General
*Emily B. Buckley\**
Senior Assistant Attorney General
*Peter G. Baumann\**
Assistant Attorney General
*Daniel R. Magalotti\**
Assistant Attorney General Carr Fellow
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Phone: (720) 508-6152
leeann.morrill@coag.gov
emily.buckley@coag.gov
Peter.baumann@coag.gov
Daniel.magalotti@coag.gov
\*Counsel of Record

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2023, I served a true and complete copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com

Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO 80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*

                                              s/ Carmen Van Pelt
                                              *Carmen Van Pelt*