IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## JOINT MOTION FOR EXTENSION OF TIME

    Plaintiffs and Defendant submit the following joint motion for an extension of time up to and including September 11, 2023, to file dispositive motions in this matter. As good cause, the parties state:

    1.    Under the current scheduling order in this matter, dispositive motions under Fed. R. Civ. P. 56 are due on August 21, 2023. (Doc. #57).

    2.    The Parties recently completed discovery, and at this time, one or both parties anticipate filing a motion under Fed. R. Civ. P. 56.

    3.    The Parties also requested, and received, leave to file motions for summary judgment, and responses, up to 45 pages in length, with replies not to exceed 25 pages. (D. 66).

4.  To ensure any motions for summary judgment are fully and adequately briefed, the Parties require a brief extension of time. The parties propose a three-week extension of time, up to and including September 11, 2023.

5.  No party will be prejudiced by this extension. There are no further deadlines currently set in this matter.

Accordingly, the Parties respectfully request an extension of time to file dispositive motions, up to and including September 11, 2023.

Respectfully submitted this 3rd day of August 2023.

| /s Barry K. Arrington* | /s Peter G. Baumann |
|---|---|
| *Barry K. Arrington* | PHILIP J. WEISER |
| Arrington Law Firm | Attorney General |
| 3801 E. Florida Ave., Ste. 830 | |
| Denver, CO 80210 | *LeeAnn Morrill\** |
| Phone: (303) 205-7870 | First Assistant Attorney General |
| barry@arringtonpc.com | *Emily B. Buckley\** |
| | Senior Assistant Attorney General |
| *Shaun Pearman* | *Peter G. Baumann\** |
| *Eric P. Apjoke* | Senior Assistant Attorney General |
| The Pearman Law Firm, P.C. | *Daniel R. Magalotti\** |
| 4195 Wadsworth Blvd. | Assistant Attorney General Carr Fellow |
| Wheat Ridge ,CO | Public Officials Unit / State Services Section |
| Phone: (303) 991-7600 | Ralph L. Carr Colorado Judicial Center |
| eric@pearmanlawfirm.com | 1300 Broadway, 6th Floor |
| shaun@pearmanlawfirm.com | Denver, CO 80203 |
| | Phone: (720) 508-6152 |
| *Attorneys for Plaintiffs* | leeann.morrill@coag.gov |
| | emily.buckley@coag.gov |
| | Peter.baumann@coag.gov |
| *\*Signature added via email authorization* | Daniel.magalotti@coag.gov |
| | *Counsel of Record |
| | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2023, I served a true and complete copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com

Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO 80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*

                                            s/ Carmen Van Pelt
                                            *Carmen Van Pelt*