# Exhibit 21 to
# The Governor's Motion for Summary Judgment

*Declaration of Joshua Nowlan*

*Gates et al. v. Polis*, No. 1:22-cv-1866-GPG-SKC (D. Colo.)

September 11, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## DECLARATION OF JOSHUA NOWLAN

I, Joshua Nowlan, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am over the age of twenty-one, a resident of Denver, Colorado, a single father of two children, and currently employed as a technical solutions engineer at Arrow Electronics.

2. From 2002 to 2006, I was an enlisted sailor in the United States Navy. As a sailor, I became certified in the use and operation of certain small firearms, including shotguns, handguns, and the M16 rifle.

3. As described in more detail below, I was shot multiple times during a showing of *The Dark Night Rises* at the Century 16 cinema in Aurora, Colorado, on July 20, 2012.

4. I previously testified during the shooter's criminal trial, at which he was convicted of multiple crimes, including 12 counts of first degree murder and 140 counts of attempted first degree murder, and for which he received 12 consecutive life sentences.

1

5. On July 20, 2012, two friends and I attended a showing of *The Dark Night Rises* at the Century 16 movie theater in Aurora, Colorado. We sat in middle of an elevated row located near the top of the back of the theater.

6. During the movie, and while the theater was still dark, I heard an initial blast, which I first believed to be fireworks or a prank. I then heard gunfire. Other people in the movie theater began running and screaming, while my friends and I dropped to the ground and hid behind the seats in front of us.

7. The shooter was firing his weapons from the front of the theater. The only exits from the theater were located at the end of hallways on each side of the theater or the front of the theater near the screen. Moving towards an exit would have required that I run down the stairs adjacent to the elevated rows and towards the shooter and the gunfire.

8. While crouching behind the seats, I was shot in my left leg and right arm. One of my friends was shot in her buttocks, and my other friend had shrapnel enter his body.

9. After a little bit, I could see the shooter walking between the seats, looking for more individuals to shoot. I feared that he was about to walk up the staircase to where my friends and I were hiding.

10. When I first heard gunfire, my military training kicked in. While crouching behind the seat, I heard continuous gunfire in short bursts as the shooter was firing his weapon. To the best of my recollection, there were no pauses in the shooting.

11. I looked between the seats and could see a figure moving around at the front of the theater. The gunfire did not stop until I heard the shooter's firearm jam. Based on my military training, it became apparent to me that the shooter did not understand how to fix

2

a jammed firearm. I later learned that the shooter left the theater after his firearm jammed in order to get more ammunition from his car.

12. I also learned that the shooter used a 100-round drum magazine, among other magazines, which was why he was able to fire continuously without pausing until his firearm jammed.

13. I don't know what would have happened to me or others if the shooter had been able to fire all 100 rounds in that magazine.

14. Based on my experiences in the theater, I believe that if the shooter had used firearm magazines of only 15 rounds or fewer, some of the individuals who were killed would be alive today. This is especially true as it became apparent during the shooting that the shooter was not an expert in using firearms.

15. After the shooter's firearm jammed, the lights in the theater came on, and police began to enter the theater.

16. An individual in my same row was more injured than me, and I attempted to keep that person alive.

17. Although a police officer attempted to help me first, I directed the officer to help that person next to me.

18. Another officer then helped me. The officer and I were afraid that if he picked me up, the portions of my right arm and left leg below the bullet wounds would detach. The officer eventually picked me up by my uninjured arm and uninjured leg.

19. With the assistance of the officer, I hopped out of the theater. I saw lifeless and injured bodies in the theater as I exited.

20. I was placed into the front seat of a police car, with another victim in the back seat. Ambulances could not reach the theater because of the ongoing chaos. I was then taken to the nearest hospital.
21. I had a gunshot wound in my right forearm and a gunshot wound in my left leg. The doctors first did not believe that they could save my arm, as the bullet was lodged into both bones in my forearm.
22. I was initially in the hospital for three weeks, during which I received half a dozen surgeries.
23. I was in physical therapy for an entire year after the shooting and could not return to work until a year after the experience.
24. For the first five years after the shooting, my leg was in so much pain that I had a daily pain regimen involving medication, water therapy, and other short-term treatments.
25. The medication caused me to distance myself from my friends and family and to be unable to give my young children the care and attention that I believe they needed.
26. Five years after the shooting, I again saw the orthopedic surgeon from my initial hospital stay. He suggested the possibility of amputating my left leg.
27. In January 2018, I had my left leg amputated below the knee.
28. Although the amputation eventually allowed me to stop using pain medication, I continue to suffer lifelong hardship as an amputee, including the significant financial expenses of prosthetics and medical care.
29. I continue to suffer neuropathy in my wounded right arm. For example, when I bump my elbow, my arm can become numb for half a day.
30. I also suffer from post-traumatic stress disorder (PTSD).

31. Every time I hear or read about another mass shooting, my mind returns to the events in the movie theater in Aurora. I place myself into the position of the victims of each new mass shooting.

32. I have seen and continue to see psychiatrists and other professionals to manage my PTSD. I also have taken different types of medications to help with my PTSD.

33. I carry the aftermath of being a mass shooting survivor with me constantly and believe that I will do so for as long as I live.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of September, 2023.

*Joshua Nowlan*

5