# Exhibit 22 to
# The Governor's Motion for Summary Judgment

## *Audio of 911 Call from Aurora Theater*

(Cover Page for Conventionally Submitted Exhibit)

*Gates et al. v. Polis*, No. 1:22-cv-1866-GPG-SKC (D. Colo.)

September 11, 2023