# Exhibit 23 to
# The Governor's Motion for Summary Judgment

## *Expert Report of Seamus McGraw*

*Gates et al. v. Polis*, No. 1:22-cv-1866-GPG-SKC (D. Colo.)

September 11, 2023

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

      Defendant.

---

### FRCP 26(a)(2)(B) DECLARATION OF SEAMUS MCGRAW

---

Pursuant to 28 U.S.C. § 1746, I, Seamus (James) McGraw, declare under penalty of perjury that the following is true and correct:

I am over the age of eighteen (18) years, competent to testify to the matters contained in this Declaration, and testify based on my personal knowledge and information.

I have been asked by the Defendant to prepare an expert declaration for disclosure under FRCP 26(a)(2)(B) addressing public shootings and the role of semiautomatic weapons equipped with large-capacity magazines have played in them. This Declaration is based on my own personal knowledge and experience, and, if I am called as a witness, I could and would testify competently to the truth of the matters discussed in this Declaration. I hold all opinions expressed herein to a reasonable degree of professional certainty.

I am not being financially compensated for my work on this report.

1

### Introduction and Qualifications

My name is Seamus (James) McGraw.  I have been a journalist and author for 38 years, much of that time covering violent crime in the United States. My most recent book, <u>From a Taller Tower: The Rise of the American Mass Shooter</u>, University of Texas Press (2021), explores mass public shootings in the United States since 1966. In connection with <u>From a Taller Tower</u>, I have extensively researched mass public shootings, by reviewing federal and state reports (including thousands of pages of academic research) and conducting approximately 100 hours of interviews with eyewitnesses, family members of the deceased, law enforcement officials, academics and, in one case, with a convicted killer serving a life sentence for a shooting, over the course of 18 months, with 727 pages of transcripts.

I am also the author of the nonfiction books <u>The End of Country: Dispatches from the Frack Zone</u>, Random House (2011), <u>Betting the Farm on a Drought: Stories from the Front Lines of Climate Change</u>, University of Texas Press (2015); and <u>A Thirsty Land: The Fight for Water in Texas</u>, University of Texas Press (2020). My C.V. is attached as Exhibit 1.

In Section One, we will trace the evolution of the modern mass public shooting from its beginning at the University of Texas in Austin on August 1, 1966, to the present, defining the term and outlining the characteristics.

Section Two will examine how the research shows that among other shared characteristics, mass shooters often are motivated by a desire to inflict the maximum number of casualties, in part driven by a desire to exceed the death toll of previous shootings, and select both their weapons and their magazine to achieve that objective.

Section Three discusses the myth of "the good guy with a gun." The argument has been made that barring honest gun owners from matching the firepower of mass shooters leaves all of

us vulnerable. In this section I'll show how the myth of the good guy with a gun has been amplified and exaggerated, and that even in those rare cases where an armed citizen or police officer does interrupt a mass shooter, rarely are more than 15 rounds fired.

**Section One:** *The Evolution of Mass Shootings*

I am familiar with major mass public shootings and could describe them in detail, if called upon to do so.

On August 1, 1966, Charles Whitman, a former Marine and flailing college student, rode the elevator to the upper floors of the tower at the University of Texas in Austin, carrying a duffel bag filled with arms and ammunition: a Remington 700, a rifle favored at the time by hunters for its long-distance accuracy; an M1, a semiautomatic rifle developed by the military for its durability and its ability to repeatedly hit targets up to 500 yards away; a shotgun; two pistols; and a box of ammunition. By the time he reached the tower's observation deck on the 28th floor, he had already killed both his wife and his mother. He killed three more people with shotgun blasts before heading to the parapet. Both the shotgun and the M1 had been purchased by Whitman earlier that day.[1] Over the course of the next 96 minutes, before he was finally shot dead by police, Whitman fired at random, killing 11 more people (a 17th victim died decades later of injuries sustained in the shooting) and wounding 31.[2]

---

[1] *Report on the Charles J. Whitman Catastrophe*, Texas Governor's Committee and Consultants, Archives and Information Services Decision, Texas State Library and Archives Commission Austin, September 8, 1996.

[2] Seamus McGraw, From a Taller Tower: The Rise of the American Mass Shooter, University of Texas Press, 2021 (hereinafter From a Taller Tower); Seamus McGraw, Essay: America's first modern mass shooting never really ended, Texas Tribune, (June 1, 2022), https://www.texastribune.org/2022/06/01/texas-tower-shooting-myth-good-guy-with-gun/.

The University of Texas shooting is recognized as a kind of historical pivot point, perhaps the first modern mass public shooting,[3] defined as a single event in which at least four people are killed, not including the gunman.

Though rare when compared to other crimes, even other gun crimes—mass public shootings accounted for only a small percentage of the 19,384 gun-related homicides reported in the United States in 2020, according to an analysis conducted by the Pew Research Center[4]—such mass atrocities are now part of the American experience. Many of them are etched permanently in the public consciousness, including:

- *Columbine*, an April 20, 1999 failed mass bombing attempt by two high school students at a high school in Columbine, Colorado, turned into a mass shooting that left 12 students and one teacher dead from gunshots and 21 others wounded.[5]

- *Tucson*, a January 8, 2011 attack during an event for then Representative Gabby Giffords outside a Safeway supermarket by a gunman armed with a 9mm pistol and a 33-round magazine that left six dead, including a federal judge and a 9-year-old girl. Nineteen other people were wounded by gunfire, including Giffords who survived a bullet wound to the head. Although there was at least one armed civilian present, the gunman, Jared Lee Loughner, was subdued by unarmed bystanders while attempting to change magazines.[6]

---

[3] *See* <u>From a Taller Tower</u>, pp. 3-10; *see also* Lankford, Adam, interview conducted by Seamus McGraw; Meloy, J. Reid, interview conducted by Seamus McGraw; Silver, James, interview conducted by Seamus McGraw.

