# Exhibit 27 to
# The Governor's Motion for Summary Judgment

## *Expert Report of Joseph Bilby*

*Gates et al. v. Polis*, No. 1:22-cv-1866-GPG-SKC (D. Colo.)

September 11, 2023

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

       Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

       Defendant.

---

## FRCP 26(a)(2)(B) DECLARATION OF JOSEPH BILBY

---

Pursuant to 28 U.S.C. § 1746, I, Joseph G. Bilby, declare under penalty of perjury that the following is true and correct:

I am over the age of eighteen (18) years, competent to testify to the matters contained in this Declaration, and testify based on my personal knowledge and information.

I have been asked by the Defendant to prepare an expert declaration for disclosure under FRCP 26(a)(2)(B) addressing repeating firearms in the 18th and 19th centuries and other firearms that were important to the development of repeating firearms. This Declaration is based on my own personal knowledge and experience, and, if I am called as a witness, I could and would testify competently to the truth of the matters discussed in this Declaration. I hold all opinions expressed herein to a reasonable degree of professional certainty.

## I.  Introduction and Qualifications

### A.  Background and Qualifications

I was born in Newark, New Jersey in 1943, and received my BA degree in 1965 and MA degree in 1982 in history from Seton Hall University. I served as a second and first lieutenant and mortar platoon leader in the First Infantry Division's MP company in Vietnam in 1966-1967 and in the Army Reserve as an assistant economics officer in the 303rd Civil Affairs Company from 1968-1970.  I am retired from my position as Supervising Investigator for the New Jersey Department of Labor's Central Office, where I began to work as a field investigator specializing in unemployment fraud detection and prosecution in 1976.  I am currently part time Assistant Curator and firearms expert at the New Jersey National Guard Museum. I am the author, editor,

1

or co-author of twenty-two books and over four hundred articles on New Jersey history and folklore, military history and firearms history in both Internet and print venues and have fired many of the guns referenced in this report as well.

My *Civil War Firearms*, initially published by Combined Publications and now by Da Capo, is in its third printing, was a Military Book Club selection, runner-up in the history category in the 1997 Small Press Book Awards and received the Louisiana State University Civil War Center's Award of Excellence. My book *A Revolution in Arms: A History of the First Repeating Rifles*, was published by Westholme Publishing in November 2005. Westholme also published my book *Small Arms at Gettysburg* in December 2007. The books all received complimentary reviews in a number of publications including the *Wall Street Journal*. I also wrote a monthly column on 19th century firearms for 30 years in the *Civil War News* and 25 years in *New Jersey Sportsmen News*. All this work will be sources for my report, for which I am paid $250 per hour of work.

**B. Glossary**

**Breech (loading)** – The breech is the rear area of the gun. Guns were, initially in their development, loaded from the muzzle, with the projectile rammed home with a ramrod. Loading at the breech was easier and more rapid, increasing the rate of fire.

**Caliber** – The bore diameter of a firearm, measured in the US in hundredths of an inch. For example, fifty caliber is expressed as .50.

**Carbine –** A shorter barreled firearm for cavalry use. The length of the gun made it easier to carry and handle on horseback.

**Cartridge –** The ammunition used to fire a gun. In the flintlock era it was a paper cylinder loaded with powder and a round ball projectile, sometimes supplemented with buckshot. A soldier would bite off the end of the cartridge, pour some powder into the frizzen pan to prime the gun, then dump the remainder down the barrel and ram the paper and projectile down the barrel with the gun's ramrod. In the percussion era, guns were loaded the same way, although ignition was achieved by pressing a percussion cap on the nipple. With the arrival of the rifle musket in the 1850s, with a rifled barrel to increase accuracy and range, the end was bitten off the cartridge, powder poured down the muzzle, the paper discarded, and the hollow base conical projectile rammed down the barrel. In the post-Civil War era, the advent of the metallic cartridge, which contained primer, powder and projectile in one loadable package, changed things radically.

**Cartridge box –** A leather box carried by a soldier, with a wooden block with holes or a metal container to provide quick access to his ammunition, with a capacity of 24 to 40 rounds.

**Cylinder**-- A cylindrical piece of steel with holes, or chambers, used in a revolving repeating firearm. In a percussion ignition arm, the chamber would be fitted with percussion cap nipples at the rear of each chamber.

2

**Fiber Wad –**  A compressed circular wad made out of paper of bore diameter which is loaded behind a projectile and designed to wipe powder residue out of the bore when the gun is fired. In some early attempts at repeating arms the wad was used to separate stacked powder and projectile charges to prevent multiple ignitions.

**Frizzen –**  A piece of steel which covers the powder pan and provides a striking point for the flint in the jaws of a flintlock cock or hammer to create an igniting shower of sparks into the pan holding the priming powder charge so it might ignite the main charge and fire the projectile.

**Flintlock** – A method of enabling the firing of a small arm.  A piece of flint is held in the jaws of the hammer which, when the trigger is pulled, is released to fly forward, and hit the steel frizzen, showering sparks into a pan holding a small charge of powder which ignites and explodes the main charge in the barrel, firing the gun.

**Hammer** – In the flintlock, sometimes called the "cock," and in the percussion and 19th century breechloading arms, a spring tensioned metal piece released when the trigger is pulled to fire the gun. Flintlock action described above. In percussion ignition, which succeeded flintlock, it hits the percussion cap, exploding it and setting off the powder charge to fire it.  In the later metallic cartridge gun, it would strike a firing pin, which in turn would strike and explode the cartridge case primer, firing the gun.

**Nipple** – A small, conical, hollow, threaded metal object screwed into the breech (or each cylinder of a revolver) of a percussion ignition firearm.  It is fitted with a copper percussion cap with a small explosive charge, which, when hit by the gun's hammer, exploded, setting off the main black powder charge to fire the projectile.

**Powder –** The propellant used in a gun to fire the projectile.  Until the late 19th century, it was black powder, composed of a potassium nitrate, sulfur and charcoal mix. Firing the gun produced a cloud of smoke. The United States army adopted its first smokeless powder gun in 1892.

**Primer –** The component that ignites the main charge in a cartridge case.

**Priming Compound –**  The explosive compound in the primer that is ignited by the blow of a hammer or firing pin to set off the main charge in a cartridge.

**Priming Pan –** The small cup like steel container under the frizzen that holds the priming powder for a flintlock gun.

**Rimfire –** A metallic cartridge with priming compound in the circular rim at the cartridge base, When hit it explodes, igniting A the main charge.

**Sleeve –** A circular magazine below or alongside the gun barrel that holds extra rounds, enabling the gun to be a repeater.

**Turret –** A revolving cylindrical magazine used in some percussion ignition repeating arms.

**Wheellock –** An early form of firearm using pyrites held in a hammer like device that descends on a revolving circular device to create a shower of sparks to ignite a priming charge that, in turn, ignites a main charge of powder when the trigger is pulled.

