# Exhibit 35 to
# The Governor's Motion for Summary Judgment

*Rebuttal Expert Report of James Yurgealitis*

*Gates et al. v. Polis*, No. 1:22-cv-1866-GPG-SKC (D. Colo.)

September 11, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

     Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

     Defendant.

### FRCP 26(a)(2)(B) REBUTTAL REPORT OF JAMES YURGEALITIS

Pursuant to 28 U.S.C. § 1746, I, James E. Yurgealitis, declare under penalty of perjury that the following is true and correct:

     1.     I am over the age of eighteen (18) years, competent to testify to the matters contained in this report, and testify based on my personal knowledge and information.

     2.     I have been asked previously by the Defendant to prepare an expert report for disclosure under FRCP 26(a)(2)(B) addressing the types and operation of firearms, the operation and history of large capacity magazines and lower capacity magazines, and self-defense. This report is based on my own personal knowledge and experience, and, if I am called as a witness, I could and would testify competently to the truth of the matters discussed in this report. I hold all opinions expressed herein to a reasonable degree of professional certainty.

     3.     I prepared and submitted a report for the Defendant's use in this case in April 2023.

     4.     I have been retained by the Defendant to serve as an expert witness in this matter.

     5.     My resume and qualifications included in my report as detailed in my initial report remain accurate.

6. For my services in this case, I have been retained at a rate of $400.00 an hour for work and $1,600.00 per day of combined work and travel.

7. In my initial report I stated that if, during the course of my work in this case, additional research, technical or statistical materials become available or relevant they will be reviewed. As such I reserve the right to amend my report, opinion or testimony to include consideration of those materials should their relevance warrant.

8. Since submission of my expert report I have received, and reviewed, additional evidence submitted by the Plaintiffs which was not available prior to the submission of that report. This rebuttal report is in response to the report submitted by Plaintiffs' expert Mark W. Passamaneck.

9. The litigation centers around C.R.S. § 18-12-302 (the Statute) which bans the sale, possession and transfer of large capacity magazines. The definition of "large capacity magazine" in C.R.S. § 18-12-301(2) means a fixed or detachable magazine, box, drum, feed strip, or similar device capable of accepting, or that is designed to be readily converted to accept, more than fifteen rounds of ammunition.

10. The definition also includes "(II) A fixed, tubular shotgun magazine that holds more than twenty-eight inches of shotgun shells, including any extension device that is attached to the magazine and holds additional shotgun shells."

11. More simply defined a detachable firearm magazine, as defined in the statute, is a device which holds ammunition and facilitates continuous feeding of ammunition to a semi-automatic or fully-automatic firearm. When empty it can readily be detached and replaced with another so that firing can continue. A tubular shotgun magazine is a "fixed" magazine attached, or integral, to the frame, receiver or barrel of a shotgun. Unlike a detachable magazine it, being

2

integrated to the shotgun, is not readily detachable without tools and the magazine itself must be reloaded when empty to continue firing.

## DISCUSSION

### I.     Magazine Terminology, Types, And Operation.

12.     In order to respond to Mr. Passamaneck's report detailing how firearms use detachable magazines, it is necessary to provide additional details about their construction and operation.

13.     Detachable magazines are, generally speaking, a container which holds and facilitates feeding of ammunition into semi-automatic or full-automatic firearms and are commonly constructed of five components:

A.) the magazine body or tube,

B.) the magazine follower,

C.) the magazine spring,

D.) the magazine lock plate, and

E.) the magazine baseplate or floorplate.

14.     The following illustration details the five components of a detachable magazine for a Smith & Wesson semi-automatic pistol.[1]

---

[1] Image Source: https://www.targetbarn.com/broad-side/media/partsofapistolmagazine.jpg



15. When assembled, the magazine body contains the other four components. The follower is mounted at the top of the spring and the lock plate at the bottom. The spring, with the two components attached, is compressed into the magazine body and secured by the baseplate. It is loaded by pushing ammunition cartridges down into the magazine body, against the follower, until the desired capacity is attained. This action also further compresses the spring placing it under tension.

