# Exhibit 39 to
# The Governor's Motion for Summary Judgment

## *Declaration of Senator Rhonda Fields*

*Gates et al. v. Polis*, No. 1:22-cv-1866-GPG-SKC (D. Colo.)

September 11, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.
     Plaintiffs,
v.
JARED S. POLIS, in his official capacity as Governor of the State of Colorado,
     Defendant.

---

## DECLARATION OF SEN. RHONDA FIELDS

I, Sen. Rhonda Fields, pursuant to 28 U.S.C. § 1746, state as follows:

1.     My name is Rhonda Fields, and I represent Senate District 28 in the Colorado Senate.

2.     I have served in the Colorado General Assembly since 2010, first in the Colorado State House, and now in the Colorado Senate.

3.     I first became active in politics after my son and his fiancée were the victims of gun violence in 2005. Since then, I have introduced, passed, and advocated for legislation to help protect our communities from gun violence.

4.     One of those was H.B. 13-1224, the large-capacity magazine ban. I was the lead sponsor of H.B. 13-1224 in the Colorado State House.

5.     I introduced H.B. 13-1224 in response to the growing number of mass shootings both in Colorado and across the country. Specifically, the bill was introduced in response to the Aurora Theater shooting in July 2012, in which a gunman armed with multiple large-capacity magazines killed 12 and injured 70.

6.      After Aurora, I knew that something needed to be done to address these mass shootings. By limiting magazine capacity, the LCM Ban gives potential victims of a mass shooting time to flee, fight, or hide during the pause that happens when an assailant goes to reload a spent magazine.

7.      Large-capacity magazines help single gunmen injure multiple innocent people in a short amount of time. From what I understand, this was not a problem legislatures faced for most of our nation's history. But it is a problem now, and the LCM Ban is a common-sense solution to help limit mass shootings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____August 30, 2023_____

_____/s/ Rhonda Fields_____
Sen. Rhonda Fields