# Exhibit 41 to
# The Governor's Motion for Summary Judgment

## *Documents Produced by Plaintiffs*

*Gates et al. v. Polis*, No. 1:22-cv-1866-GPG-SKC (D. Colo.)

September 11, 2023

# AMENDED ARTICLES OF INCORPORATION
## OF
## NATIONAL FOUNDATION FOR GUN RIGHTS, INC.
### A VIRGINIA NONSTOCK CORPORATION

1. The name of the corporation is the National Foundation for Gun Rights, Inc. (the "Corporation").

2. The Corporation shall have no members.

3. The directors of the Corporation are David Alan Warrington, Dudley Brown, Christina Jeffrey, Tom Campbell, and Michael I. Rothfeld. Directors of the Corporation are elected at the annual meeting of the Board of Directors by an affirmative vote of the majority of Directors then in office, and each shall continue in office until his successor is elected and qualified, or until his earlier death, resignation or removal.

4. The name of the registered agent of the Corporation is David A. Warrington, a member of the Virginia State Bar admitted to practice in the Commonwealth of Virginia. The address of the registered agent is 101 Washington Street, Fredericksburg, VA 22405. The registered office is physically located in the county of Stafford.

5. This Corporation is organized exclusively for educational and charitable purposes within the meaning of section 501(c)(3) of the Internal Revenue Code of 1986 as now in effect or as may hereafter be amended (the "Code").

6. Notwithstanding any other provision of these articles, this organization shall not carry on any other activities not permitted to be carried on (a) by an organization exempt from Federal income tax under section 501(c)(3) of the Code or (b) by an organization, contributions to which are deductible under section 170(c)(2) of the Code.

7. Upon the winding up and dissolution of this organization, after paying or adequately providing for the debts and obligations of the organization, the remaining assets shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for educational and charitable purposes and which has established its tax except status under section 501(c)(3) of the Code.

Dated: September 15, 2012

IN WITNESS WHEREOF, the undersigned director has executed these Amended Articles of Incorporation as of the date set forth above.

_____
David Alan Warrington, President

Exhibit A

# BY-LAWS
# Of
# NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

A Virginia Nonprofit Corporation

## ARTICLE I
## NAME, LOCATION AND OFFICES

Section 1.01  **Name.**  The name of this Corporation shall be "National Foundation for Gun Rights, Inc." (hereinafter the "Corporation").

Section 1.02  **Registered Agent.**  The Corporation shall maintain a registered agent within the Commonwealth of Virginia in accordance with the Virginia Nonstock Corporation Act.

Section 1.03  **Offices.**  The Corporation shall have its principle office in the Commonwealth of Virginia, and may have such other offices and places of business within or without the Commonwealth as the Board of Directors may from time to time determine or the business of the Corporation may require.

## ARTICLE II
## DIRECTORS

Section 2.01  **Board of Directors.**  The management of the affairs, property and business of the Corporation shall be vested in a Board of Directors.

Section 2.02  **Number.**  The number of directors shall be a minimum of three, or more as fixed from time to time by the Board of Directors.

Section 2.03  **Term of Directors.**  Each director shall hold office until the expiration of such term and until his successor, if any, has been elected and qualified, or until his earlier resignation or removal.

Section 2.04  **Election of Directors, Annual and Regular Meetings.**  The annual meeting of directors shall be held on such date as may be determined by the Board of Directors.  At such meeting, the directors shall elect a Board of Directors and transact such other business as may properly come before the meeting.  Regular meetings of the Board of Directors may be held at such times as the Board of Directors may from time to time determine.  NO notice shall be required for the annual or any regular meeting of the Board of Directors.

Section 2.05  **Special Meetings.**  Special meetings of the Board of Directors may be called by the President, by an officer of the corporation who is also a director of by any two directors, upon one day's notice to each director either

personally or by mail, email, telephone, telecopier or telegraph, and if by telephone, confirmed in writing before or after the meeting, setting forth the time and place of such meeting.  Notice of any special meeting need not be given, however, to any director who submits a signed waiver of notice, before or after the meeting, or who attends the meeting without objections to the transaction of business.

Section 2.06  **Place of Meetings.**  (a) The Board of Directors may hold its meetings, regular or special, at such places as it may from time to time determine or as shall be set forth in any notice of such meeting.

