# Exhibit 47 to
# The Governor's Motion for Summary Judgment

## *Declaration of Samuel Granillo*

*Gates et al. v. Polis*, No. 1:22-cv-1866-GPG-SKC (D. Colo.)

September 11, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## DECLARATION OF SAMUEL GRANILLO

I, Samuel Granillo, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am over the age of twenty-one, a resident of Los Angeles, California, and currently employed as an audiovisual technician at AVI-SPL.

2. I previously was a resident of Littleton, Colorado, and I attended Columbine High School. I was at Columbine High School on April 20, 1999, when two other students used firearms and explosives to murder twelve students and one teacher.

3. On the morning of April 20, 1999, I, along with my friend Rachel Scott, attended a try-out to be a newscaster with the Rebel News Network, the school's news station.

4. Although Rachel asked me to eat lunch with her outside, I decided to eat lunch in the cafeteria because I had some tests later in the day that I needed to study for.

5. Around 11:20 am, I heard some commotion outside, and some other students said there was a fight. I attempted to continue studying for my tests.

1

6. William Sanders, a teacher at the school who was later murdered by the shooters, ran into the cafeteria and told everyone to get under the tables because someone at the school had a gun.

7. Because school shootings, and especially mass shootings at school, were a less common occurrence in 1999, my initial reaction was just that someone had a gun in their backpack and that they would be disciplined by the principal. I did not immediately think that someone would use a gun to shoot other students.

8. I began to hear loud noises outside, and Mr. Sanders said, "Everyone fucking run."

9. As I was running around the cafeteria, I could hear the gunfire getting closer. It was chaotic, but I thought I saw some bullets hit the ceiling of the cafeteria as I was running.

10. From how rapid the gunfire was, it sounded like the shooters were using larger capacity magazines and semi-automatic firearms. During this time, there weren't many pauses in the gunfire.

11. I later learned that the shooters' initial plan was for a series of bombs to go off at the school, which would cause everyone to run outside. The shooters then intended to use their rapid-fire weapons to pick students off and kill them.

12. While running around the cafeteria, I heard my name being called from the kitchen. One of the cafeteria workers was holding a door open to an office. I entered the office.

13. Seventeen people ended up in the office off of the cafeteria, and I was the last person to enter.

14. I closed the door behind me but quickly discovered that there was no lock on the door. I wedged my feet below the door to stop it from being opened.

15. Soon after, the shooters arrived just outside the door. Because of the commotion and bombs and fire alarms going off, I could not make out their dialogue. But I could tell that their voices contained no panic or urgency, just a cold tone that showed that they were hyper-focused on killing as many people as possible.

16. The shooters attempted to open the door to the office. Others in the office helped me push against the door to keep it closed. The shooters were able to open the door half an inch before giving up.

17. I also heard the shooters fire their weapons at propane bombs that were planted just outside the office. The shooters were attempting to detonate those bombs, but they did not go off.

18. From inside the office, I could also hear pipe bombs exploding and every round that the shooters fired from their weapons. The high school cafeteria is located just below the library, where much of the shooting took place. I could hear both loud single bursts from a shotgun and rapid bursts from semi-automatic weapons.

19. As the sound of the gunfire got farther away, I was able to move away from the door so that the others and I could build a barricade.

20. A number of students in the office started having panic attacks, and the cafeteria workers attempted to provide comfort to those students.

21. The office had a phone, and we were able to call 911. The dispatcher and police tried to give us updates about the events.

22. I later learned that the shooters were in the school for 42 minutes. But we were in the office for three and a half hours before the police arrived.

3

23. When the police arrived, they moved us in a single-file line to the teachers' lounge. We then left the school through a window in the teachers' lounge.

24. Immediately after leaving the school, I saw a dead body, which I later learned was that of Daniel Mauser. Based on all the gunfire I heard, I knew that that was not the only victim.

25. Everyone else leaving through the window also saw that body and reacted with screams, cries, and panic.

26. I was told to run up the outdoor stairs towards a firetruck.

27. As I was running, I almost tripped over another dead body. I later learned that this was my friend Rachel, who had invited me to have lunch with her earlier that day.

28. I came to learn that three of the victims who died were close friends of mine.

29. Because of the events of Columbine, I have developed post-traumatic stress disorder (PTSD).

30. At a July 4th celebration the same year of the shooting, I had a panic attack because the fireworks sounded like the explosions inside the school.

31. I had chronic nightmares every night for years involving being chased and hiding.

32. I continued to have panic and anxiety attacks, some of which required hospitalization.

33. I did not recognize that I had trauma and PTSD until years after the shooting.

34. I have struggled to avoid addiction, even as I have seen other Columbine survivors succumb to alcohol and opioid addiction. I know a number of other Columbine survivors who later passed away due to addiction.

35. I continue to be affected as I heard about other mass shootings. A friend of mine was also killed at the movie theater in Aurora, Colorado, on July 20, 2012.

36. I also suffer from survivor's guilt.

37. I have attempted to obtain therapy to help treat the psychological impact of the shooting, but it has been difficult. The resources available to Columbine survivors extended to only a year and a half after the shooting. And even today, many trauma therapists do not have the expertise to treat survivors of mass shootings. Therapists continue to refuse to take me on as a patient.

38. Because of my experiences at Columbine, I helped produce an episode of Dateline NBC, which aired on April 20, 2014. The episode focused on raising awareness about how individuals heal after suffering through traumatic events, such as school shootings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of September, 2023.

s/ Samuel Granillo<br>
Samuel Granillo