IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1866-GPG-SKC

BENJAMIN GATES, TRAVIS SWARTZ, KARL HONEGGER, and NATIONAL FOUNDATION FOR GUN RIGHTS, INC.,
    Plaintiffs,
v.
JARED S. POLIS, in his official capacity as Governor for the State of Colorado,
Defendant.

## NOTICE OF RESTRICTED FILING

Contemporaneously with this Notice, Defendant Jared S. Polis, in his official capacity as Governor for the State of Colorado, is filing a Motion for Summary Judgment. Both the Motion, and several exhibits attached to the Motion, include information that has been marked as "Confidential" by Plaintiffs under the Protective Order (D. 48). Those documents are:

1. The Governor's Motion for Summary Judgement;

2. Exhibit 33 to the Governor's Motion for Summary Judgment, Deposition Transcript of Travis Swartz;

3. Exhibit 38 to the Governor's Motion for Summary Judgment, K. Honegger's Interrogatory Responses;

4. Exhibit 42 to the Governor's Motion for Summary Judgment, Plaintiffs' Supplemental Interrogatory Responses;

5. Exhibit 43 to the Governor's Motion for Summary Judgment, Deposition Transcript of B. Gates;

6. Exhibit 44 to the Governor's Motion for Summary Judgment, Deposition Transcript of K. Honegger.

The Governor does not believe that the information marked confidential in these filings implicates a common law or statutory privacy interest sufficient to justify restricting access to these documents. However, consistent with the Protective Order and to give Plaintiffs an

opportunity to invoke D.C.Colo.LCivR 7.2(c), the Governor provisionally files these documents under a Level 1 restriction.

The Governor will not file a motion to restrict the above-listed documents. Under D.C.Colo.LCivR 7.2(e), "[i]f a document is filed as a restricted document without an accompanying motion to restrict, it shall retain a Level 1 restriction for 14 days." And "[i]f no motion to restrict is filed within such time period, the restriction shall expire and the document shall be open to public inspection." D.C.Colo.LCivR 7.2(e).

DATED: September 11, 2023

PHILIP J. WEISER
Attorney General

s/ Peter G. Baumann
LEEANN MORRILL*
First Assistant Attorney General
EMILY B. BUCKLEY*
Senior Assistant Attorney General
PETER G. BAUMANN*
Senior Assistant Attorney General
DANIEL R. MAGALOTTI*
Assistant Attorney General Fellow
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: leeann.morrill@coag.gov
         emily.buckley@coag.gov
         peter.baumann@coag.gov
         daniel.magalotti@coag.gov
*Attorneys for Defendant Governor*
*Jared S. Polis*
*Counsel of Record