# EXHIBIT 3

**From:** Court Data Requests <courtdatarequests@judicial.state.co.us>
**Sent:** Friday, September 1, 2023 5:43 PM
**To:** barry@arringtonpc.com
**Subject:** RE: Data Request

Hello Barry,

Great – thank you for the clarification!

Please find attached the compiled results of cases filed statewide between January 1, 2017 through January 31, 2023 containing a charge, or charges, under C.R.S. 18-12-302.  Be aware that the list will not include, if any exist, cases that are sealed or is either a juvenile, probate, or mental health case type. For ease of interpretation, I have attached documents defining the charge status and the demographic codes.

There is no charge for this request.

Thank you,



Sierra Candelaria
(She, Her, Hers)
Court Programs Analyst
Court Operations, Research, & Education Unit
Court Services Division
State Court Administrator's Office

| CourtLoc-Name-District | Case Number | Law Number |
|---|---|---|
| 24 - Gilpin County - 1 | D0242023CR000078 | 18-12-302 |
| 24 - Gilpin County - 1 | D0242023CR000078 | 18-12-302 |
| 24 - Gilpin County - 1 | D0242023CR000078 | 18-12-302 |
| 24 - Gilpin County - 1 | D0242023CR000078 | 18-12-302 |
| 24 - Gilpin County - 1 | D0242023CR000078 | 18-12-302 |
| 24 - Gilpin County - 1 | D0242023CR000078 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302017M 001232 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302019M 003012 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302019M 004346 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302019M 005762 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302020M 001292 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302020M 001292 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302020M 001473 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302020M 001473 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302020M 001477 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302021M 006008 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302022M 000347 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302022M 001581 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302022M 002657 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302022M 004937 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302022M 005268 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302022M 005268 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302022M 005268 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302023M 000451 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302023M 002771 | 18-12-302 |
| 30 - Jefferson County - 1 | C0302023M 003274 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302017CR000780 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302017CR003171 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302017CR003702 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302018CR001551 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302018CR001551 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302018CR001551 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302018CR003965 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302018CR003993 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302018CR004556 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302018CR004727 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001688 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302019CR001688 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302019CR001925 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001925 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001925 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001925 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001925 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001925 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001925 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001925 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001925 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001925 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302019CR001934 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302019CR002359 | 18-12-302(1)(a),(c) |

| | | |
|---|---|---|
| 30 - Jefferson County - 1 | D0302020CR000190 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302020CR002176 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302020CR002176 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302020CR002176 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302020CR002317 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302020CR003627 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302020CR004142 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302021CR000444 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302021CR000708 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302021CR000823 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302021CR001006 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302021CR001014 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302021CR001305 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302021CR001926 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302021CR002023 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302021CR002450 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302021CR002775 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302021CR003188 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR000327 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR000475 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR001058 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR001529 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR001579 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR001776 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR001776 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR001896 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR001896 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR001896 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR001896 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR001896 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR001896 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR001896 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR002117 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR002250 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR002360 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR002423 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR002423 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR002423 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR002485 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302022CR002540 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302022CR003175 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302023CR000004 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR000022 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302023CR000189 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR000349 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR000410 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302023CR000416 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302023CR000603 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR000858 | 18-12-302(1)(a),(c) |

| | | |
|---|---|---|
| 30 - Jefferson County - 1 | D0302023CR001418 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302023CR001432 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302023CR001480 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302023CR001561 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR001619 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302023CR001658 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR001658 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR001658 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR001658 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR001658 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR001658 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR001658 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR001658 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR001658 | 18-12-302 |
| 30 - Jefferson County - 1 | D0302023CR001739 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302023CR001739 | 18-12-302(1)(a),(c) |
| 30 - Jefferson County - 1 | D0302023CR001759 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162017CR006192 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162017CR007815 | 18-12-302 |
| 16 - Denver District - 2 | D0162018CR001012 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162018CR006784 | 18-12-302 |
| 16 - Denver District - 2 | D0162018CR007383 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162019CR001216 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162019CR002633 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162019CR003151 | 18-12-302 |
| 16 - Denver District - 2 | D0162019CR005235 | 18-12-302 |
| 16 - Denver District - 2 | D0162019CR006867 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162019CR007538 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162019CR008733 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162019CR008856 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162019CR008856 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000304 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000310 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR000595 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR001188 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR001446 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR002615 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR002962 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003286 | 18-12-302(1)(a),(c) |

