IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-GPG-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

---

### DECLARATION OF BENJAMIN GATES

---

1. My name is Benjamin Gates. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I am a resident of the State of Colorado.

3. I have never been convicted of any crime.

4. I am a member of the National Association for Gun Rights, Inc.

5. C.R.S. § 18-12-301 *et seq.* shall be referred to herein as the "Magazine Ban.

6. I own numerous firearms, including handguns, long guns and shotguns.

7. I possess and use my firearms for a variety of lawful purposes, including collecting, target shooting, competition, and self-defense.

8. Many of the firearms I own come standard with detachable magazines with a capacity in excess of 15 rounds.

9. For example, the Glock 17 comes standard with a 17-round magazine, and AR15s come standard with 20- or 30-round magazines.

10. Since 2013, I have purchased approximately _50_ firearms. Many of those firearms come standard in states that do not have magazine bans with magazines with a capacity in excess of 15 rounds. For each such firearm, I would have purchased a standard capacity magazine with a capacity in excess of 15 rounds but for the fact that the Magazine Ban made doing so unlawful.

11. I have frequently purchased firearms in the past and will continue to so do in the future. On average, I purchase approximately _5_ firearms per year. I will certainly continue to frequently purchase firearms in the coming months and years.

12. Many firearms I will purchase in the coming months and years come standard in states that do not have magazine bans with magazines with a capacity in excess of 15 rounds. But for my fear of criminal prosecution under the Magazine Ban, I would purchase such standard capacity magazines when I purchase these firearms.

13. I own some "large capacity magazines" (as that phrase is defined in the Magazine Ban) that I acquired prior to July 1, 2013, and which are therefore grandfathered under the statute. Some of these magazines have become worn

through use in the last 10-plus years, and I would immediately replace them but for my fear of criminal prosecution under the Magazine Ban if I were to do so.

14. I would also certainly purchase additional "large capacity magazines" (as that phrase is defined in the Magazine Ban) but for my fear of criminal prosecution under the Magazine Ban if I were to do so.

15. In each instance in which I stated above that I would purchase a large capacity magazines" (as that phrase is defined in the Magazine Ban) but for my fear of prosecution under the Magazine Ban, I do not currently have a definite plan to do so, because I know the Magazine Ban is enforced and I fear prosecution if I were to acquire a "large capacity magazine" or transfer one that I already own. That said, if the Magazine Ban were repealed or enjoined, I would immediately acquire additional "large capacity magazines."

16. I desire to devise my grandfathered "high capacity magazines" to my children when I die and would do so but the fact that the Magazine Ban makes it a criminal offense to do so.

17. The statutory term "large capacity magazine" is a political term, not an accurate descriptive term. As discussed above, many magazines banned by the statute are in fact standard capacity magazines.

I, Benjamin Gates, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
Benjamin Gates

Date: September _4_, 2023