IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

   Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

   Defendant.

## DECLARATION OF KARL HONEGGER

My name is Karl Honegger. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

1. I am a resident of the State of Colorado.
2. I have never been convicted of any crime.
3. C.R.S. § 18-12-301 *et seq.* shall be referred to herein as the "Magazine Ban."
4. I own two firearms, both of which are handguns.
5. I possess and use my firearms for a variety of lawful purposes, including target shooting and self-defense.
6. My handguns are capable of accepting detachable magazines with a capacity in excess of 15 rounds.

7. I have never at any time owned a "large capacity magazine" (as that phrase is defined in the Magazine Ban).

8. I would certainly immediately purchase a "large capacity magazine" (as that phrase is defined in the Magazine Ban) but for my fear of criminal prosecution under the Magazine Ban if I were to do so. I do not currently have a definite plan to do so because I know the Magazine Ban is enforced and I fear prosecution if I were to acquire a "large capacity magazine." That said, if the Magazine Ban were repealed or enjoined, I would immediately acquire one or more "large capacity magazines."

9. In particular, if the Magazine Ban were repealed or enjoined, I would buy a 6.5 Creedmoor rifle with a 20-round magazine or a Glock handgun that accepts a 25- or 30-round magazine. I would also immediately purchase a 17-round magazine for one of the handguns I currently own.

I, Karl Honegger, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
Karl Honegger
Date: September 3, 2023