[4] What the Data Says About Gun Deaths in the US, Pew Research Center, Feb. 2, 2022.

[5] Columbine Commission, *The Report of Governor Bill Evans' Columbine Commission*, State of Colorado (May 2001).

[6] "Four Tucsonans Stopped Gunman: Ordinary citizens became heroes", Josh Brodesky and Kim Smith, *Arizona Daily Star*, January 10, 2011, https://tucson.com/news/local/govt-and-politics/four-tucsonans-stopped-gunman-ordinary-citizens-became-heroes/article_c4e24098-

- *Aurora*, a July 20, 2012 attack inside a movie theater in Aurora, Colorado, during a midnight screening of the film The Dark Knight Rises in which a killer, armed with a shotgun, a handgun, and a semiautomatic rifle equipped with a 100-round drum magazine, fired off 76 rounds in a matter of minutes, 65 of those rounds from the semiautomatic rifle, killing 12 people and injuring 70.[7]

- *Sandy Hook*, a December 14, 2012 massacre at a Connecticut elementary school in which a 20-year-old killer armed with a Bushmaster rifle and several 30-round magazines shot and killed 26 people, 20 of them children between six and seven years old, again in a matter of minutes.[8] Eleven children escaped from their classroom while the killer was exchanging the clip in his automatic weapon.[9]

- *Pulse*, a June 11, 2016 shooting a Pulse, a gay nightclub in Orlando, Florida, when a gunman carrying a SIG Sauer MCX .223 semiautomatic rifle carrying 30-round magazines, and a Glock 17 handgun, with its standard 17-round magazine, entered the nightclub, killing 49 people and wounding 53.[10] According to Orlando Police Department

---

1504-5767-901e-6c832300b961.html; William Saletan, "Friendly Firearms, Gabrielle Gifford and the peril of guns: How an Armed Hero Nearly Shot the Wrong Man," *Slate*, January 11, 2011, https://slate.com/technology/2011/01/joe-zamudio-and-the-gabrielle-giffords-shooting-how-an-armed-hero-nearly-shot-the-wrong-man.html.

[7] Aurora Century 16 Theater Shooting After Action Report for the City of Aurora, Colorado, TriData Division, System Planning Corporation (April 2014); *see also 911 Call Recording* (July 20, 2012), audio on file with author.

[8] Office of the Child Advocate of the State of Connecticut, *Shooting at Sandy Hook Elementary School: Report of the Office of the Child Advocate*, November 21, 2014.

[9] Office of the Child Advocate of the State of Connecticut, *Shooting at Sandy Hook Elementary School: Report of the Office of the Child Advocate*, p. 80, November 21, 2014.

[10] After Action Review of the Orlando Fire Department Response to the Attack at Pulse Nightclub, National Police Foundation, October 2018. https://www.orlando.gov/files/sharedassets/public/initiatives/pulse/ofd-after-action-review-final5b98855d.pdf.

estimates, calculated by listening to all of the 911 recordings, the shooter fired approximately 200 rounds in less than five minutes, stopping only to reload.[11]

- *Mandalay Bay*, at an October 1, 2017 outdoor concert in Las Vegas, Nevada—in what is, at least for now, the deadliest mass shooting carried out by a single gunman in the history of the nation—a killer positioned in the Mandalay Bay Hotel opened fire on concert-goers gathered below, initially killing 58  people[12] (two others died later, bringing the death total to 60)[13] and wounding 413 others in about 11 minutes.  Approximately 360 additional people were injured in the mad rush to flee the area. The killer had amassed the largest arsenal ever used in a mass public shooting, including 22 semiautomatic rifles, 14 of them fitted with bump-stock devices that made his legally purchased semiautomatics mimic machine guns and several of them fitted with 100- and 25-round magazines and one with a 40-round magazine. The killer was able to fire 1,057 rounds into the crowd so quickly there was no silence between gunshots.[14]

- *Sutherland Springs*, a November 5, 2017 shooting at the First Baptist Church of Sutherland Springs in Sutherland Springs, Texas, where the shooter opened fire with

---

[11]Straub, Frank, Jack Cambria, Jane Castor, Ben Gorban, Brett Meade, David Waltemeyer, and Jennifer Zeunik. 2017. Rescue, Response, and Resilience: A Critical Incident Review of the Orlando Public Safety Response to the Attack on the Pulse Nightclub. Critical Response Initiative. Washington, DC: Office of Community Oriented Policing Services, p. 18 & n.58, https://www.policinginstitute.org/wp-content/uploads/2017/12/Orlando-Pulse.pdf.

[12]  Rio Lacanlale, Sheriff admits 'failure to recognize' Route 91 victims, increases death toll, Las Vegas Review Journal (Oct. 1, 2020).

[13] Sheriff Admits "Failure to Recognize" Route 91 Victims, Increases Death Toll, Rio Lacanlale, Las Vegas Review Journal, Oct. 1, 2020, https://www.reviewjournal.com/crime/shootings/sheriff-admits-failure-to-recognize-route-91-victims-increases-death-toll-2134280/.

[14]*From a Taller Tower*, pp. 192-193; LVMPD Criminal Investigative Report of 1 October Mass Casualty Shooting, LVMPD Event No. 171001-3519, released August 3, 2018; Las Vegas Metropolitan Police Department Voluntary Statement, Event No. 171001-3519, released May 2018.

three firearms. He killed 26 people and wounded 22 others. After being shot by armed citizens who responded to the shooting, the shooter fled from the church in his automobile, and later died from a self-inflicted gunshot wound.[15]

- *Marjorie Stoneman Douglas*, a February 14, 2018 shooting at a Parkland, Florida high school, when a 19-year-old gunman armed with an AR-15-style rifle opened fire at the school, killing 17 and wounding 17 others. In that case, the killer carried several standard 10-round magazines.[16]

- *El Paso*, an August 3, 2019 shooting by a gunman with a Romanian-made version of an AK-47 and carrying several large-capacity magazines killed 22 people at a Walmart in El Paso, Texas.[17]

- *Dayton*, an August 4, 2019 shooting in Dayton, Ohio, when a 19-year-old gunman armed with a semiautomatic rifle fitted with a 100-round drum magazine killed nine people and wounded 17 others near the entrance to a bar. The attack lasted an estimated 32 seconds before police shot and killed him.