## II.  Opinions

It is my opinion that although alleged repeating firearms were invented by individual gunsmiths and even patented in the 17th, 18th, and early 19th centuries, they were curiosities more than serious firearms and did not prove to herald a revolution in arms.  Inventors were confronted by several problems, including: (1) the difficulty of using the flintlock system with its open flame ignition to adapt to a repeating firearm without the possibility of unwanted multiple ignition; (2) the lack of advanced factory technology that could produce arms with the necessarily complex close tolerances needed; and (3) the major expense of such arms which, even if they would prove more efficient, made them unavailable to ordinary citizens of the economically stratified societies of the era, as well as to governments which found single shot muskets adequate for their armies. Repeating arms were, indeed, extreme rarities in the era. Most average Americans had likely never heard of them.

Added to the above difficulties was the logistical system of the era, confined to horse drawn wagons, which on occasion even failed to provide enough cartridges to musket armed forces, to supply enough ammunition for even a successful repeating system. Some variations were purchased in small numbers to arm elite troops, and yet left no combat effectiveness record, with the possible exception of the internal magazine Girandoni air rifle, a small number of which were purchased by Austria. One Girandoni made its way to America and into the hands of Meriwether Lewis, who used it to entertain and impress Native Americans, The Girandoni, which used a buttstock air reservoir, was effective, but a delicate weapon, requiring troops with technical abilities, a rarity in 18th century armies, to maintain it.

There was a more serious effort to increase military firepower in the invention and production of single shot breech loading small arms.  The first effective design was the Ferguson rifle, named after its inventor, Major Patrick Ferguson, a Scottish officer in the British army. A flintlock improvement on several previous designs, using a twist of the trigger guard to open the breech for loading and threaded to limit gunpowder residue, it made a brief appearance in a special company under the command of its inventor in the American War for Independence. Ferguson was subsequently killed in action and the limited production of his invention, which was expensive, was terminated.

A subsequent invention of American John Hancock Hall was patented in 1811. The gun was loaded by turning a lever that raised the breech for insertion of a paper cartridge containing powder and a projectile. Originally in flintlock, the subsequent version of the Hall, in carbine form, and in percussion ignition, which resolved the multiple ignition problem to a degree, was produced in large numbers for the US cavalry. As the 19th century progressed, the percussion system gave rise to numerous breech loaders, including the Burnside, Smith, Maynard and, most successful, the Sharps. These guns were used by cavalrymen in the Civil War.

Genuine rapid fire firearms were not, however, produced until the invention of the self-contained metallic rimfire cartridge, first produced for the Smith & Wesson revolver in 1857, and then in

4

larger and more effective calibers in the Henry and Spencer rifles. These guns had permanently attached magazines, fifteen shots for the Henry and seven for the Spencer, and the magazines had to be manually reloaded by the shooter once empty. This ammunition, with projectile, propellant powder and ignition primer all contained in the same copper, and later brass, cartridge case made repeating firearms easier to design and use.

As the 19th century progressed, improvements in ammunition, production and manufacturing capability led to further improvements in firearm rapidity of fire.  Winchester rifles, invented after the Civil War, that succeeded the Henry and were largely used by civilians for hunting and frontier self-defense, used the same type of under the barrel incorporated, *i.e.*, internal, magazine. By the turn of the 20th century, military firearms had progressed to the internal magazine bolt action type with a usual, but not universal, five shot capacity.  A notable exception was the British Lee-Metford and Lee-Enfield rifles, with ten shot detachable magazines. The soldier, however, would load rounds into the magazine using five round "stripper clips," rather than remove the magazine and replace it with another loaded one.

The replaceable fully loaded detached rifle magazine was a product of 20th century invention and manufacture, and there were no significant examples prior to that.

### III. Repeating Firearms Before the Civil War

#### A. Ferguson 1770s Single Shot Flintlock Rifle

#### 1. History

The Ferguson breech loading single shot flintlock rifle was developed by British army officer Patrick Ferguson in the 1770s.  It is not a repeating rifle but was intended to radically improve on the accuracy and rate of fire of the standard muzzle loading musket as a supplemental military weapon. The basic concept was not new, but a significant improvement over similar designs by others. Ferguson's gun's difference was that the screw like threads, on a metal column connected to the trigger guard, were pitched so that one turn of the trigger guard opened or closed the breech. The threads also had cuts to reduce fouling, or the residue of black powder ignition, and the rifle had a tapered chamber.

Captain Ferguson tested his rifle before King George III and impressed the King. When Ferguson deployed to America, around two hundred of his guns had been manufactured. He arrived in New York on June 1, 1776, with a company mostly armed with the experimental weapon and he and his command participated in General Howe's offensive that month.[1]

Ferguson's riflemen also participated in General Howe's 1777 offensive to capture Philadelphia, leading the advance towards Brandywine. Ferguson reported that "nearly half of the advance was either killed or wounded," but subsequently claimed that since his men were armed with breechloaders, more easily loaded, and fired by men lying on the ground, they were saved from even heavier losses. One scholar estimates "only some 24 to 30 men" were left in action after

---

[1]Martin, *Philadelphia Campaign*, pp. 24-26; Bailey, *Small Arms of the British Forces in America,* 72, 181.

Brandywine. Ferguson shouldered a rifle himself and joined his men in the front line, later claiming he passed up a shot at Washington, who was observing the fighting. Although the British won at Brandywine, they lost Ferguson, who was put out of action when a musket ball broke his right arm.[2] Following the battle, the survivors of Ferguson's unit were transferred to several light infantry units. Ferguson was unable to promote his invention after the war, as he was defeated and killed at the Battle of Kings Mountain in 1780.[3]

## 2.  Operation and Rate of Fire

Although the Ferguson rifle was a single shot, it's rate of fire, at six rounds a minute, was twice that of the standard muzzle loading musket. Overall rate of fire was, of course, limited by the number of paper cartridges, each including powder and ball, a soldier could carry, usually around 24 to 30.

The Ferguson was loaded and fired by swiveling the trigger guard to open the breech, bringing the hammer to half cock, opening a cartridge, pouring some powder into the priming pan, and then inserting the remainder of the cartridge into the breech, shouldering the rifle, aligning the sights, bringing the hammer to full cock, and pulling the trigger. It had no magazine but could be reloaded in around ten seconds.[4]

There do not seem to be many issues with the Ferguson. I and several friends field evaluated an exact reproduction of the original gun, and it performed well. The original, and only, purchaser of the rifle was the British government, which bought a total of two hundred. There is no evidence of postwar use by civilians or the military, in either mass killings or self-defense. It was too expensive and too technically complex to reproduce even for military use. Few survive.[5]

---

[2]Ewald, *Diary of the American War*, p. 81; Yee, *Sharpshooters,* 49-50; Bailey, *Small Arms of the British Forces*, 181.  Bailey claims that Ferguson's company, originally one hundred men strong, were not all armed with the captain's breechloader, as "33 [Ferguson] rifles and 40 bayonets did not leave England until 22 June 1777, and Ferguson's unit sailed…south from New York on 20 July." Considering its reduced strength at Brandywine, however, it is likely that the remains of the company were all equipped with breechloaders.
[3] https://www.battlefields.org/learn/revolutionary-war/battles/kings-mountain#:~:text=American%20victory.,of%20the%20tide%20of%20success.%22
[4] Personal experience from firing an exact replica.
[5] Brown, M. L., Firearms in colonial America, Smithsonian, 1980. pp. 341-347.