16. When the magazine is inserted into a semi or full-automatic firearm, the bolt of the firearm (rifles and shotguns) or slide (pistols) is pulled back and released, which 'strips' the first cartridge from the top of the magazine and feeds it into the chamber. Subsequent cartridges will be pushed upwards in the magazine body by the follower which is 'powered' by the spring tension.

17. It is important to note that the ability of a semi or full-automatic firearm to function is not dependent on the capacity of the magazine. Any firearm designed to utilize a detachable

4

magazine with a capacity exceeding 15 rounds will function with a magazine legal under the Statute. Magazine capacity is not a determinant of a firearm's operability.

18. A magazine is not required for a semi-automatic firearm to function. Generally speaking, a semi-automatic firearm, without a magazine inserted, can be loaded manually with a single cartridge and fired.[2] The magazine, with additional available cartridges, is what allows the firearm to fire additional shots without manual manipulation of a bolt or slide.

19. Magazine base plates, being both a standard part of a detachable magazine and removable, can be replaced with aftermarket extensions. Baseplate extensions or extenders are available from numerous vendors and allow the loading of additional cartridges above the original capacity of the magazine as manufactured.

20. Detachable magazines are designed and manufactured to be durable and function in adverse conditions. As such they are not delicate devices and rarely fail in their entirety. Much as with any other mechanical device, malfunctions can usually be traced to damage or wear of one of the component parts. In my 26 year experience in Federal Law Enforcement, I only had two occasions where I needed to replace a cracked baseplate for one of my issued magazines. Other than those two occurrences, the magazines performed flawlessly while having thousands of rounds fired through them over a period of several years.

21. Polymer bodied magazines are very popular and are manufactured and / or included by popular handgun manufacturers such as Glock. They are also manufactured by numerous aftermarket suppliers such as Magpul. The chief advantages of polymer over traditional steel or

---

[2] Exceptions to this include the FN / Browning "Hi Power" pistol and other firearms which incorporate a magazine safety (or magazine disconnect). The "Hi Power" pistol as manufactured will not fire, even with a cartridge in the chamber, unless a magazine is inserted into the magazine well which releases the safety. The vast majority of available semi-automatic pistols do not have a magazine safety. Note that as with other semi-automatic firearms the capacity of the magazine is not a determining factor as it will function with a Colorado complaint magazine or one of greater capacity.

5

aluminum bodied magazines are their resistance to corrosion, ability to absorb impact without dents or dings (which may impair function) and overall lighter weight.

      22.    Polymer bodied magazines are also inherently reliable as evidenced by the recent Defense Logistics Agency (DLA) award of a three year $20,000,000 contract with Magpul to produce their polymer bodied magazine (PMAG) for the US Armed Forces. This follows an earlier 2016 procurement by the US Marine Corps as well as a DLA Contract in 2017 with Magpul for $12,000,000. Such widespread adoption by the US Military is confirmation of the advantages, both in reliability and durability, of polymer bodied magazines.

> In December 2016, Magpul announced the Marines had, after a four-year testing evolution, adopted their MCT PMAG for use in all their 5.56mm platforms. In government-administered tests, the PMAG reportedly cycled 20,400 rounds of M855A1 ammo without any magazine-related stoppages. This, in turn, drew questions from lawmakers to Army Chief of Staff Gen. Mark Milley over why the country's primary small arms user wasn't fielding polymer mags. Subsequently, the DLA in 2017 announced a $12 million contract with Magpul to supply the Army, Air Force, and Marine Corps with PMAGs.[3]

I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated this 2nd day of June, 2023.

                                                                            /s/ James E. Yurgealitis
                                                                      James E. Yurgealitis

---

[3] https://www.guns.com/news/2023/01/20/magpul-grabs-20-million-pentagon-mag-contract