	(b) Any meeting of the Board of Directors may be held by means of conference telephone or similar communications equipment whereby all persons participating in the meeting can hear each other, and such participation shall constitute presence at the meeting.

Section 2.07  **Adjourned Meetings.**  A majority of the directors present, whether or not a quorum, may adjourn any meeting of the Board of Directors to another time and place.  Notice of such adjourned meeting need not be given if the time and place thereof are announced at the meeting at which the adjournment is taken.

Section 2.08  **Quorum of Directors.**  A majority of the total number of directors shall constitute a quorum for the transaction of business.  The total number of directors means the number of directors the Corporation would have if there were no vacancies.

Section 2.09  **Action of the Board of Directors.**  The vote of a majority of the directors present at a meeting at which a quorum is present shall be the act of the Board of Directors, unless the question or action is one upon which a different vote is required by express provision of statute, the Certificate of Incorporation or these By-Laws, in which case such provision shall govern the vote on the decision of such question or action.  Each director present shall have one vote.

Section 2.10  **Action by Written Consent of Directors.**  Any action required or permitted to be taken at any meeting of the Board of Directors or of any committee thereof may be taken without a meeting, if a written consent thereto is signed by all members of the Board of Directors or of such committee, and such written consent is filed with the minutes of proceedings of the Board of Directors or committee.  Consent may be given by email.

Section 2.11  **Resignation.**  A director may resign at any time by giving written notice to the Board of Directors, the President or the Secretary of the Corporation.  Unless otherwise specified in the notice, the resignation shall

take effect upon receipt by the Board of Directors or such office, and acceptance of the resignation shall not be necessary.

Section 2.12 **Removal of Directors.**  Any or all of the directors may be removed with or without cause by majority vote of the directors.

Section 2.13 **Vacancies.**  Vacancies occurring in the Board of Directors for any reason may be filled by a vote of the majority of the directors then in office, although less than a quorum.  A director elected to fill a newly created directorship or to fill any vacancy shall hold office until the next annual meeting of directors, and until his successor, if any, has been elected and qualified.

Section 2.14 **Chairman.**  At all meetings of the Board of Directors the Chairman of the Board or, if one has not been elected or appointed or in his absence, a chairman chosen by the directors present at such meeting, shall preside.

Section 2.15 **Committees Appointed by the Board of Directors.**  The Board of Directors may, by resolution passed by a majority of the entire Board of Directors or by written consent of all of the directors, designate one or more committees, each committee to consist of one or more of the directors.  The Board may also designate one or more directors as alternate members of any committee who may replace any absent or disqualified committee member at any committee meeting.  Any such committee, to the extent provided in the resolution, except as restricted by law, shall have and may exercise the powers of the Board of Directors in the management of the affairs, business and property of the Corporation, and may authorize the seal of the Corporation, if any, to be affixed to all papers which may require it.

Section 2.16 **Compensation.**  Unless otherwise restricted by law, the certificate of incorporation or these Bylaws, the Board of Directors shall have the authority to fix the compensation of directors.  No such compensation shall preclude any director from serving the corporation in any other capacity and receiving compensation therefore.

**ARTICLE III**
**OFFICERS**

Section 3.01 **Offices, Election and Term.**  (a) At its annual meeting the Board of Directors shall elect or appoint a President and a Secretary and may, in addition, elect or appoint at any time such other officers as it may determine.  Any number of offices may be held by the same person.

(b) Unless otherwise specified by the Board of Directors, each officer shall be elected or appointed to hold office until the annual meeting of the Board of

Directors next following his election or appointment and until his successor, if any, has been elected or appointed and qualified, or until his earlier resignation or removal.

(c) Any officer may resign at any time by giving written notice to the Board of Directors, the President or the Secretary of the Corporation.  Unless otherwise specified in the notice, the resignation shall take effect upon receipt thereof, and the acceptance of the resignation shall not be necessary to make it effective.

(d) Any officer elected or appointed by the Board of Directors may be removed by the Board of Directors with or without cause.  Any vacancy occurring in any office by reason of death, resignation, removal or otherwise may be filled by the Board of Directors.

Section 3.02  **Powers and Duties.**  The officers, agents and employees of the corporation shall each have such powers and perform such duties in the management of the affairs, property and business of the Corporation, subject to the control of and limitation by the Board of Directors, as generally pertain to their respective offices, as well as such powers and duties as may be authorized from time to time by the Board of Directors.