| | | |
|---|---|---|
| 16 - Denver District - 2 | D0162020CR003585 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003585 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003585 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003585 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003585 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003585 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003585 | 18-12-302 |
| 16 - Denver District - 2 | D0162020CR003585 | 18-12-302 |
| 16 - Denver District - 2 | D0162020CR003585 | 18-12-302 |
| 16 - Denver District - 2 | D0162020CR003908 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003908 | 18-12-302 |
| 16 - Denver District - 2 | D0162020CR003950 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003950 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003950 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003950 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR003950 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR004187 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR004187 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR004421 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR004647 | 18-12-302 |
| 16 - Denver District - 2 | D0162020CR004839 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR004985 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005021 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005089 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005262 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005262 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005352 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005352 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005462 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005603 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005753 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005753 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005753 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005753 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005753 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR005753 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR006145 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR006459 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162020CR006795 | 18-12-302 |
| 16 - Denver District - 2 | D0162020CR006795 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR000149 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR000149 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR000149 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR000747 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR000747 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR001602 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR001721 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR001721 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR002512 | 18-12-302(1)(a),(c) |

| 16 - Denver District - 2 | D0162021CR002564 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR002564 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR002681 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR003357 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR003357 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR003357 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR003357 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR003387 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR003647 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR004212 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR004627 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR004741 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR004742 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR005218 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR005334 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR005527 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR005545 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR005808 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR005876 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR005969 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR006401 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR006568 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR006664 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR006664 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR006787 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR006962 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR006964 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR006964 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR006964 | 18-12-302 |
| 16 - Denver District - 2 | D0162021CR006964 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR007564 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162021CR007565 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR000484 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR001062 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR001275 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR001276 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR001276 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR001575 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR001575 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR001575 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR001575 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR001800 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR001924 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR002178 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR002353 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR002353 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR002353 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR002395 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR002395 | 18-12-302(1)(a),(c) |

| | | |
|---|---|---|
| 16 - Denver District - 2 | D0162022CR002395 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR002395 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR002395 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR002395 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR002435 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR002453 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR002467 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR002618 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR002673 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR002673 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR003203 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR003444 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR003450 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR003537 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR003565 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR003733 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR004470 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR004651 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR004718 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR004831 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR005533 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR005646 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR005931 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR006011 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR006339 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR006384 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR006831 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162022CR006964 | 18-12-302 |
| 16 - Denver District - 2 | D0162022CR007109 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR000023 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR000433 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR000433 | 18-12-302 |
| 16 - Denver District - 2 | D0162023CR000781 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR001508 | 18-12-302 |
| 16 - Denver District - 2 | D0162023CR001508 | 18-12-302 |
| 16 - Denver District - 2 | D0162023CR001508 | 18-12-302 |
| 16 - Denver District - 2 | D0162023CR001508 | 18-12-302 |
| 16 - Denver District - 2 | D0162023CR002386 | 18-12-302 |
| 16 - Denver District - 2 | D0162023CR002820 | 18-12-302 |
| 16 - Denver District - 2 | D0162023CR002849 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR003456 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR003547 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR003763 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR004229 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR004230 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR004243 | 18-12-302 |
| 16 - Denver District - 2 | D0162023CR004243 | 18-12-302 |
| 16 - Denver District - 2 | D0162023CR004243 | 18-12-302 |
| 16 - Denver District - 2 | D0162023CR004301 | 18-12-302 |