---

[15] From a Taller Tower, 35, 154, 201, 139-143, 142-53, 170-172, 206-207 (and sources cited therein); *see also* Report of Investigation into the United States Air Force's Failure to Submit Devin Kelley's Criminal History Information to the Federal Bureau of Investigation, Report No. DODIG-2019-030, Inspector General, U.S. Department of Defense, Dec. 6, 2018 (redacted), https://media.defense.gov/2018/Dec/07/2002070069/-1/-1/1/DODIG-2019-030_REDACTED.PDF.

[16] Marjory Stoneman Douglass High School Public Safety Commission, Report Submitted to the Governor, Speaker of the House of Representatives and Senate President, November 1, 2019, https://www.fdle.state.fl.us/MSDHS/MSD-Report-2-Public-Version.pdf; see also Marjory Stoneman Douglas High School Public Safety Commission, Initial Report Submitted to the Governor, Speaker of the House of Representatives and Senate President, January 2 2019. http://www.fdle.state.fl.us/MSDHS/CommissionReport.pdf.

[17] Texas Man Pleads Guilty to 90 Federal Hate Crimes and Firearms Violations for August 2019 Mass Shooting at Walmart in El Paso, Texas, February 8, 2023, Department of Justice Office of Public Affairs. https://www.justice.gov/opa/pr/texas-man-pleads-guilty-90-federal-hate-crimes-and-firearms-violations-august-2019-mass.

- *Uvalde*, the May 24, 2022, attack at Robb Elementary School in Uvalde, Texas, in which an 18-year-old gunman armed with a semiautomatic rifle and carrying multiple 30-round magazines killed 19 students and two teachers at the school, barricading himself in the school for more than an hour before authorities finally breached the classrooms.[18]

**Section 2: Characteristics of Mass Shootings**

Mass shootings share certain traits.

*Demographics of mass shooters*

In the main, the killers are male, and, despite a persistent myth that they are exclusively white males, studies have indicated that they come from virtually every demographic. A study of 63 active shooters between 2000 and 2013 compiled by the FBI in 2018 determined that 63 percent of the shooters were white, 10 percent Asian, 16 percent were African American, six percent identified as Hispanic, three percent were of Middle Eastern descent and two percent were Native American.[19] Mass shooters also are found in virtually every age cohort. The youngest shooter in the FBI study was 12.[20] The oldest was 88 years old.[21] According to that FBI study, three-quarters of the shooters from 2000-2013 had no documented history of a prior diagnosis of mental illness.[22] As the study concluded, "these 63 active shooters did not appear to

---

[18] House Investigative Committee on the Robb Elementary Interim Report 2022, A Report to the House of Representatives 88th Texas Legislature, July 17, 2022, https://house.texas.gov/_media/pdf/committees/reports/87interim/Robb-Elementary-Investigative-Committee-Report.pdf; Exclusive Uvalde Video Shows School Shooting, Police in Hallway After Shooter Entered Classroom, Austin American-Statesman/KVUE, https://www.youtube.com/watch?v=OyPTePoiI3M

[19] James Silver, Andre Simmons and Sara Craun, A Study of the Pre-Attack Behaviors of Active Shooters in the United States Between 2000 and 2013, and FBI, US DOJ, June 2018, fbi.gov/file-repository//pre-attack-behaviors-of-active-shooters-in-us-2000-2013.pdf/view.

[20] *Id*.

[21] *Id*.

[22] *Id*.

be uniform in any way such that they could be readily identified prior to attacking based on demographics alone."[23]

*Shared characteristics of mass shooters*

What they tend to share in common is a sense of grievance – as Jeff Daniels, a professor of Counseling at the University of West Virginia put it, discussing a study of 37 mass public shootings, "A majority of mass shootings are grievance-based. For example, in the workplace, someone can be passed over for a promotion and they feel it's unfair. They try to resolve it, but it doesn't work out. This festers. At some point, the person experiences a crisis, such as a divorce or health problem. They no longer have the ability to cope and develop a fatal grievance and fantasize how to resolve this, which could be taking out the people they feel wronged by."[24] And frequently, as researcher Adam Lankford, a criminologist at the University of Alabama who has extensively studied mass public shootings has noted, mass shooters share a seemingly competitive obsession with the mass public shooters who came before them.[25] Indeed, "many individuals who engage in mass shootings study past mass shooters," according to a 2022 report by the National Institute of Justice, a research agency for the United States Department of Justice.[26] Lankford cites investigators in Connecticut who found that Adam Lanza, the 20-year-old who shot and killed 26 people at Sandy Hook Elementary School, obsessively studied prior mass public shootings. As Lankford told me in an interview for From a Taller Tower, "the Sandy

---

[23] *Id*.
[24] "School shooters tend to go down a 'fatal grievance pathway,' WVU researcher says," West Virginia Today, https://wvutoday.wvu.edu/media-center-blog/2022/05/26/expert-pitch-school-shooters-tend-to-go-down-a-fatal-grievance-pathway-wvu-researcher-says.
[25] Adam Lankford, The Myth of Martyrdom, St. Martin's Press (2013).
[26] Public Mass Shootings: Database Amasses Details of a Half Century of U.S. Mass Shootings With Firearms, Generating Psychosocial Histories. National Institute of Justice, February 3, 2022, https://nij.ojp.gov/topics/articles/public-mass-shootings-database-amasses-details-half-century-us-mass-shootings.