Image 1: Ferguson Rifle reproduction; Source: Joseph Bilby



Image 2: Ferguson Rifle reproduction ready to accept ammunition; Source: Joseph Bilby



Image 3: Ferguson Rifle loading diagram; Source:
https://allthingsliberty.com/2014/11/fergusons-rifle-first-fight/



Image 4: Ferguson Rifle reproduction being fired; Source: Joseph Bilby

**B. Early Repeating Rifle Precedents**

**1. History**

The desire for rapid firing repeating small arms had its inception in the 15th century, the same era as the first single shot firearms appeared. The earliest repeaters were double barreled guns and were followed by experimental multi-shot models, with multiple charges, separated by a fiber wad in a single barrel with a sliding wheellock and then flintlock firing mechanism alongside it. Reloading them from the muzzle was often a lengthy process, and if not done properly, exposing some of the charges to flame on firing, likely to cause an explosion when the gun was fired. A number of attempts at producing repeating firearms occurred in the 18th century, but limitations imposed by the flintlock system, complicated production, lack of industrial technology and capacity, fragility, and cost led to limited production by individual gunsmiths and made them curiosities more than practical alternatives to contemporary firearms.

**2. Operation and Rate of Fire**

The quest for a successful repeating rifle or musket dates at least back to the 17th century, when the flintlock ignition system, which depended on a piece of flint held in the hammer's jaws striking the steel frizzen, which showered sparks into priming powder in the flash pan, which in turn ignited the main charge, firing the projectile, usually a spherical lead ball, appeared. The following is a synopsis of attempts at creating repeating arms, highlighting the more successful attempts, although none became common.

In 1758, English gunsmith Joseph **Belton** developed a gun with multiple loads. He subsequently moved to America and in 1776 lobbied the Continental Congress to purchase his weapon. According to Belton, his gun could fire eight shots in three seconds, but he did not mention how long it would take to reload it. The gun was fired by a flintlock action mounted alongside the barrel that was physically moved back by the shooter after firing to fire the next round. Encouraged by Benjamin Franklin, General George Washington ordered a hundred Belton guns for the Continental Army. A few may have been delivered, but the order was canceled however, due to the cost of the guns.[6]

In 1779, Italian gunsmith Bartolomeo **Girandoni**, who was living in Vienna, invented a repeating air rifle. It was .50 caliber and held twenty-two round projectiles in a tubular magazine alongside the barrel. It was militarily advantageous as it did not create a loud noise or smoke when fired. The gun was adopted for limited use by the Austrian army in 1780. The 1,500 guns Austria purchased were issued to selected sharpshooters during the early 19th century Napoleonic wars. The gun was copied by other European gunmakers, and a Scottish militia company was referred to as an "Air Rifle Corps" in 1803.[7] Air rifles used compressed air as a propellant. This

---

[6] From George Washington to James Madison, 31 March 1787 (archives.gov); https://en.wikisource.org/wiki/Correspondence_between_John_Belton_and_the_Continental_Congress; Harold Peterson, Arms and Armor in Colonial America, 1526-1783, Stackpole, 1956, pp 217-218.
[7] Edinburgh Weekly Journal 14 Dec 1803.

was usually held in the weapon's buttstock. One European air rifle air rifle managed to make it to the United States, where it was acquired by Meriwether Lewis and played a role in an important episode of American history, the Lewis and Clark expedition.  Although there was some controversy as to the type of air rifle Lewis carried, recent scholarship has established that it was a Girandoni.

As previously noted, the magazine tube rested alongside the barrel.  The air to power the shot resided in the steel butt.  To load a bullet, the shooter manipulated the breech block and a spring moved the bullet into the breech.  He then cocked the hammer, preparing the air release, and pulled the trigger.[8]

One historian has claimed that Lewis' air rifle was "the most remarkable gun of the expedition," with which Lewis "Astonished" the Native Americans.[9]  There are no details of Lewis firing the gun, or the effect such a demonstration elicited from the local Native Americans, from anyone in the expedition. Charles McKenzie, a clerk for the Northwest Company, on a fur trading mission, claimed to have encountered the expedition as they wintered over in a Hidatsa village in 1804-1805 and witnessed a demonstration firing by Lewis.  He wrote, sometime later, that: "The Indians admired the air gun as it could discharge forty shots out of one load but they dreaded the magic of the owners."  Although variants were produced in Europe, there is no evidence extant that others were in use in this country.[10]

The **Kalthoff** smoothbore repeating musket was developed in 1630 by a gunsmith family spread across Europe.  The gun had two internal magazines, one with powder in the buttstock and the other with spherical projectiles in a magazine alongside the rear of the barrel. Trigger guard movement by the shooter actuated loading with powder and projectiles.  Several hundred of these guns were produced, but they were expensive, easily damaged and could only be repaired by very talented gunsmiths.  By the end of the 17th century, they were all retired from active duty.[11]

The **Cookson** firearm, introduced in 1756, featured an involved system also dependent on two magazines, one for balls and the other for powder.  While the original gun was invented in England in the late 17th century by John Cookson, who improved on a model by Abraham Hill, another John Cookson, no doubt a relative, advertised a nine shot version in Massachusetts in the 1750s.[12] Unfortunately, on firing there was a possibility of priming fire leaking into the powder magazine, creating an explosion, which severely limited use and, along with gunsmithing skill needed to produce the gun, led to its subsequent abandonment. Surviving specimens were rare. A Cookson, "probably brought to Maryland by some of the early settlers." was described "exciting

---

[8] Michael F. Carrick,  "Meriwether Lewis' Repeating Air Gun," The Gun Report,   (January 2003), pp. 28-36
[9] Charter Harrison Jr., "The Lewis and Clark Air Gun," The Gun Report, (May 1956), pp. 6, 34-35.
[10] Raymond Wood and Thomas D. Thiessen, Early Fur Trade on the Northern Plains: Canadian Traders Among the Mandan and Hidatsa Indians, 1738-1818 (Norman: University of Oklahoma Press, 1985), p. 232
[11] http://firearmshistory.blogspot.com/2014/02/the-kalthoff-repeater.html;
https://www.britannica.com/technology/repeating-rifle#ref264878; Brown, M. L., Firearms in colonial America, pp 191-192.
[12] Peterson, Arms and Armor in Colonial America, p 215.

an immense amount of interest" at a 1902 museum exhibit and was also on display at the 1904 Saint Louis World's Fair.[13]

The **Isaiah Jennings** repeating flintlock was an 1821 patented improvement variant of the Belton with a four shot internal magazine of superposed loads and an automatic flash pan primer fill from a powder reservoir as the shooter moved the lock back.  The state of New York bought 520 of these guns in 1828, but there is no record of their use. Variants were available in ten and twelve shot models.[14]