ARTICLE IV
INDEMNIFICATION

Section 4.01  **Indemnification.**  The Corporation shall indemnify the directors and officers and may, by action of the Board of Directors, indemnify its agents and employees in the manner and to the full extent provided in the laws of the state of in which it is incorporated.  Such indemnification may be in addition to any other rights to which any person seeking indemnification may be entitled under any agreement, vote of directors, any provision of these By-Laws or otherwise.  The directors, officers, employees and agents of the Corporation shall be fully protected individually in making or refusing to make any payment or in taking or refusing to take any other action under this Article in reliance upon the advice of counsel.  Expenses incurred in defending any action or proceeding for which indemnification is required or permitted and authorized by the Board of Directors shall be paid by the corporation in advance of the final disposition of such action or proceeding upon receipt of an undertaking by or on behalf of the indemnified party to repay such amount if it shall ultimately be determined that the indemnified party is not entitled to be indemnified as authorized in this Article.

ARTICLE IV
MISCELLANEOUS

Section 5.01  **Corporate Seal.**  The corporation shall not have a corporate seal.

Section 5.02  **Execution of Instruments.**  All corporate instruments and documents shall be signed or countersigned, executed, and, if desired, verified or acknowledged by a proper officer or officers of such other person or persons as the Board of Directors may from time to time designate.

Section 5.03  **Fiscal Year.**  The fiscal year of the Corporation shall be from January 1 through December 31, or as otherwise determined by the Board of Directors.

**ARTICLE VI**
**AMENDMENTS**

Section 6.01  **Amendments.**  These By-Laws may be altered, amended or repealed from time to time by the directors.

**barry@arringtonpc.com**

| | |
|---|---|
| **From:** | Jon Hummel |
| **Sent:** | Thursday, March 23, 2023 4:01 PM |
| **To:** | kingkharles@gmail.com |
| **Cc:** | Hannah Hill |
| **Subject:** | Are You Interested in Being a Plaintiff, Again |

Karl,
Thank you so much for being a plaintiff in our case against CO magazine ban. As we are looking to put together plaintiffs to challenge the forthcoming "assault weapons" ban we thought you might make a good plaintiff once again.

We are looking for someone who does not currently own any of the firearms that would be banned if the new law goes into effect. Since you did not own the "high capacity" magazines we thought you might be a fit for this need as well.

Can you let me know if you are willing to be a plaintiff and that you do not own any of the to-be-banned firearms?

Let me know if you have any questions. Thank you so much!
Best,

Jon Hummel
*Research Assistant*
National Foundation for Gun Rights
2300 Eisenhower Blvd Loveland, CO 80537

**barry@arringtonpc.com**

| | |
|---|---|
| **From:** | Hannah Hill |
| **Sent:** | Monday, January 9, 2023 3:04 PM |
| **To:** | Karl Honegger |
| **Subject:** | RE: Another plaintiff needed for CO |

Awesome! Thank you so much. Would you mind giving me a quick call at 970-342-0185 when you get a second? It should only take a minute.

Hannah

**From:** Karl Honegger <kingkharles@gmail.com>
**Sent:** Monday, January 9, 2023 12:47 PM
**To:** Hannah Hill <Hannah.Hill@nagrhq.org>
**Subject:** Re: Another plaintiff needed for CO

Hannah,

I'm good to join, I have never purchased a so called "assault weapon" before but I would like to be able to in the future.

Best regards,

Karl Honegger

On Mon, Jan 9, 2023 at 12:22 PM Hannah Hill <Hannah.Hill@nagrhq.org> wrote:

> Hey gentlemen,
>
> As you're probably aware, Colorado is getting ready to pass an assault weapons ban. We are getting ready to sue over it the moment the governor signs the bill.
>
> We have a couple of plaintiffs already lined up, but would like two more. Would any of you be willing to serve as a plaintiff on a state case as well as the local lawsuit you're currently on? We completely understand if it's something you're not comfortable with, but there is no legal issue with your doing both.
>
> Things are moving pretty quickly with this, so time is an issue.
>
> Thank you so much!