| | | |
|---|---|---|
| 16 - Denver District - 2 | D0162023CR004417 | 18-12-302(1)(a),(c) |
| 16 - Denver District - 2 | D0162023CR015078 | 18-12-302(1)(a),(c) |
| 28 - Huerfano County - 3 | D0282022CR000137 | 18-12-302 |
| 36 - Las Animas County - 3 | D0362022CR000042 | 18-12-302 |
| 36 - Las Animas County - 3 | D0362022CR000042 | 18-12-302 |
| 36 - Las Animas County - 3 | D0362022CR000042 | 18-12-302 |
| 36 - Las Animas County - 3 | D0362022CR000042 | 18-12-302 |
| 36 - Las Animas County - 3 | D0362022CR000042 | 18-12-302 |
| 36 - Las Animas County - 3 | D0362022CR000146 | 18-12-302 |
| 36 - Las Animas County - 3 | D0362022CR000206 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | C0212019M 006710 | 18-12-302 |
| 21 - El Paso County - 4 | C0212020M 005249 | 18-12-302 |
| 21 - El Paso County - 4 | C0212021M 007187 | 18-12-302 |
| 21 - El Paso County - 4 | C0212022M 001201 | 18-12-302 |
| 21 - El Paso County - 4 | C0212022M 002298 | 18-12-302 |
| 21 - El Paso County - 4 | C0212022M 003920 | 18-12-302 |
| 21 - El Paso County - 4 | C0212022M 004485 | 18-12-302 |
| 21 - El Paso County - 4 | C0212022M 004485 | 18-12-302 |
| 21 - El Paso County - 4 | C0212022M 005894 | 18-12-302 |
| 21 - El Paso County - 4 | C0212023M 002259 | 18-12-302 |
| 21 - El Paso County - 4 | C0212023M 003943 | 18-12-302 |
| 21 - El Paso County - 4 | C0212023M 005108 | 18-12-302 |
| 21 - El Paso County - 4 | D0212017CR003813 | 18-12-302 |
| 21 - El Paso County - 4 | D0212018CR006610 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212018CR007216 | 18-12-302 |
| 21 - El Paso County - 4 | D0212018CR007840 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212019CR000463 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212019CR002405 | 18-12-302 |
| 21 - El Paso County - 4 | D0212019CR004248 | 18-12-302 |
| 21 - El Paso County - 4 | D0212019CR008217 | 18-12-302 |
| 21 - El Paso County - 4 | D0212020CR001986 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212020CR002370 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212020CR002635 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212020CR002635 | 18-12-302 |
| 21 - El Paso County - 4 | D0212020CR002760 | 18-12-302 |
| 21 - El Paso County - 4 | D0212020CR002971 | 18-12-302 |
| 21 - El Paso County - 4 | D0212020CR004538 | 18-12-302 |
| 21 - El Paso County - 4 | D0212020CR006180 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212020CR006671 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212020CR006852 | 18-12-302 |
| 21 - El Paso County - 4 | D0212020CR006937 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212020CR007222 | 18-12-302 |
| 21 - El Paso County - 4 | D0212021CR001891 | 18-12-302 |
| 21 - El Paso County - 4 | D0212021CR002079 | 18-12-302 |
| 21 - El Paso County - 4 | D0212021CR002357 | 18-12-302 |
| 21 - El Paso County - 4 | D0212021CR002546 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212021CR003337 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212021CR005398 | 18-12-302 |
| 21 - El Paso County - 4 | D0212022CR000297 | 18-12-302 |