Hook shooter…was participating in these online forums that were dedicated to school shooters and mass shooters for two or three years before his attack… I think he became kind of obsessed with them…we see a lot of these shooters…who were acclimated with previous shooters."[27]

*The "fetishization" of weapons and large-capacity magazines*

As forensic psychologist J. Reid Meloy put it in an interview with me, it is a deadly combination of narcissism and competitiveness that drives many of these killers to seek higher and higher body counts. "I talk about the narcissism in these folks," Meloy told me. "The narcissism stimulates, not only do they want to imitate the guy but they feel some envy because he had as many victims as he did, and in order to diminish their envy, they want to have more victims."[28]

That desire to effectively "kill the last killer," is also a factor when many shooters select their weapons and the magazines they choose to use. "It comes into the whole sort of the whole notion of weapon as fetish," Meloy told me.[29] Experts like Meloy and Lankford at the University of Alabama and James Silver at Worcester University contend that within the larger universe of "modern sporting weapons" there are particular firearms that are highly prized by potential mass shooters, in part because of their warlike appearance – they become a kind of totem, or as Meloy puts it, a "fetish item" – in part because of their associations with previous mass shootings, but also because they can easily be fitted with high-capacity magazines, making them capable of firing 30 or more rounds in under a minute and raising the odds that the killer will indeed be able to exceed the death toll of prior shootings.[30]

---

[27] Lankford, Adam, interview conducted by Seamus McGraw.
[28] Meloy, J. Reid, interview conducted by Seamus McGraw.
[29] *Id.*
[30] *From a Taller Tower*, pp. 64-65, 68, 66-67, 95, 121, 193 (and sources cited therein); *see also* Adam Lankford, <u>The Myth of Martyrdom</u>, St. Martin's Press (2013); Andre Simoms and J. Reid

Indeed a  recent analysis of Everytown for Gun Safety Mass Shootings in America database from 2009 through 2022 reveals that "there were at least 63 mass shootings involving a firearm equipped with a large-capacity magazine, an assault weapon, or both, resulting in 582 people killed and 885 people wounded."[31] According to a 2017 study published in the Journal of Urban Health, "[a]ssault weapons and other high-capacity semiautomatics together generally account for 22 to 36% of crime guns, with some estimates upwards of 40% for cases involving serious violence including murders of police. Assault weapons and other high-capacity semiautomatics appear to be used in a higher share of firearm mass murders (up to 57% in total), though data on this issue are very limited."[32]

The six deadliest mass public shootings over the past decade – the Mandalay Bay shooting; the Pulse Nightclub shooting; the Uvalde, Texas, school shooting; the Sandy Hook elementary school shooting; the massacre of 26 churchgoers in Sutherland Springs, Texas, on Nov. 5, 2017; and the Valentine's Day 2018 massacre at Marjory Stoneman Douglas High School in Parkland, Florida, were all carried out with "modern sporting rifles." In every shooting except Parkland, he shooters used weapons equipped with large-capacity magazines, according to an analysis conducted by Everytown, an organization founded in the wake of the Sandy Hook shooting to advocate for tighter laws to address gun violence.[33] Indeed, according to a 2018

---

Meloy, Foundations of Threat Assessment and Management,", https://drreidmeloy.com/wp-content/uploads/2017/12/2017_FoundationsOfThreat.pdf.

[31] Assault Weapons and High Capacity Magazines, Everytown Research and Policy updated March 10 2023, https://everytownresearch.org/report/assault-weapons-and-high-capacity-magazines/.

[32] Koper, C.S., Johnson, W.D., Nichols, J.L. *et al.* Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: an Updated Examination of Local and National Sources. *J Urban Health* **95**, 313–321 (2018). https://doi.org/10.1007/s11524-017-0205-7.

[33] Mass Shootings in America, Everytown, https://everytownresearch.org/maps/mass-shootings-in-america/#mass-shootings-involving-assault-weapons-or-high-capacity-magazines-were-far-deadlier.

report by the Brigham and Women's Hospital, published in the Journal of the American Medical Association,[34] shooters armed with any kind of semiautomatic rifle are likely to kill or wound nearly twice as many people as those armed with weapons that fire off far fewer rounds before needing to be reloaded.

Even when the killers choose weapons not considered "modern sporting weapons," they often seek out and obtain extended-round magazines. Maj. Nidal Hasan, the Army psychologist who killed 13 people and injured 32 others at Fort Hood in 2009, [35] specifically demanded a 20-round magazine - the "highest standard-capacity magazine" - when he purchased the FN Five-Seven semiautomatic pistol he used in the attack. By the time of the attack, he had amassed some 3,000 rounds of ammunition.[36]

In 2018, when Ian David Long opened fire on patrons at the Borderline Bar and Grill in Thousand Oaks, California, killing 12, he was armed with a .45 caliber semiautomatic Glock 21 and was carrying eight large capacity magazines, illegal in California, but legally available in

---

[34] Elzerie de Jager, Eric Goralnik and Justin C. McCarthy, "Lethality of Civilian Active Shooter Incidents with an without Semiautomatic Rifles in the United States," JAMA, Sept. 11, 2018.
[35] *A Ticking Time Bomb: Counterterrorism Lessons from the U.S. Government's Failure to Prevent the Fort Hood Attack*, special report from Senate Committee on Homeland Security and Governmental Affairs, February 3, 2011.
[36] David Zucchino, "Suspect in Fort Hood rampage sought hi-tech gun, salesman says" *Los Angeles Times*, October 21, 2010.

neighboring states.[37] [38] In that case, a Sheriff's Deputy was killed in the confusion by friendly fire from a police officer.[39]

And on January 21, 2023 in Monterey Park, California, 72-year-old Hu Can Tran was armed with an antique Mac 10 outfitted with a homemade suppressor or silencer, and fitted with a 30-round magazine, when he entered the Star Ballroom on the Lunar New Year and opened fire, killing 11 and injuring nine in under three minutes. He fired at least 42 rounds, investigators said.  The killer attempted a second attack at a separate location that night but was disarmed by an unarmed civilian before he could open fire. He took his own life the next day. As of this writing, authorities are still trying to determine whether the weapon and the magazine were acquired legally before the state's ban was implemented.[40]

In each of these cases, and others, analysts believe that large-capacity magazines were a factor in the high death toll. As the Gifford Law Center put it, "Large capacity ammunition magazines are a common thread in many high-profile mass shootings in the United States. Because shooters with such magazines can fire at large numbers of people without taking the

---

[37] <u>From a Taller Tower</u>, pp. 148, 174-175 (and sources cited therein); *Borderline Mass Shooting Investigative Summary*, prepared by Ventura County Sheriff's Major Crimes Bureau, submitted to the Ventura County District Attorney's Office, January 31, 2020, https://s29762.pcdn.co/wp-content/uploads/2021/06/20181107OIS2018175110.pdf.