In the 1790s **Joseph Chambers** invented a weapon with two flintlocks, one in the usual position near the breech and another near the muzzle, fired and then pulled back by an attached wire to fire the next superposed round.  Chambers knew how to promote himself and his invention and claimed that his musket could fire twenty rounds a minute. Reloading it, like all these early inventions, took a lot longer. Although the US Navy and the state of Pennsylvania purchased some of these guns during the War of 1812, and they aroused some interest in European nations, there is no record of their role in any combat operations, and they turned out, as with many such weapons in the preindustrial flintlock era, to be subject to powder leaks and explosions.[15]

The advent of the percussion ignition system made the repeating firearm theoretically safer for the shooter.  Using a copper "cap," lined with explosive rather than the flame of the flintlock for ignition also proved a lot simpler for design purposes.  Initial repeaters using percussion ignition were variant versions of the "turret gun" system, with rotating loaded chambers, like the multiple chambered gun patented by **Epenetus Bennett and Frederick Haviland** in 1838.  The gun had twelve chambers, individually manually loaded and capped, that were rotated while firing. While unique, it never caught on.[16]

**Heinrich Genhart** in Belgium invented a similar but more sophisticated model turret rifle, in the 1850s, patented in the United States in 1857, it was a ten shot rifle using special foil cartridges designed by Genhart with an internal primer. A kit to make the ammunition was sold with the rifle but made the system more complicated and, like other turret designs, it never gained popularity.  Limited production ceased in 1860.[17]

There were other turret rifle designs, like the nine round version of **T. P. Porter**, of which several thousand were made. An inherent problem with all the turret action guns was that as the

---

[13] https://www.youtube.com/watch?v=cs4vjq6sW40&ab_channel=NRANationalFirearmsMuseum; https://www.britannica.com/technology/Cookson-repeating-rifle; Boston Post, February 2, 1902; Guthrie Oklahoma Daily Leader, May 19, 1904.

[14] https://www.youtube.com/watch?v=0FkW-CSTCwo&ab_channel=RockIslandAuctionCompany; https://www.nramuseum.org/guns/the-galleries/the-american-west-1850-to-1900/case-20-colt-winchester/jennings-rifle-predecessor-of-the-winchester.aspx

[15] Gilkerson, William, *Boarders Away II: With Fire* (Lincoln, R.I.: Andrew Mowbray, Inc., 1993), chapter 9.

[16] https://www.nramuseum.org/guns/the-galleries/innovation,-oddities-and-competition/case-22-the-weird-and-the-wonderful/bennett-haviland-many-chambered-revolving-rifle.aspx; https://www.guns.com/news/2012/04/03/bennett-and-havilland-revolving-rifle

[17] https://www.forgottenweapons.com/genhart-horizontal-turret-rifle/; Schneiderman, Matthew, "How Do We Know How It Works?—The Genhart and the Noel: Two European Wheel Pistols Circa 1860." The Gun Report, volume 48, #4 (September 2002), pp. 30–41.

turret revolved to shoot a round, another round pointed directly at the shooter's face. In addition, the possibility of a "chain fire," in which several chambers went off at once, was always present in a percussion revolving cylinder, and the complexity of construction made the gun likely to fail under conditions in the field in military use.[18]

Other curiosities in the quest for rapid firing weapons in the percussion era included the multi barreled **Pepperbox** revolver, which was soon displaced by the conventional cylinder revolver by Colt and other makers. Revolving barrels were awkward to carry. Another attempt at a repeating handgun, the **Harmonica pistol**, allegedly invented in flintlock ignition by a Swiss gunsmith in 1742 was reinvented as a percussion firearm by a Mormon gunsmith in 1838 and produced by Jonathan Browning, father of the iconic American firearm inventor John Browning in handgun and rifle form.  It had a single barrel and a multichambered horizontal magazine that was moved manually under the hammer for each succeeding shot.  Although variants were patented and made by individual gunsmiths into the 1850s, the gun was awkward to carry and transport and generated no enthusiasm in military circles.[19]

The **LeMat** revolver was a handgun invented by Jean LeMat in New Orleans in 1856. LeMat got future Confederate general P. G. T. Beauregard to finance production of several hundred guns in 1859.  Following the beginning of the Civil War, some 1,500 of these guns, manufactured in Belgium and France, were imported by the Confederacy through the Union naval blockade. The LeMat was a nine shot revolver with a cylinder that revolved around a smooth bore shotgun barrel. The shooter had the option of firing the revolver projectiles or the shotgun barrel. The gun came in various calibers, and after the Civil War was available in metallic cartridge versions. Although described in retrospect by a Richmond, Virginia newspaper as a "gun that could hold off an army," ultimately it was considered a novelty and had no significant military influence.[20]

---

[18] Cameron, Douglas, "360 Degrees of Death," *True West Magazine*, September 2015.
[19] https://www.youtube.com/watch?v=GxNcjRf0O0o&ab_channel=ForgottenWeapons; https://www.historicalarms.com/antique-guns-for-sale-appraiser/antique-harmonica-pistol.html https://www.youtube.com/watch?v=GxNcjRf0O0o&ab_channel=ForgottenWeapons
[20] McNab, Christopher. *LeMat Revolver: The Innovative, Single-Handed, Close-Quarters Weapon*. HistoryNet Retrieved from https://www.historynet.com/the-lemat-revolver; Richmond Times Dispatch, March 15, 1936; https://www.civilwar.si.edu/weapons_lemat.html



Image 3: LeMat Revolver patent drawing; Source:
https://patents.google.com/patent/US15925A/en

**Rollin White** invented a bored through revolver cylinder, but it was a total failure with the percussion ignition system due to the prevalence of chain fires. With the advent of the metallic cartridge, however, loading from the rear of the cylinder was a real asset, and White's method was used by Smith & Wesson in the first metallic cartridge revolver. The cartridge was too small for military use, and most of the guns were sold to individuals. White eventually engaged in a lawsuit battle with Smith & Wesson and invented a breech system for the Sharps and other firearms systems.[21]

## C.  Other Notable Single-Shot Firearms Before the Civil War

In the constant search for rapidity of fire, none of the clever gunsmith inventions featuring magazines and intricate construction were adopted for military use.  Breech loading single shot carbines and rifles were, however.  The most successful of these in the United States was the invention of John Hancock Hall, patented in 1811. The gun was rifled for accuracy and loaded by turning a lever that raised the breech for insertion of a paper cartridge containing powder and a projectile.