1

Plaint050

--

**Hannah Hill**

*Research and Policy Director*

National Foundation for Gun Rights

[2300 Eisenhower Blvd | Loveland, CO 80537](#)

Tel: 970-460-9015


*"Is life so dear, or peace so sweet, as to be purchased at the price of chains and slavery? Forbid it, almighty God! I know not what course others make take, but as for me, give me liberty, or give me death!" – Patrick Henry*

**barry@arringtonpc.com**

| | |
|---|---|
| **From:** | Jon Hummel |
| **Sent:** | Friday, March 24, 2023 10:56 AM |
| **To:** | Karl Honegger |
| **Subject:** | RE: Are You Interested in Being a Plaintiff, Again |

Karl,
That works perfectly! When the law goes into effect, we would love to have you as a plaintiff. When the time comes, we will get in touch. Thank you again for your willingness to help.
Best,

Jon Hummel
*Research Assistant*
National Foundation for Gun Rights
2300 Eisenhower Blvd Loveland, CO 80537

**From:** Karl Honegger <kingkharles@gmail.com>
**Sent:** Thursday, March 23, 2023 5:57 PM
**To:** Jon Hummel <jon.hummel@gunrights.org>
**Subject:** Re: Are You Interested in Being a Plaintiff, Again

Jon,

Ok I don't have, have owned or plan to purchase while the litigation goes on a firearm that meets the description in the current proposed law. I would like to own in the future and so if that fits what you are looking for let me know.

-Karl

On Thu, Mar 23, 2023 at 4:32 PM Jon Hummel <jon.hummel@gunrights.org> wrote:

> Karl,
>
> I completely understand where you are coming from, they do write these things in a convoluted way.
>
> https://leg.colorado.gov/sites/default/files/documents/2023A/bills/2023a_1230_01.pdf
>
> This is a copy of the most current language of the bill. If you want, I would be more than happy to talk with you about what it means and if your firearms would be included in the ban.
>
> If you would like to talk let me know a good time tomorrow or next week that works to talk. Or if you can tell from the bill that you would not be eligible just let me know.
>
> Best,

1

Plaint052

Jon Hummel

*Research Assistant*

National Foundation for Gun Rights

2300 Eisenhower Blvd Loveland, CO 80537

970-590-1781

---

**From:** Karl Honegger <kingkharles@gmail.com>
**Sent:** Thursday, March 23, 2023 3:04 PM
**To:** Jon Hummel <jon.hummel@gunrights.org>
**Subject:** Re: Are You Interested in Being a Plaintiff, Again

Jon,

I unfortunately don't totally know what is to be banned as their definitions are so stupid… I don't own an AR-15 and never have but I'm not sure what kind of rifle they want to ban in addition to the AR-15.

-Karl

On Thu, Mar 23, 2023 at 3:01 PM Jon Hummel <jon.hummel@gunrights.org> wrote:

> Karl,
>
> Thank you so much for being a plaintiff in our case against CO magazine ban. As we are looking to put together plaintiffs to challenge the forthcoming "assault weapons" ban we thought you might make a good plaintiff once again.
>
> We are looking for someone who does not currently own any of the firearms that would be banned if the new law goes into effect. Since you did not own the "high capacity" magazines we thought you might be a fit for this need as well.

Plaint053

Can you let me know if you are willing to be a plaintiff and that you do not own any of the to-be-banned firearms?

Let me know if you have any questions. Thank you so much!

Best,

Jon Hummel

*Research Assistant*

National Foundation for Gun Rights

2300 Eisenhower Blvd Loveland, CO 80537

3

Plaint054

**barry@arringtonpc.com**

| | |
|---|---|
| **From:** | Jon Hummel |
| **Sent:** | Thursday, March 23, 2023 4:01 PM |
| **To:** | kingkharles@gmail.com |
| **Cc:** | Hannah Hill |
| **Subject:** | Are You Interested in Being a Plaintiff, Again |

Karl,
Thank you so much for being a plaintiff in our case against CO magazine ban. As we are looking to put together plaintiffs to challenge the forthcoming "assault weapons" ban we thought you might make a good plaintiff once again.

We are looking for someone who does not currently own any of the firearms that would be banned if the new law goes into effect. Since you did not own the "high capacity" magazines we thought you might be a fit for this need as well.

Can you let me know if you are willing to be a plaintiff and that you do not own any of the to-be-banned firearms?

Let me know if you have any questions. Thank you so much!
Best,

Jon Hummel
*Research Assistant*
National Foundation for Gun Rights
2300 Eisenhower Blvd Loveland, CO 80537