| | | |
|---|---|---|
| 21 - El Paso County - 4 | D0212022CR000391 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR000989 | 18-12-302 |
| 21 - El Paso County - 4 | D0212022CR001822 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR001841 | 18-12-302 |
| 21 - El Paso County - 4 | D0212022CR002427 | 18-12-302 |
| 21 - El Paso County - 4 | D0212022CR002538 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR002722 | 18-12-302 |
| 21 - El Paso County - 4 | D0212022CR003437 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR003437 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR003437 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR003437 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR003437 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR003897 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR004933 | 18-12-302 |
| 21 - El Paso County - 4 | D0212022CR004998 | 18-12-302 |
| 21 - El Paso County - 4 | D0212022CR005372 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR005487 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR005591 | 18-12-302 |
| 21 - El Paso County - 4 | D0212022CR005727 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212022CR006134 | 18-12-302 |
| 21 - El Paso County - 4 | D0212022CR006361 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212023CR000919 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212023CR002747 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212023CR002784 | 18-12-302 |
| 21 - El Paso County - 4 | D0212023CR003314 | 18-12-302(1)(a),(c) |
| 21 - El Paso County - 4 | D0212023CR003374 | 18-12-302(1)(a),(c) |
| 60 - Teller County - 4 | C0602020M 000132 | 18-12-302 |
| 10 - Clear Creek County - 5 | C0102023M 000016 | 18-12-302 |
| 10 - Clear Creek County - 5 | D0102018CR000011 | 18-12-302 |
| 10 - Clear Creek County - 5 | D0102018CR000011 | 18-12-302 |
| 10 - Clear Creek County - 5 | D0102023CR000027 | 18-12-302 |
| 19 - Eagle County - 5 | D0192020CR000057 | 18-12-302(1)(a),(c) |
| 19 - Eagle County - 5 | D0192020CR000154 | 18-12-302 |
| 19 - Eagle County - 5 | D0192020CR000154 | 18-12-302 |
| 19 - Eagle County - 5 | D0192022CR000180 | 18-12-302(1)(a),(c) |
| 19 - Eagle County - 5 | D0192023CR005004 | 18-12-302(1)(a),(c) |
| 19 - Eagle County - 5 | D0192023CR005005 | 18-12-302(1)(a),(c) |
| 33 - Lake County - 5 | D0332017CR000072 | 18-12-302 |
| 34 - La Plata County - 6 | D0342017CR000332 | 18-12-302 |
| 34 - La Plata County - 6 | D0342021CR000356 | 18-12-302 |
| 15 - Delta County - 7 | C0152019M 000393 | 18-12-302 |
| 15 - Delta County - 7 | D0152021CR000230 | 18-12-302(1)(a),(c) |
| 15 - Delta County - 7 | D0152021CR000230 | 18-12-302(1)(a),(c) |
| 15 - Delta County - 7 | D0152021CR000230 | 18-12-302(1)(a),(c) |
| 15 - Delta County - 7 | D0152021CR000230 | 18-12-302(1)(a),(c) |
| 26 - Gunnison County - 7 | D0262023CR000029 | 18-12-302(1)(a),(c) |
| 26 - Gunnison County - 7 | D0262023CR000029 | 18-12-302(1)(a),(c) |
| 43 - Montrose County - 7 | C0432021M 000005 | 18-12-302 |
| 43 - Montrose County - 7 | D0432019CR000190 | 18-12-302 |