[38] Among the 12 killed at the Borderline was Tel Orfanos, an ex-sailor who'd already been traumatized just over a year earlier when he'd helped pull the wounded off the killing field below the towering Mandalay Bay Resort and Casino. <u>From a Taller Tower</u>, pp. 174-175. The Borderline, Mr. Orfanos' parents told me, was supposed to be his haven, his "safe space." *Id*. at p. 175.

[39] *Borderline Mass Shooting Investigative Summary*, prepared by Ventura County Sheriff's Major Crimes Bureau, submitted to the Ventura County District Attorney's Office, January 31, 2020, p. 432.

[40] Libor Janey, James Queally, Richard Winton, "Gun used in Monterey Park massacre an assault weapon under state law, known to jam" *Los Angeles Times,* January 24, 2023. https://www.latimes.com/california/story/2023-01-24/gun-monterey-park-massacre-an-assault-weapon-state-law-known-to-jam.

time to reload, those in the line of fire do not have the chance to escape, law enforcement does not have the chance to intervene, and the number of lives shattered by acts of gun violence increases dramatically."[41] And the Monterey Park shooting notwithstanding, in most of these cases, 77 percent of them, according to the National Institute of Justice, the weapons and magazines used are legally acquired.[42] In the case of Sandy Hook, it was the killer's mother, the first victim of his rampage, who bought him both the arms and the ammunition. As Lankford and Meloy and investigators, including the lead investigator in the Sandy Hook have noted in discussions with me, many of these killers are isolated, socially awkward and lack the street savvy it would require for them to purchase such weapons and magazines on the black market.[43] "When it comes to mass shooters, they usually get their guns legally and a lot of these people are pretty socially awkward. They can walk into a store and buy a gun but they don't have black market connections," Lankford told me.[44]

And even when the weapons and magazines are obtained illicitly, it is most often through a straw purchaser who acquires the arms legally. For example, the Tec 9 9mm pistol that was among the weapons 17-year-old Dylan Klebold carried when he and Eric Harris murdered 12 of their schoolmates at Columbine High School on April 20, 1999, was purchased for $500 from an

---

[41] Large Capacity Magazines, the Giffords Law Center to Prevent Gun Violence. https://giffords.org/lawcenter/gun-laws/policy-areas/hardware-ammunition/large-capacity-magazines/.
[42] "Public Mass Shootings: Database Amasses Details of a Half Century of U.S, Mass Shootings With Firearms Generating Psychosocial Histories" NIJ, February 3, 2022", https://nij.ojp.gov/topics/articles/public-mass-shootings-database-amasses-details-half-century-us-mass-shootings
[43] Jewiss, Daniel, interview, conducted by Seamus McGraw.
[44] Lankford, Adam, interview, conducted by Seamus McGraw.

acquaintance.[45],[46] Though first-time sales of the weapon had been prohibited by Brady Bill, it was legal to sell those versions that had been manufactured before the ban.[47]

The upshot is that access to both rapid-fire weapons and large-capacity magazines allows these shooters to inflict the maximum number of casualties in the minimum amount of time. The mass shooting at Sandy Hook, for example, lasted about 11 minutes, with most of the deaths occurring in the first seven minutes, before police arrived.[48] James Holmes, who attacked a crowded theater in Aurora, Colorado, with a semiautomatic rifle, a shotgun and a handgun, all purchased legally within months of the shooting, shot 70 people, killing 12 in roughly the two minutes it took the first police units to respond to the scene, according to an after-action report compiled by the TriData Division of System Planning Corporation and submitted to the City of Aurora in 2014.[49]

Armed with a rapid-fire weapon and a large-capacity magazine, it does not require any particular skill to exact a high body count. Lanza, the Sandy Hook killer, is a case in point. Although he had often gone to the local rifle range with his mother, investigators found evidence that he was barely competent with the semiautomatic rifle he used to commit the murders at the school.[50] Lt. Daniel Jewiss, the lead investigator in that case, now retired, told me that they could

---

[45] Dave Cullen, Columbine, Hatchett Book Group, pp. 167-168 (2009).
[46] Columbine Commission, *The Report of Governor Bill Evans' Columbine Commission*, State of Colorado, p. 23 n.59 (May 2001).
[47] Dave Cullen, Columbine, Hatchett Book Group, p. 280 (2009).
[48] Office of the Child Advocate of the State of Connecticut, *Shooting at Sandy Hook Elementary School: Report of the Office of the Child Advocate*, November 21, 2014.
[49] Aurora Century 16 Theater Shooting After Action Report for the City of Aurora, Colorado, TriData Division, System Planning Corporation (April 2014).
[50] Jewiss, Daniel, interview, conducted by Seamus McGraw.

tell each time Lanza swapped large-capacity magazines because when he did, he accidentally jacked out live rounds.[51]

That frequent lack of proficiency means that in at least some cases, there is an opportunity to subdue a shooter during an attack. When a troubled gunman named Jared Lee Loughner, armed with a Glock 19 semiautomatic pistol and a 33-round magazine, opened fire on Gabby Giffords's meet-and-greet in 2011, killing six and wounding 13, including Giffords, he was wrestled to the ground by unarmed bystanders while attempting to reload.[52] It's worth noting that there was at least one armed citizen in the crowd, but he never fired, fearing that he might hit an innocent bystander.[53] It is legitimate to wonder whether the death toll and the number of wounded would have been fewer if Loughner had had to try to reload after only 10 rounds.