The United States army acquired over 23,000 Hall rifles, in flintlock ignition, manufactured at the government armory in Harper's Ferry, Virginia. A total of 18,000 carbine versions, in percussion ignition for cavalry use, were produced by the federal government's Harper's Ferry

---

[21] https://www.nramuseum.org/guns/the-galleries/a-prospering-new-republic-1780-to-1860/case-11-firearms-innovations/rollin-white-arms-co-single-action-pocket-revolver.aspx; https://www.rockislandauction.com/riac-blog/rollin-white

Armory through 1844, when production ceased. Another 3,000 were produced by contractor Simeon North between 1843 and 1846.[22]

By 1849 Hall carbines were available to civilians.  New York gun dealer Joseph & Hart was advertising Halls for sale to people traveling to California, claiming that they could fire "twenty times in three minutes."[23]



Image 5: Hall Rifle patent drawing; Source: https://www.americanrifleman.org/content/artv-preview-fn-mag-and-bar-colt-gold-cup-trophy-and-the-hall-carbine/

The 1850s saw a surge of single shot weapon inventions, with cartridge cases holding powder and projectile composed of paper, metal and other substances, but with exterior percussion cap ignition. They included the Burnside, Gallagher, Joslyn, Maynard, Smith, Sharps, and others. They were purchased in various numbers to arm the Civil War cavalry; the Sharps was purchased in limited numbers in rifle form for sharpshooter use. Cavalrymen were also issued six shot revolvers. The revolver could not be conveniently reloaded on horseback in the field, as it required placing combustible paper cartridges in each chamber, ramming them home with the revolver loading lever and then placing percussion caps on the nipple at the rear of each chamber.[24]

The Sharps was patented by Christian Sharps in 1848,  It was a falling block design, in which the trigger guard/lever was lowered to expose the breech for loading. A well-practiced shooter could

---

[22] https://www.nramuseum.org/guns/the-galleries/a-prospering-new-republic-1780-to-1860/case-11-firearms-innovations/us-hall-model-1836-breechloading-percussion-carbine.aspx; Bilby, Joseph G. A Revolution in Arms: A History of the First Repeating Rifles, Westholme, 2007, p. 32-34.

[23] New York Daily Herald, May 1, 1849.

[24] Bilby, Joseph. A Revolution in Arms; a history of the First Repeating Rifles, Westholme Publishing, pp. 34-40.

fire eight shots a minute.  The Sharps was used in the Bleeding Kansas fighting in the 1850s and
was the favorite weapon of Civil War cavalrymen.  During the war about 90,000 were produced,
and in the postwar era many were converted to the new army .50-70 self-contained cartridge.
Rifles in heavier cartridges used for buffalo hunting and long range target shooting were
produced through 1881.[25]



Image 6: Sharps patent drawing; Source:
https://patents.google.com/patent/US5763A/en?oq=US5763

## D.  Colt Model 1855 Revolving Rifle

### 1.  History

In 1836 Samuel Colt patented his revolving cylinder repeating firearm design and subsequently
established production facilities at a factory in the Colt family stronghold of Paterson, New
Jersey, which provided the popular name of his first gun, the "Paterson Model." The rifle was a
five shot .36 caliber arm. Although somewhat delicate for a military weapon, Colt traveled south
to Charleston, South Carolina to demonstrate his rifle, hoping to interest the military engaged
with the Seminoles in Florida.[26]

Although there were limited sales of Colt revolving rifles to the US government during the
Seminole War in Florida, particularly to arm Lieutenant Colonel Harney's dragoons, slow
overall sales caused production to cease at Samuel Colt's Paterson firearms factory in 1842 after
producing approximately 1,450 revolving rifles and carbines, 462 revolving shotguns and 2,350

---

[25] *Ibid.*
[26] Charleston Daily Courier, February 19, 1838.

handguns.  The creditor who took over the factory continued to produce guns from parts still in stock through 1847 to satisfy the inventor's debts.[27]

Innovative firearms producers hoped for large government contracts. But Colt never got the large government contracts he was hoping would make his fortune. Interestingly, at least one of his rifles made it to England, where it was used by a Chartist insurrectionist.[28]

The father of the modern revolver would successfully revive his business in Hartford, Connecticut in 1848, and in 1855 would resurrect his revolving rifle in a much improved model. The model, a side hammer design, was available in six shot versions in .36 and .44 or five shot .56 calibers, the latter an obvious potential candidate as a military weapon. It was also available as a shotgun.[29]

The US government bought several hundred Colt revolving rifles in the late 1850s, distributing them to state armories around the country, and the model was also used to protect Pony Express riders in 1860. With the outbreak of the Civil War, the government bought several thousand more revolving rifles. They were widely distributed with some prewar purchases in Confederate hands. Many soldiers found them desirable, including the men of the 2nd Ohio Volunteer Cavalry.[30]

In retrospect, the gun got a bad reputation, including reports of "chain fires" or multiple chambers going off at once. Most of these seem to have come from the two regiments of Colonel Hiram Berdan's United States Sharpshooters, an elite unit of sharpshooters. Initial admission into the regiments involved competitive target shooting with heavy specialized rifles. Berdan's men were promised Sharps single shot breechloaders on enlistment but were issued Colt revolving rifles instead. According to one account, men of the Second Regiment, when told they would be issued the Colt Model 1855, "mobbed their officers" in a mutiny.  The matter was eventually resolved when they were informed that the issue was only a temporary expedient.[31]

The Colt 1855s were mostly part of a government small arms purchase intended to arm the US Army, although some were purchased by states. Following the conclusion of the Civil War, the gun became obsolete with the advent of metallic cartridge weapons, and its use by civilians consequently rare.  It was never used in a mass civilian shooting, nor in self-defense that I am aware of.

## 2.   Operation and Rate of Fire

All five rounds could be fired in less than a minute by cocking the hammer and pulling the trigger five times. There was no magazine, but a cylinder containing five rounds. The Colt rifle

---

[27] https://www.historicalfirearms.info/post/189500683034/colt-paterson-model-1839-carbine-samuel-colt-a; https://www.rockislandauction.com/detail/63/1273/colt-paterson-revolver-36-percussion
[28] Brooklyn Daily Eagle, July 1, 1842.
[29] https://www.guns.com/news/2013/03/08/the-colt-revolving-rifle; Bilby, Joseph. A Revolution in Arms: A History of the First Repeating Rifles, Westholme, 2007, p. 42-43
[30] Western Reserve Chronicle, May 27, 1863.
[31] The Daily Green Mountain Freeman, February 15, 1862.

was loaded much like a revolver of the day, first bringing the hammer to half cock so that the cylinder could be manually revolved and using a paper cartridge containing powder and a projectile to load each of the five chambers. The paper would be discarded after pouring the powder or the whole cartridge inserted if it was combustible. After each cartridge was loaded, it was rammed home with the gun's loading lever.  This would be repeated five times and then percussion caps would be fitted to the nipples on the rear of each chamber. The procedure for loading the rifle would take three or four minutes, depending on the situation or the stress level of the soldier.[32]

Soldiers carried a basic forty rounds in their cartridge boxes, often with an extra twenty rounds in their haversacks.  The sixty rounds could be expended, providing there were no technical or human errors, in twelve to fifteen minutes. Since the barrel was rifled, the Colt was potentially accurate out to 250 yards, although the confusion of combat and haze of black powder smoke would limit that. The possibility of a chain fire, although not common, was always a possibility.[33]



Image 7: Colt Revolving Rifle patent drawing; Source:
https://commons.wikimedia.org/wiki/File:Model_1839_Carbine_Patent.jpg

---

[32] *Ibid.*; https://www.guns.com/news/2013/03/08/the-colt-revolving-rifle; Bilby, Joseph.  A Revolution in Arms: A History of the First Repeating Rifles, Westholme, 2007, pp 44-48.
[33] Ibid; https://dixierelics.com/cgi-bin/Display_Item.asp?3315;



Image 8: Colt Revolving Rifle advertisement Source: Newspapers.com

## IV. Repeating Firearms During the Civil War and Reconstruction

### A. Henry Rifle

#### 1. History

The decade before the Civil War saw progress on the evolution of rapid fire rifles, coupled with ammunition improvements. In Europe, the invention of the Pinfire in France and the Needle Gun in Germany were workable albeit imperfect designs.