| | | |
|---|---|---|
| 43 - Montrose County - 7 | D0432019CR000218 | 18-12-302(1)(a),(c) |
| 43 - Montrose County - 7 | D0432019CR000219 | 18-12-302(1)(a),(c) |
| 43 - Montrose County - 7 | D0432021CR000132 | 18-12-302 |
| 35 - Larimer County - 8 | C0352018M 002083 | 18-12-302 |
| 35 - Larimer County - 8 | C0352022M 002691 | 18-12-302 |
| 35 - Larimer County - 8 | C0352023M 001934 | 18-12-302 |
| 35 - Larimer County - 8 | D0352022CR001386 | 18-12-302(1)(a),(c) |
| 35 - Larimer County - 8 | D0352022CR001386 | 18-12-302(1)(a),(c) |
| 35 - Larimer County - 8 | D0352022CR001520 | 18-12-302(1)(a),(c) |
| 35 - Larimer County - 8 | D0352022CR005225 | 18-12-302(1)(a),(c) |
| 35 - Larimer County - 8 | D0352023CR000315 | 18-12-302(1)(a),(c) |
| 35 - Larimer County - 8 | D0352023CR000549 | 18-12-302(1)(a),(c) |
| 35 - Larimer County - 8 | D0352023CR000674 | 18-12-302 |
| 35 - Larimer County - 8 | D0352023CR000674 | 18-12-302 |
| 35 - Larimer County - 8 | D0352023CR000674 | 18-12-302 |
| 35 - Larimer County - 8 | D0352023CR000674 | 18-12-302 |
| 35 - Larimer County - 8 | D0352023CR000679 | 18-12-302 |
| 35 - Larimer County - 8 | D0352023CR000679 | 18-12-302 |
| 35 - Larimer County - 8 | D0352023CR000679 | 18-12-302 |
| 35 - Larimer County - 8 | D0352023CR000679 | 18-12-302 |
| 85 - Larimer County Court-Loveland - 8 | C0852021M 000336 | 18-12-302 |
| 85 - Larimer County Court-Loveland - 8 | C0852022M 000303 | 18-12-302 |
| 85 - Larimer County Court-Loveland - 8 | C0852022M 001452 | 18-12-302 |
| 85 - Larimer County Court-Loveland - 8 | C0852023M 000095 | 18-12-302 |
| 85 - Larimer County Court-Loveland - 8 | C0852023M 000564 | 18-12-302 |
| 23 - Garfield County - 9 | C0232019M 000395 | 18-12-302 |
| 23 - Garfield County - 9 | D0232023CR005003 | 18-12-302 |
| 65 - Rio Blanco County, Rangely - 9 | C0652022M 000009 | 18-12-302 |
| 51 - Pueblo County - 10 | C0512019M 002292 | 18-12-302 |
| 51 - Pueblo County - 10 | D0512017CR000465 | 18-12-302 |
| 51 - Pueblo County - 10 | D0512018CR001403 | 18-12-302(1)(a),(c) |
| 51 - Pueblo County - 10 | D0512019CR000563 | 18-12-302(1)(a),(c) |
| 51 - Pueblo County - 10 | D0512019CR001251 | 18-12-302(1)(a),(c) |
| 51 - Pueblo County - 10 | D0512021CR001914 | 18-12-302(1)(a),(c) |
| 51 - Pueblo County - 10 | D0512022CR001755 | 18-12-302(1)(a),(c) |
| 51 - Pueblo County - 10 | D0512023CR000416 | 18-12-302 |
| 51 - Pueblo County - 10 | D0512023CR000416 | 18-12-302 |
| 51 - Pueblo County - 10 | D0512023CR001124 | 18-12-302 |
| 51 - Pueblo County - 10 | D0512023CR001214 | 18-12-302(1)(a),(c) |
| 22 - Fremont County - 11 | D0222017CR000663 | 18-12-302 |
| 2 - Alamosa County - 12 | D0022019CR000228 | 18-12-302(1)(a),(c) |
| 2 - Alamosa County - 12 | D0022019CR000380 | 18-12-302 |
| 2 - Alamosa County - 12 | D0022020CR000265 | 18-12-302 |
| 2 - Alamosa County - 12 | D0022022CR000226 | 18-12-302(1)(a),(c) |
| 2 - Alamosa County - 12 | D0022022CR000226 | 18-12-302(1)(a),(c) |
| 2 - Alamosa County - 12 | D0022022CR000226 | 18-12-302(1)(a),(c) |
| 2 - Alamosa County - 12 | D0022022CR000226 | 18-12-302(1)(a),(c) |
| 2 - Alamosa County - 12 | D0022022CR000226 | 18-12-302(1)(a),(c) |
| 2 - Alamosa County - 12 | D0022022CR000226 | 18-12-302(1)(a),(c) |