In its 2014 report on the Sandy Hook shooting, Connecticut Office of the Child Advocate concluded:

> [T]here is good reason to believe that the nearly ubiquitous presence of assault weapons and high capacity bullet clips enhances the number of individuals likely to be shot in shooting incidents. We also know that the period during which a shooter must reload provides an opportunity for others to stop the shooter or to escape. Jared Loughner's massacre in Tuscon, Arizona ended only when, after emptying a 33 round magazine, killing and wounding another, he was subdued by bystanders while attempting to exchange magazines. In Sandy Hook Elementary School, eleven children escaped from their classroom while [Lanza] was exchanging the clip in his automatic weapon. The smaller the capacity of the clip, the more reloading episodes there will be, and the greater the opportunity for escape or rescue by law enforcement. It is reasonable to wonder what actions [Lanza] would have taken and whether the Sandy Hook tragedy could have

---

[51] Jewiss, Daniel, interview, conducted by Seamus McGraw.

[52] "Four Tucsonans Stopped Gunman: Ordinary citizens became heroes", Josh Brodesky and Kim Smith, *Arizona Daily Star*, January 10, 2011, https://tucson.com/news/local/govt-and-politics/four-tucsonans-stopped-gunman-ordinary-citizens-became-heroes/article_c4e24098-1504-5767-901e-6c832300b961.html; William Saletan, "Friendly Firearms, Gabrielle Gifford and the peril of guns: How an Armed Hero Nearly Shot the Wrong Man," *Slate*, January 11, 2011, https://slate.com/technology/2011/01/joe-zamudio-and-the-gabrielle-giffords-shooting-how-an-armed-hero-nearly-shot-the-wrong-man.html.

[53] *See id.*

16

occurred at all if he had not had unfettered access to significant weaponry and ammunition.[54]

While the large-capacity magazines and rapid-fire weapons are believed to increase the death toll in the first critical moments of an active shooter situation, they can also impede police response. The 2022 massacre that claimed 20 lives at an elementary school in Uvalde, Texas, by a gunman armed with two AR-15-style rifles, a cache of 30-round magazines and 375 rounds of ammunition, may be a case in point.[55] Although police arrived at the scene within minutes, it took more than an hour before they breached the classrooms. It's been reported that police were convinced that there was little hope that there would have been survivors inside the classroom – though that is disputed – and feared that a full-on assault against the heavily armed killer would result in unacceptable police casualties.[56]

**Section Three: The Myth of the Good Guy with a Gun.**

One of the arguments advanced by opponents of laws and regulations limiting access to extended-round magazines – or limiting access to certain semiautomatic rifles or pistols – is that doing so would effectively amount to unilateral disarmament of honest law-abiding citizens. It is a variation on the theme of "if you outlaw guns (or in this case, large-capacity magazines) only outlaws will have guns." Implicit in that argument is the idea, most prominently advanced by

---

[54] Office of the Child Advocate of the State of Connecticut, *Shooting at Sandy Hook Elementary School: Report of the Office of the Child Advocate*, November 21, 2014.

[55] House Investigative Committee on the Robb Elementary Interim Report 2022, A Report to the House of Representatives 88th Texas Legislature, July 17, 2022, https://house.texas.gov/_media/pdf/committees/reports/87interim/Robb-Elementary-Investigative-Committee-Report.pdf.

[56] *See id.*; "He Has a Battle Rifle': Police feared Uvalde Gunman's AR-15" Zach Despart, the Texas Tribune, march 20, 2023, https://www.texastribune.org/2023/03/20/uvalde-shooting-police-ar-15/.

NRA Executive Vice President Wayne LaPierre in the aftermath of the Sandy Hook massacre, that "the only thing that stops a bad guy with a gun is a good guy with a gun."[57]

In reality, there is scant evidence to support the contention that a "good guy with a gun" could stop an active shooter.

Out of 277 active shooter situations analyzed by the FBI in studies from 2000 to 2018, 11.5 percent were halted by unarmed civilians.[58] Only 3.1 percent of the time did a "good guy with a gun" end the threat.[59]

In its exhaustive study of 160 active shooter cases between 2000 and 2013, the FBI found that 56 percent of the time it wasn't a good guy with a gun who stopped the killing; it was the bad guy himself.[60] Twenty-nine of those shooters fled the scene before police showed up, according to the study.[61]   Nearly a quarter of the time, they killed themselves in the moments before armed police officers arrived.[62]

---

[57] Remarks from the NRA press conference on Sandy Hook school shooting, delivered on Dec. 21, 2012 (Transcript), *The Washington Post*, 2012, https://www.washingtonpost.com/politics/remarks-from-the-nra-press-conference-on-sandy-hook-school-shooting-delivered-on-dec-21-2012-transcript/2012/12/21/bd1841fe-4b88-11e2-a6a6-aabac85e8036_story.html.

[58] Blair, J. Pete and Schweit, Katherine W. (2014), *A Study of Active Shooter Incidents in the United States Between 2000 and 2013*, Texas State University and the Federal Bureau of Investigation, U.S. Department of Justice, Washington D.C. 2014, https://www.fbi.gov/file-repository/active-shooter-study-2000-2013-1.pdf/view ("*Active Shooter Incidents 2000-2013");   Active Shooter Incidents in the United States in 2016 and 2017*, The Advanced Law Enforcement Rapid Response Training ("ALERRT") Center at Texas State University and the Federal Bureau of Investigation, U.S. Department of Justice, Washington D.C, 2018, https://www.fbi.gov/file-repository/active-shooter-incidents-us-2016-2017.pdf/view; *Active Shooter Incidents in the United States in 2018,* The ALERRT Center at Texas State University and the Federal Bureau of Investigation, U.S. Department of Justice, Washington D.C., 2018, https://www.fbi.gov/file-repository/active-shooter-incidents-in-the-us-2018-041019.pdf/view ("*Active Shooter Incidents 2018*").