In America, the "rocket ball" ammunition used in the Hunt Volitional Repeater pistol and the "Volcanic" lever action rifles paved the way to true progress. The cartridge, developed by American Henry Hunt, was self-contained, with primer, powder, and projectile all in one package. Hunt's original design was improved by Daniel Jennings. Unfortunately, the projectile holding both primer and powder was small in caliber, .31 at best, and limited in necessary propellant. Both of these characteristics made the gun too weak for any military use when

18

infantry small arms averaged .58 caliber with a seventy grain powder charge. In addition, if there was a misfire, it needed to be cleared with a ramrod down the barrel.[34]

Several different attempts at rifle manufacture resulted in a product produced by Horace Smith and Daniel Wesson in 1854. In 1856, the company was acquired by Oliver Winchester, who renamed it New Haven Arms and hired inventor B. Tyler Henry to improve the Volcanic. Henry's work resulted in a new rifle patent in 1860.  Production of the Henry rifle began in 1862.[35]

## 2.  Operation and Rate of Fire

As with its Volcanic predecessor, the Henry was a lever action rifle.  It strongly resembled the Volcanic externally but had a far superior internal construction to accommodate the then new self-contained rimfire cartridge in .44 caliber.  The rimfire round used a copper rimmed tube to hold a larger powder charge than its predecessor and a projectile and had been introduced in .22 caliber for the Smith & Wesson revolver.  The priming compound, which detonated the powder to fire the projectile, was enclosed in the rim. Unlike the Volcanic, which needed a ramrod shoved down its muzzle to remove a misfired round, the Henry had an ejector which grabbed the rim and could remove a dud round or the empty cartridge case of a fired cartridge.[36]

The Henry, like the Volcanic, had a non-detachable tubular magazine permanently affixed under its barrel. It held fifteen rounds, which could be fired in around 25 seconds.  To fire the gun, the lever was depressed, which chambered a cartridge from the magazine, then raised to chamber the cartridge. The hammer was cocked by this action as well, so all the shooters had to do was aim and pull the trigger. Reloading the magazine took more time, around a minute, as the magazine spring had to be physically pushed up and each round individually loaded. To fire sixty rounds, including reloading time, could take around five minutes. The Henry functioned well and was able to easily eject a cartridge that misfired.  The open slot in the magazine could pick up dirt when the rifle was fired from the prone position, although this does not seem to be a significant problem.[37]

---

[34] https://video.search.yahoo.com/search/video?fr=mcafee&ei=UTF-8&p=volcanic+rifle&type=E211US752G0#id=1&vid=1cde01d2f48044e45fc74c08f703a5e4&action=view; https://www.smithsonianmag.com/arts-culture/the-inventive-mind-of-walter-hunt-yankee-mechanical-genius-5331323/
[35] Roy G. Jinks, History of Smith and Wesson, Smith and Wesson, (Beinfield Publishing, 1977) p. 20.
[36] Joseph Bilby, A Revolution in Arms, Westholme Publishing, p.61-62.
[37] John E. Parsons, *The First Winchester* (NY, Winchester Press, 1965) pp 5-7.



Image 9: Henry Rifle patent drawing; Source: https://www.henryusa.com/the-henry-repeater/the-forgotten-history-of-the-inventor-of-the-legendary-henry-rifle/



Image 10: Henry Rifle; Source: https://www.henryusa.com/rifles/the-original-henry-rifle/

### 3. Henry Rifle In Action

Winchester, like every firearm developer in the first decades of the 19th century, sought government contracts, and the horrors of the Civil War seemed an opportunity, but the Army thought the Henry too fragile and underpowered for use, liable to encourage troops to quickly fire away their ammunition supply, and was priced at $40, more than double the cost of a rifle musket.[38]

Ironically the first Henry rifles in action may well have been in the hands of Confederates, as rifles were shipped to local general stores in Kentucky in the summer of 1862. Rebel Raiders rode through the and purchased some. **In the last two years of the war the fast firing Henry**

---

[38] Joseph Bilby, A Revolution in Arms, Westholme Publishing, p.78

became a favorite arm of some Union soldiers, who bought the guns with their own money. The Army did supply ammunition.[39]

The only Henrys actually purchased by the federal government were those requested by slightly shady but influential Colonel Lafayette Baker for his 1st District of Columbia Cavalry regiment. Some of these ended up in Confederate hands through capture and were carried by Jefferson Davis's bodyguard. Confederate use of Henrys, captured or otherwise, was hampered by the fact that the Confederacy had no way to manufacture rimfire metallic cartridges and so the guns had to use captured ammunition.[40]

Although bogus claims were made that the Henry was effective out to 1,000 yards and could be fired "thirty times a minute,"[41] the most accurate testimony of the effectiveness of the Henry in combat was the experience of the 65th Illinois Infantry in the battle for Atlanta. Armed with Henrys, the regiment poured what one officer called "a continuous living fringe of flame," which destroyed a Confederate attempt at a flanking movement.[42]  My experience with a reproduction Henry that I own revealed that it would take about 40 seconds to fire a full 15 shot magazine, another 50 seconds to reload it, and another 40 seconds to empty the magazine, a total of  two minutes and ten seconds, under optimum conditions with no one shooting at you.

In the postwar era, the Henry was improved with an enclosed loading tube and a loading gate at the rear of the action and renamed as the Winchester, in successive models beginning in 1866 through 1894 in a variety of calibers.  The guns were never purchased by the United States military after the Civil War, but some foreign armies bought some. American hunters and frontiersmen were the primary users, and the 1873 model was dubbed "the gun that won the west," although that claim is dubious since the west was not won by cowboy heroes but by the United States Army armed with single shot .45-70 caliber rifles and carbines.[43]

Around 14,000 Henry rifles were produced between 1862 and 1866.  The Federal government only purchased 1,731.  The majority in use during the war were privately purchased, and the property of the soldiers who bought them.  Issued Henrys were available for purchase by discharged soldiers at the end of the conflict.  Most ended up in private hands and were either carried west by settlers for self-defense or kept as souvenirs of service. There were not, to my knowledge, any Henry rifles used in mass shootings of civilians.[44]

[39] Joseph Bilby, A Revolution in Arms, Westholme Publishing, p.96.
[40] Joseph Bilby, *A Revolution in Arms*, (Westholme Publishing, Yardley, Pa.) 2015, pp. 138-139.
[41] *The Sacramento Bee*, October 31, 1863
[42] Joseph Bilby, *A Revolution in Arms*, (Westholme Publishing, Yardley, Pa.) 2015, p. 195.
[43] Ibid, p. 230-231.
[44] Ibid, p 67.