| | | |
|---|---|---|
| 11 - Conejos County - 12 | D0112020CR000064 | 18-12-302 |
| 11 - Conejos County - 12 | D0112020CR000064 | 18-12-302 |
| 44 - Morgan County - 13 | D0442023CR000008 | 18-12-302 |
| 25 - Grand County - 14 | D0252020CR000066 | 18-12-302 |
| 54 - Routt County - 14 | C0542023M 000159 | 18-12-302 |
| 9 - Cheyenne County - 15 | D0092021CR000001 | 18-12-302 |
| 6 - Bent County - 16 | C0062022M 000023 | 18-12-302 |
| 13 - Crowley County - 16 | D0132021CR000033 | 18-12-302(1)(a),(c) |
| 45 - Otero County - 16 | C0452021M 000379 | 18-12-302 |
| 45 - Otero County - 16 | D0452018CR000032 | 18-12-302 |
| 1 - Adams County - 17 | C0012018M 003412 | 18-12-302 |
| 1 - Adams County - 17 | C0012018M 005383 | 18-12-302 |
| 1 - Adams County - 17 | C0012019M 001482 | 18-12-302 |
| 1 - Adams County - 17 | C0012019M 001783 | 18-12-302 |
| 1 - Adams County - 17 | C0012020M 003863 | 18-12-302 |
| 1 - Adams County - 17 | C0012021M 004475 | 18-12-302 |
| 1 - Adams County - 17 | C0012022M 001646 | 18-12-302 |
| 1 - Adams County - 17 | C0012022M 002050 | 18-12-302 |
| 1 - Adams County - 17 | C0012022M 002053 | 18-12-302 |
| 1 - Adams County - 17 | C0012022M 002099 | 18-12-302 |
| 1 - Adams County - 17 | C0012022M 003397 | 18-12-302 |
| 1 - Adams County - 17 | C0012022M 004143 | 18-12-302 |
| 1 - Adams County - 17 | C0012022M 004272 | 18-12-302 |
| 1 - Adams County - 17 | C0012022M 005282 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 000073 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 000135 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 000343 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 001051 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 001712 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 001862 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 002297 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 002386 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 002400 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 002491 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 002666 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 002840 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 003089 | 18-12-302 |
| 1 - Adams County - 17 | C0012023M 003440 | 18-12-302 |
| 1 - Adams County - 17 | D0012018CR001480 | 18-12-302 |
| 1 - Adams County - 17 | D0012019CR000584 | 18-12-302 |
| 1 - Adams County - 17 | D0012019CR000635 | 18-12-302 |
| 1 - Adams County - 17 | D0012019CR000746 | 18-12-302 |
| 1 - Adams County - 17 | D0012019CR002202 | 18-12-302 |
| 1 - Adams County - 17 | D0012019CR002202 | 18-12-302 |
| 1 - Adams County - 17 | D0012019CR002202 | 18-12-302 |
| 1 - Adams County - 17 | D0012019CR002202 | 18-12-302 |
| 1 - Adams County - 17 | D0012019CR002923 | 18-12-302 |
| 1 - Adams County - 17 | D0012019CR003744 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012020CR002346 | 18-12-302 |

| | | |
|---|---|---|
| 1 - Adams County - 17 | D0012020CR002741 | 18-12-302 |
| 1 - Adams County - 17 | D0012020CR003001 | 18-12-302 |
| 1 - Adams County - 17 | D0012020CR004000 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012021CR000167 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012021CR001364 | 18-12-302 |
| 1 - Adams County - 17 | D0012021CR002070 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012021CR002082 | 18-12-302 |
| 1 - Adams County - 17 | D0012021CR002787 | 18-12-302 |
| 1 - Adams County - 17 | D0012021CR003253 | 18-12-302 |
| 1 - Adams County - 17 | D0012021CR003283 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012021CR003366 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012021CR004135 | 18-12-302 |
| 1 - Adams County - 17 | D0012022CR000523 | 18-12-302 |
| 1 - Adams County - 17 | D0012022CR000523 | 18-12-302 |
| 1 - Adams County - 17 | D0012022CR001295 | 18-12-302 |
| 1 - Adams County - 17 | D0012022CR001339 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012022CR001702 | 18-12-302 |
| 1 - Adams County - 17 | D0012022CR002059 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012022CR002146 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012022CR002723 | 18-12-302 |
| 1 - Adams County - 17 | D0012022CR002759 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012022CR002942 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012022CR002988 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012022CR002990 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012022CR003813 | 18-12-302 |
| 1 - Adams County - 17 | D0012023CR000122 | 18-12-302 |
| 1 - Adams County - 17 | D0012023CR000476 | 18-12-302 |
| 1 - Adams County - 17 | D0012023CR001537 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012023CR002033 | 18-12-302 |
| 1 - Adams County - 17 | D0012023CR002407 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012023CR002510 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012023CR002636 | 18-12-302 |
| 1 - Adams County - 17 | D0012023CR002646 | 18-12-302(1)(a),(c) |
| 1 - Adams County - 17 | D0012023CR002656 | 18-12-302 |
| 80 - Broomfield County - 17 | C0802022M 000327 | 18-12-302 |
| 80 - Broomfield County - 17 | C0802023M 000022 | 18-12-302 |
| 80 - Broomfield County - 17 | C0802023M 000050 | 18-12-302 |
| 80 - Broomfield County - 17 | D0802017CR000363 | 18-12-302 |
| 80 - Broomfield County - 17 | D0802020CR000145 | 18-12-302(1)(a),(c) |
| 80 - Broomfield County - 17 | D0802022CR000346 | 18-12-302 |
| 80 - Broomfield County - 17 | D0802022CR000361 | 18-12-302 |
| 80 - Broomfield County - 17 | D0802023CR000381 | 18-12-302(1)(a),(c) |
| 80 - Broomfield County - 17 | D0802023CR000418 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032017M 002690 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032017M 003869 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032018M 000586 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032018M 001464 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032018M 002260 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032018M 002556 | 18-12-302 |