[59] *Active Shooter Incidents 2000-2013.*

[60] *Active Shooter Incidents 2000-2013.*

[61] *Id.*

[62] *Id.*

In 21 cases, however, it was "good guys *without* a gun" who brought the mayhem to an end, confronting and restraining the shooter until help arrived.[63] It's worth noting that half of those unarmed good guys were either teachers or staff members or students at schools where shootings happened.[64]

In only five cases out of the 160 from 2000 to 2013 did the inarguably heroic actions of a civilian "good guy with a gun" bring a shooter down, the report found. In those cases, three of the killers were shot to death, one was wounded, and one more committed suicide.[65]  In a study of 40 incidents in the 2015 and 2016 report, six active shooters were restrained by bystanders, and in only two of those cases did the civilians use a firearm. In one of the four remaining cases, pepper spray was used.[66]

In another study of 50 active shooter situations in 2016 and 2017, the FBI found that civilians stopped eight of those shooters, and half the time, those civilians were unarmed.[67]

Five more times in 2018, an FBI study of 27 incidents found, civilians confronted active shooters, and in more than half of those cases – three – the civilians were unarmed.[68]

In one case, in April 2018, an attack at a Waffle House that killed four, wounded two and left two others injured from broken glass, ended when a heroic customer grabbed the barrel of the killer's AR-15 and wrestled it away from him.[69]

---

[63] *Active Shooter Incidents 2018.*
[64] *Id.*
[65] *Active Shooter Incidents 2000-2013.*
[66] *Active Shooter Incidents 2014-2015.*
[67] *Active Shooter Incidents 2016-2017.*
[68] *Active Shooter Incidents 2018.*
[69] James Shaw Jr. on Why He Rushed the Waffle House Shooter: "He Was Going to Kill Me", by Herman Wong, Washington Post, April 22, 2018.

A month later, in Noblesville, Indiana, a 13-year-old would-be killer stormed into his science class at the Noblesville West Middle School and opened fire with a pair of handguns, critically wounding a fellow student and his science teacher, 30-year-old Jason Seaman who, despite his injuries, had the presence of mind to hurl a basketball at the boy. Seaman then rushed the shooter, tackling him and pinning him to the ground as the rest of his students made it to safety.[70]

And in November of 2018, it was again unarmed civilians who acted when a gunman with a well-documented history of hatred for women opened fire at a Hot Yoga franchise in Tallahassee, Florida, murdering two women and injuring four other people. Customers, including one man who was pistol-whipped in the process, rushed the gunman. By the time police arrived - three and a half minutes after the first shot had been fired - the gunman had killed himself.[71]

Twice in 2018, the incidents ended with the intervention of "good guys with guns" and in only one of the cases did the armed civilian manage to shoot the killer, according to the FBI report.

A deeper dive into the specifics of the cases is instructive.

On October 24th, 2018, a 51-year-old white man unsuccessfully tried to break into a predominantly black church burst into a Kroger supermarket, in the Louisville suburb of Jeffersonville, Kentucky, and gunned down two elderly African Americans.  He spared at least one white man who was in the store, allegedly telling that man that "whites don't shoot whites."[72] As the killer tried to flee, he was confronted by an armed citizen, a man with a

---

[70] Teacher Who Tackled Gunman Speaks Out for the First Time Since Getting Shot, by Holly Yan, CNN, May 29, 2018.

[71] Tallahassee Police Department Field Case Report Supplement, Case # 2018-00034992.

[72] "Whites Don't Shoot Whites": What One Man Says Kroger Shooter Told Him, by Phillip M. Bailey and Alison Ross, Louisville Courier Journal,

concealed carry permit by the name of Dominiic Rozier who had gone to the store to buy candy for his son's birthday. The two exchanged gunfire on the street outside the supermarket. Neither man was hit, and the killer was arrested moments later.

In only one of those two 2018 cases where good guys intervened was the shooter actually brought down by civilian gunfire. It happened at Louie's Lakeside Eatery, a popular local watering hole in Oklahoma City on May 24th, 2018, when two men, a former police officer-turned-security guard named Juan Carlos Nazaria and Bryan Whittle, a federal employee who had spent 20 years with the Oklahoma Air National Guard, exchanged gunfire with a gunman. The two men killed the shooter.

Even in those rare cases where an armed civilian or police officer exchanges fire with an active shooter, the armed civilian or officer typically fires only a few rounds, and those rounds are rarely determinative.  According to the FBI's 2017 Uniform Crime report, for example, officers using a firearm to fend off an attack typically fired between three and nine rounds.[73]

The dramatic confrontation between armed civilian Stephen Williford and killer David Patrick Kelley at the First Baptist Church in Sutherland Springs, Texas, on Nov. 5, 2017, is a case in point. Kelley was an Air Force servicemember with a record of assault that likely would have barred him from purchasing the weapons had the offense been reported to the NCIS.[74] Kelley was armed with a Ruger AR-556 semiautomatic rifle and a handgun and had already killed 26 people and wounded 22 others when Williford, a firearms instructor who had been sleeping at his home a block away when the shooting began, grabbed one of his AR-15s from the

---

[73] FBI Uniform Crime Report 2017, Table 106, https://ucr.fbi.gov/leoka/2017/topic-pages/tables/table-106.xls.