21

## B.  Spencer Rifle

### 1.  History

The development of the self-contained metallic cartridge in the 1850s led to noteworthy progress in repeating arms in the succeeding decade. In 1860, Christopher Spencer patented a repeating rifle using rimfire ammunition. At the outbreak of the Civil War, Spencer proposed the adoption of his design by the United States Army, but there were, as with the Henry, reservations from a logistical point of view expressed by ordnance chief General James Ripley due to rapidity of fire exhausting tactical ammunition supply.[45]

A persistent Spencer and his financial backers established a factory in a former piano factory in Boston, and the inventor went over Ripley's head to Secretary of War Simon Cameron, who approved limited initial purchase of his rifle. The first rifles went to the Navy, and had some minor problems, which spurred Spencer to travel to Washington and arrange a successful test firing on the White House lawn with President Lincoln, assuring his gun's future.[46] By the close of the war, the federal government had purchased 12,000 Spencer rifles and 90,000 carbines. Unlike the Henry, none were purchased by individual soldiers.[47]

Spencer rifles were first used in combat by Brigadier General George Custer's Michigan cavalry brigade on July 3, 1863, at Gettysburg.  Production began on cavalry carbines in October 1863, and the carbine, a shorter weapon, became the most popular cavalry gun for the rest of the war.[48]

### 2.  Operation and Rate of Fire

Aside from its basic lever action, the Spencer repeater differed from the Henry in significant ways. It was a larger caliber, dubbed .56-.56 by the inventor.   The designation was a referral to the diameter of the cartridge case at its rear and front.  The actual caliber was .54, with a nominal bullet weight of 350 grains and 45 grains of black powder propellant, although there were minor production differences. Although a newspaper claim that the Spencer would "throw a ball two thousand yards" and "may be relied on for accuracy at six or eight hundred yards,"[49] that was, to be kind, an exaggeration, it proved to be an effective weapon.[50]

The Spencer magazine held seven cartridges, and, unlike the Henry, which had its magazine forward of the action and under the barrel, the magazine was in the buttstock.  To load the magazine, the soldier removed the spring loaded sleeve and deposited the cartridges, one at a time, and then replaced the sleeve.  To fire each round the operator lowered the lever, which fed a cartridge into the action, closed it to chamber the cartridge and then manually cocked the hammer, aimed the gun, and pulled the trigger. Optimally it could be loaded in 30-45 seconds and fire all seven rounds in under a minute.  It would take around six minutes to load and fire

[45] Joseph Bilby, *A Revolution in Arms*, (Westholme Publishing, Yardley, Pa.) 2015, pp. 77-78.
[46] Jed Morrison, "Target Practice with Mr. Lincoln," New York Times, August 19, 2013.
[47] Joseph Bilby, *A Revolution in Arms*, (Westholme Publishing, Yardley, Pa.) 2015, pp. 118-119.
[48] Ibid, p 118.
[49] *Vermont Journal*, Windsor, Vermont, May 17, 1862.
[50] Bilby, *A Revolution in Arms*, (Westholme Publishing, Yardley, Pa.) 2015, pp 72-73.

twenty eight rounds and twelve minutes to load and fire fifty six rounds under ideal conditions rather than in the heat of battle.[51]

General James Wilson led a final massive Union cavalry raid into Alabama in April 1865 and acquired every Spencer carbine he could to arm his troopers. He also requested the new Blakeslee cartridge boxes, invented by Colonel Erastus Blakeslee. The Blakeslee box held six metal tubes, each preloaded with seven rounds.  To reload, the soldier removed a tube from the cartridge box and after removing the spring loaded sleeve in the gun simply inverted the tube to reload seven rounds and then replaced the sleeve.  A much faster way to reload the Spencer, the Blakeslee box turned out to have an unforeseen defect. There were accidents, when the jostling of horseback riding detonated cartridges in the tubes in the boxes.[52]



Image 11: Spencer Rifle drawing; Source: https://www.gettyimages.com/detail/news-photo/he-spencer-magazine-gun-used-in-the-american-civil-war-the-news-photo/538294057?adppopup=true

[51] Bilby, *A Revolution in Arms*, (Westholme Publishing, Yardley, Pa.) 2015, p. 70
[52] Bilby, *A Revolution in Arms*, (Westholme Publishing, Yardley, Pa.) 2015, p. 210-31; https://www.civilwar.si.edu/weapons_blakeslee.html.

23



Image 12: Spencer Rifle; Source: Joseph Bilby



Image: 13: Spencer Rifle; Source: Joseph Bilby

### 3. Spencer Rifle in Action

The Spencer rifle in the hands of General Custer's Michigan troopers shredded the 34th Virginia Cavalry at Gettysburg. The following year, Federal cavalry combined dismounted Spencer firepower and mounted charges to secure victory at Yellow Tavern, Virginia, in an early use of the tactical principle of fire and maneuver.[53]

The Battle of Nashville provided yet another example of evolving repeater tactics. At one point cavalrymen dismounted, deployed in a skirmish formation, and advanced fired their Spencer carbines as rapidly as possible in the assault. Under relentless attack, the Confederate Army of Tennessee crumbled and fell back into Georgia, with what was left of it disintegrating along the way.

---

[53] Bilby, *A Revolution in Arms*, (Westholme Publishing, Yardley, Pa.) 2015, p. 164.

24

As 1865 dawned, it was clear to most forward thinking officers that the firearms future lay with sturdy, weatherproof self-contained metallic cartridges and breech loading rifles and carbines to fire them in.  On December 5, 1864, Chief of Ordnance Brigadier General Alexander B. Dyer advised Secretary of War Stanton that "the experience of the war has shown that breech-loading arms are greatly superior to muzzle-loaders for infantry as well as cavalry."[54]

By early 1865, repeating rifles were used as enlistment enticements. In Trenton on recruiting duty, Colonel John J. Cladek of the 35th New Jersey Infantry announced that he had a trove of Henry rifles for sale to new volunteers.  Lieutenant Colonel Samuel Simison of the 23rd Illinois Infantry announced that he intended to arm his whole unit with Henrys, and Spencers and Henrys were offered to veterans who joined Major General Winfield Scott Hancock's First Veteran Corps.[55]

On March 2, 1865, Brigadier General Custer dismounted the Spencer-armed 3rd New Jersey, 7th Ohio, and 1st Connecticut Cavalry regiments and maneuvered them through a woodlot to a position one hundred yards from General Jubal Early's men.  In what had by then become standard practice, the troopers assaulted the Rebel line, firing rapidly, while mounted units charged the enemy with sabers, routing them and almost capturing General Early. The war ended the following month.[56]

After the war, discharged soldiers were given the option of purchasing their weapons, including the Spencer.  In succeeding years, the government sold Spencers to wholesale firearms dealers, and they ended up in retail shops. E. Remington and Sons purchased 19,434 Spencer carbines from the government in 1870, and then resold them to the French Government, which proved problematic, since France was at war with Prussia and the United States was a neutral country.[57]

Although Henrys and Spencers were available to the postwar general public, a survey of newspapers revealed no mass shootings for either the Henry or the Spencer, but occasional use in self-defense, widely exemplified, albeit in exaggerated form, in novels and films about the settlement of the west. Neither gun had any significant malfunctions.