| | | |
|---|---|---|
| 3 - Arapahoe County - 18 | C0032019M 003671 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032021M 000430 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 000671 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 000701 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 000783 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 001022 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 001497 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 002370 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 002370 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 002370 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 002370 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 002383 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 002478 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 002828 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 002939 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 003056 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 003300 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 003370 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 003569 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 003637 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 003725 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 003766 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032022M 004070 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 000037 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 000813 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 000813 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 000940 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 000949 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 001075 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 001506 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 001567 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 001681 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 002388 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 002439 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 002611 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 002612 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 002733 | 18-12-302 |
| 3 - Arapahoe County - 18 | C0032023M 002785 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032018CR001136 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032018CR001869 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032018CR001869 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032018CR003291 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032019CR000036 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032019CR001688 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032019CR003118 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032019CR003144 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032020CR001100 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032020CR001233 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032020CR001233 | 18-12-302(1)(a),(c) |

| 3 - Arapahoe County - 18 | D0032020CR001757 | 18-12-302(1)(a),(c) |
|---|---|---|
| 3 - Arapahoe County - 18 | D0032020CR002414 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032020CR002526 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032020CR002526 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032020CR002573 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032020CR002573 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032020CR002725 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032020CR002768 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032020CR002974 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032021CR000221 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032021CR000419 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032021CR000626 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032021CR001017 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032021CR001176 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032021CR001521 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032021CR001521 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032021CR001522 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032021CR002565 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032021CR002620 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032021CR002675 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032021CR002735 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032021CR002735 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032022CR000060 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR000459 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR000706 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR000746 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR000837 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR000842 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR000923 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR000927 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032022CR001242 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR001355 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR001594 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032022CR001701 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR001747 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032022CR001880 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR001880 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR002090 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR002253 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR002341 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR002403 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR002472 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032022CR002560 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032022CR002579 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR002813 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032022CR002866 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032023CR000249 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032023CR000249 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032023CR000288 | 18-12-302(1)(a),(c) |