[74] "Justice Department Reaches Multimillion Dollar Civil Settlement in Sutherland Springs Mass Shooting" April 5, 2023 https://www.justice.gov/opa/pr/justice-department-reaches-multimillion-dollar-civil-settlement-principle-sutherland-springs.

gun safe in his home and ran to the church to confront the killer. In an interview, Williford told me that he called into the church, the killer put down his rifle, came outside and used his handgun to exchange fire with Williford before fleeing.[75] Williford fired only a few rounds, the first two outside the church, one of which struck Kelley in the side. Because Kelley was wearing body armor, Williford's bullet did not cause serious injury. Williford fired at least one more round before Kelley fled in his SUV.  With Williford and another good Samaritan in pursuit, Kelley crashed his SUV 11 miles from the scene of the shooting and fatally shot himself in the head.[76]

In 2019, according to the FBI's study of 28 active shooter situations for that year, five times civilians confronted a gunman to bring the crisis to an end. In two of those cases, armed security guards intervened; in one of those cases, two members of the security team were killed before they had a chance to confront the shooter. In three other cases, unarmed civilians confronted the killer and ended the crisis.[77] Out of 40 incidents studied in 2020, police intervened eleven times, sustained casualties in three of them, in one case an officer was killed, and in two others, police officers were wounded. Twice security officials intervened, and in one case, an unarmed civilian ended the crisis without injury.[78] And in 61 incidents studied by the

---

[75] Williford, Stephen, interview, conducted by Seamus McGraw.

[76] *Id.*; From a Taller Tower, 35, 154, 201, 139-143, 142-53, 170-172, 206-207 (and sources cited therein).

[77] *Active Shooter Incidents in the United States in 2019,* The ALERRT Center at Texas State University and the Federal Bureau of Investigation, U.S. Department of Justice, Washington D.C., 2019, https://www.fbi.gov/file-repository/active-shooter-incidents-in-the-us-2019-042820.pdf/view ("*Active Shooter Incidents 2019*").

[78] *Active Shooter Incidents in the United States in 2020,* The ALERRT Center at Texas State University and the Federal Bureau of Investigation, U.S. Department of Justice, Washington D.C., 2020, https://www.fbi.gov/file-repository/active-shooter-incidents-in-the-us-2020-070121.pdf/view ("*Active Shooter Incidents 2020*").

FBI in 2021, the intervention of citizens ended the crisis on four occasions. In two of those cases, the civilians were unarmed.[79]

I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated this 14 day of April, 2023.

Seamus (James) McGraw

---

[79] *Active Shooter Incidents in the United States in 2021,* The ALERRT Center at Texas State University and the Federal Bureau of Investigation, U.S. Department of Justice, Washington D.C., 2021, https://www.fbi.gov/file-repository/active-shooter-incidents-in-the-us-2021-052422.pdf/view ("*Active Shooter Incidents 2021*").

EXHIBIT 1

# Seamus McGraw

# 315 Woomera Lane

# East Stroudsburg, PA 18302

# seamusm@ptd.net

# (570) 588-6000

**EXPERIENCE**

January 2001 to present: Freelance writer, author and lecturer.

— My most recent book is "From a Taller Tower: The Rise of the American Mass Shooter," which received a starred review from Kirkus in 2021.

Previously I wrote:
"A Thirsty Land, The Making of American Water Crisis," a study of the nation's looming water crisis that has been described as "reporting tour de force" and has been critically praised for its narrative-driven prose;

"Betting the Farm on a Drought, Stories from the Front Lines of Climate Change," which also won critical praise and formed the basis for a short documentary, "Climate Stories," produced in 2017 by WPSU;

"The End of Country, Dispatches from the Frack Zone," the first substantive book about the gas boom in Pennsylvania, about which I have lectured at Dartmouth, Penn State, American University, University of North Carolina, St. Joseph's University and numerous other venues.

— Frequent contributor to several national publications including The New York Times, Huffington Post, Reader's Digest, Playboy, Fox Latino and Pittsburgh Quarterly.

Highlights include an investigation into the proliferation of street gangs in the US military, OxyContin abuse and a study of the deleterious effects of Megan's Law statutes on juvenile offenders, for SPIN magazine; a piece on the emerging gay neo-Nazi subculture for The Forward; and an analysis of what it would have meant to actually capture Osama bin Laden for LexisOne.com.

— 2000 to 2001: Senior writer, APBnews.com, New York

Reported and wrote about breaking crime news throughout United States and Canada. Highlights included a story about a young college student lured to his death by an Internet siren who later turned out to be a homicidal 30-year-old man, and the story of a man seeking his birth mother in Oregon while serving a life sentence for murdering his adoptive parents. Stories appeared on the APBnews website, as well as affiliated websites such as Yahoo, AOL and MSNBC.

— 1992-2000 Law enforcement reporter, columnist, The Record, Hackensack, NJ.

Responsible for coverage of breaking news and trend pieces. Created weekly "Street Stories" column in 1998, delving into the personalities behind crime stories. Wrote an award-winning piece on Newark's car thieves and a series of stories on Conrad Jeffrey, a mentally ill killer who slipped through the cracks of the criminal justice system and killed a 7-year-old Passaic girl in 1993. The Jeffrey series led to the creation of a Supreme Court panel that issued a report in 1997 calling for sweeping changes in the courts, parole board and the state Human Services Department.


**EDUCATION**

Wilkes University, Stella Adler Theater Conservatory, National Shakespeare Company.

**AWARDS**

Honorary doctorate, Delaware Valley University, 2021; the 2013 Green Award from Santa Monica Public Library. Golden Quill awards including the prestigious Ray Springle Memorial Award from the Western Pennsylvania Press Association in 2013. Nominated for a National Magazine Award by Spin for "The Unforgiven," a story detailing the weaknesses of Megan's Law as it applies to juvenile offenders. Runner-up, 2002 Casey Medal for Meritorious Journalism for "The Unforgiven." Freedom of Information award, Associated Press Managing Editors, 1997, for series of stories detailing how police routinely withhold critical information about crimes. Society of Professional Journalists, 1993, enterprise award for Newark car theft stories. New Jersey Press Association Awards in 1986, 1988, 1992, and 1993 for feature column writing, editorial writing, enterprise, spot news reporting.