## V.  Repeating Firearms in the Late 1800s and Early 1900s

## A.  Krag Jorgensen and 1895 Winchester

## 1.  History

As previously noted, the Winchester series of post-Civil War rifles, including the 1866, 1873, 1876, 1886, 1892 and 1894 Models, were continuous improvements on the original Henry repeating rifle in design as well as more potent ammunition.  The Model 1886 was even available in the United States army standard caliber of .45-70. The army adopted none however

---

[54] Bilby, *A Revolution in Arms*, (Westholme Publishing, Yardley, Pa.) 2015, p. 221.
[55] Ibid, p. 202.
[56] Ibid, p. 216.
[57] The Pittsfield Massachusetts Sun, March 14, 1872.

and remained wedded to its single shot Springfield breech loader.  This was not the case with foreign armies, particularly the Turkish military, which purchased a considerable number of Model 1866 Winchesters and used them effectively against the Russians at the 1877 Battle of Plevna.[58]

By the 1880s, the military firearms world was changing rapidly, due to the introduction of smokeless powder.  Calibers became smaller, averaging around .30, with smokeless propellant and bullets less heavy, around two hundred grains, and velocities much higher, which made for long range accuracy. The bolt action rifle, in a range of styles, was adopted as a stronger action able to handle the increased pressure of the new cartridges. In Europe, the French army adopted the Lebel, the Germans the Mauser, the Austro-Hungarians the Mannlicher, the Russians the Moisin Nagant, and the British the Lee Enfield. The Lebel could carry eight rounds in its old fashioned under the barrel magazine, but most other rifles had integral, *i.e.*, internal, magazines under the bolt, usually holding five cartridges. The exception was the Lee Enfield, which had a detachable ten round magazine.[59]

## 2.  Operation and Rate of Fire

To operate the bolt action gun, the shooter had to manually open the bolt, pull it back to eject the cartridge case of a fired round and then move it forward to push a new cartridge into the chamber.

To reload the gun after the cartridges were fired, the shooter used a "clip" holding five (sometimes more) rounds of ammunition.  Clips could be "en bloc" loaded by inserting the whole clip into the action, used in the Mannlicher, or the more common "stripper clip" version, a thin strip of metal that held five rounds which fit in a notch in the gun's receiver. The cartridges were pushed down into the action by the shooter's thumb.  Closing the bolt expelled the clip. The Lee Enfield, which had a ten shot removable magazine, was not replaced with an identical magazine for reloading.  Instead, it remained within the gun and was reloaded with two stripper clips.  No additional magazines were issued with the Lee Enfield.[60]

The American military was observing all these changes and decided to go with a bolt action repeating rifle.  With no serious American versions available, in 1892 the United States had a test series for foreign arms and chose the Norwegian Krag Jorgensen, which had a unique loading system.  Minor changes were made to the rifle in 1896 and 1898 and a cavalry carbine was adopted in 1896. The Krag had an internal magazine attached to the side of the gun's action and had to be manually opened and loaded with five .30 caliber cartridges, carried in individual loops in a soldier's cartridge belt. While slower to load than a rifle with a clip, the Krag could be loaded in under a minute and fire all five rounds in the same length of time.[61] It was used in

[58] https://www.militaryrifles.ru/turkishwinchester; Bilby, Joseph *A Revolution in Arms*, Westholme Publishing, p 225-226.
[59] https://alphahistory.com/worldwar1/weapons/; https://www.thehistorypress.co.uk/articles/weaponry-in-world-war-i/
[60] https://www.britannica.com/technology/Lee-Enfield-rifle; https://www.wideners.com/blog/what-is-a-stripper-clip
[61] Bruce N. Canfield "The Foreign Rifle: U.S. Krag–Jørgensen" *American Rifleman* October 2010 pp. 86–89, 126, 129

combat in the Spanish American War, the Philippine Insurrection, and the Boxer Rebellion. A newspaper reported that at a range of two hundred yards, "a Krag Jorgenson slug would pierce and kill three or four men standing in a row – knock them over like so many ninepins." Needless to say, this claim would never be proved.[62]

Winchester adopted a new model lever action gun designed by John Browning in 1895, in hopes of sales to hunters and the military. The gun, with a five shot internal box magazine under the action, a first for Winchester, was offered in a variety of calibers and became a favorite hunting rifle of President Theodore Roosevelt. Although the American army bought 10,000 of these in .30-40 Krag caliber, they were never issued and instead sold to a firearms dealer.  During World War I, the Russian government bought almost 300,000 Model 1895s in their military caliber. These guns, like other military rifles, had a notch in the receiver to fit a five round stripper clip. More than 9,000 of these guns were given to the Spanish Loyalists by the Soviet Union, successor state to Russia, in 1936. Loading and firing times of the Model 1895 approximated those of the Krag.[63]

A survey of newspapers of the era revealed no evidence of mass shootings by deranged individuals with either of these firearms.



Image 14: Winchester 1866 Rifle; Source: Joseph Bilby



Image 15: Winchester 1895 Rifle patent drawing; Source: https://commons.wikimedia.org/wiki/File:Winchester_Model_1895,_J._M._Browning_Box_Magazine_Firearm,_U.S._Patent_No._549.345,_image_1.jpg

---

[62] *The San Francisco Examiner*, February 7, 1897.
[63] Wilson, R. L. "The Model 1895 Lever-Action." *Winchester: An American Legend: The Official History of Winchester Firearms and Ammunition from 1849 to the Present*. New York: Random House, 1992. 104–09.



Image 16: Krag Jorgensen Rifle patent drawing; Source: https://patents.google.com/patent/US492212A/en

## B.  Detachable Magazines in the Early 20th Century

The advent of detachable magazines that could be used to rapidly reload a firearm came in the early 20th century.  The Model 1911 pistol adopted by the United States Army was the first weapon of this type used in America.  The development of the Browning automatic rifle and the Thompson submachine gun for military use during World War I were also early models of this type of gun.[64]

---

[64] https://historyofgunpowder01.weebly.com/timeline.html

28

## VI. Bibliography

Bilby, Joseph, Civil War Firearms; Their Historical Background and Tactical Use, Da Capo Press, 2005.

Bilby, Joseph G., A Revolution in Arms; A History of the First Repeating Rifles, Westholme Publishing, 2005.

Bilby, Joseph, Small Arms at Gettysburg, Infantry and Cavalry Weapons in America's Greatest Battle, Westholme Publishing, 2007.

Blackmore, Howard. British Military Firearms, 1650 to 1850, Herbert Williams, 1961.

Brown, M. L., Firearms in Colonial America, Smithsonian, 1980.

Edwards, William B. Civil War Guns, Thomas Publications, 1997.

Flayderman, Norman, Flayderman's Guide to Antique American Firearms and Their Values, Gun Digest, (9th edition) 2007.

Hicks, James E., Notes on U.S. Ordnance, 1776 to 1941. Modern Books and Crafts, 1971.

Peterson, Harold, Arms and Armor in Colonial America, 1526 -1783, Stackpole, 1956.

Peterson, Harold, The Remington Historical Treasury of American Guns, Rutledge Books, 1965.

I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated this 27th day of April, 2023.

_____

Joseph G. Bilby

29