| | | |
|---|---|---|
| 3 - Arapahoe County - 18 | D0032023CR000313 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032023CR000576 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR000624 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR000734 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR000734 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR000815 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032023CR000819 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032023CR000847 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032023CR000950 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR000968 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR001040 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR001041 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR001082 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR001460 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR001561 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032023CR001728 | 18-12-302(1)(a),(c) |
| 3 - Arapahoe County - 18 | D0032023CR001803 | 18-12-302 |
| 3 - Arapahoe County - 18 | D0032023CR001925 | 18-12-302(1)(a),(c) |
| 18 - Douglas County - 18 | C0182017M 001617 | 18-12-302 |
| 18 - Douglas County - 18 | C0182022M 002303 | 18-12-302 |
| 18 - Douglas County - 18 | C0182023M 001304 | 18-12-302 |
| 18 - Douglas County - 18 | C0182023M 002130 | 18-12-302 |
| 18 - Douglas County - 18 | D0182018CR000068 | 18-12-302 |
| 18 - Douglas County - 18 | D0182022CR000090 | 18-12-302(1)(a),(c) |
| 18 - Douglas County - 18 | D0182022CR001146 | 18-12-302(1)(a),(c) |
| 20 - Elbert County - 18 | C0202023M 000080 | 18-12-302 |
| 20 - Elbert County - 18 | D0202020CR000087 | 18-12-302(1)(a),(c) |
| 20 - Elbert County - 18 | D0202022CR000065 | 18-12-302(1)(a),(c) |
| 20 - Elbert County - 18 | D0202022CR000065 | 18-12-302(1)(a),(c) |
| 20 - Elbert County - 18 | D0202022CR000065 | 18-12-302(1)(a),(c) |
| 20 - Elbert County - 18 | D0202022CR000066 | 18-12-302(1)(a),(c) |
| 20 - Elbert County - 18 | D0202022CR000066 | 18-12-302(1)(a),(c) |
| 62 - Weld County - 19 | C0622022M 000018 | 18-12-302 |
| 62 - Weld County - 19 | C0622022M 002186 | 18-12-302 |
| 62 - Weld County - 19 | C0622022M 002251 | 18-12-302 |
| 62 - Weld County - 19 | C0622022M 002251 | 18-12-302 |
| 62 - Weld County - 19 | C0622023M 000399 | 18-12-302 |
| 62 - Weld County - 19 | C0622023M 002282 | 18-12-302 |
| 62 - Weld County - 19 | C0622023M 002282 | 18-12-302 |
| 62 - Weld County - 19 | D0622017CR001238 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | C0072023M 001534 | 18-12-302 |
| 7 - Boulder County - 20 | C0072023M 001534 | 18-12-302 |
| 7 - Boulder County - 20 | C0072023M 001534 | 18-12-302 |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |

| | | |
|---|---|---|
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000497 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000882 | 18-12-302 |
| 7 - Boulder County - 20 | D0072021CR000882 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR000996 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR001410 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072021CR001410 | 18-12-302 |
| 7 - Boulder County - 20 | D0072021CR001998 | 18-12-302 |
| 7 - Boulder County - 20 | D0072022CR000198 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072022CR000410 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072022CR000867 | 18-12-302 |
| 7 - Boulder County - 20 | D0072022CR000896 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072022CR001349 | 18-12-302 |
| 7 - Boulder County - 20 | D0072022CR001351 | 18-12-302 |
| 7 - Boulder County - 20 | D0072023CR000155 | 18-12-302 |
| 7 - Boulder County - 20 | D0072023CR000402 | 18-12-302(1)(a),(c) |
| 7 - Boulder County - 20 | D0072023CR001084 | 18-12-302 |
| 87 - Boulder Cty-Longmont - 20 | C0872022M 000395 | 18-12-302 |
| 87 - Boulder Cty-Longmont - 20 | C0872023M 000099 | 18-12-302 |
| 87 - Boulder Cty-Longmont - 20 | C0872023M 000516 | 18-12-302 |
| 87 - Boulder Cty-Longmont - 20 | C0872023M 000703 | 18-12-302 |
| 39 - Mesa County - 21 | C0392021M 000380 | 18-12-302 |
| 39 - Mesa County - 21 | C0392022M 000745 | 18-12-302 |
| 39 - Mesa County - 21 | D0392019CR000643 | 18-12-302 |
| 39 - Mesa County - 21 | D0392021CR000009 | 18-12-302(1)(a),(c) |
| 39 - Mesa County - 21 | D0392021CR000009 | 18-12-302 |
| 39 - Mesa County - 21 | D0392021CR000221 | 18-12-302 |
| 39 - Mesa County - 21 | D0392022CR000076 | 18-12-302 |