IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-GPG-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

Defendant.

---

## DECLARATION OF TRAVIS SWARTZ

---

1.     My name is Travis Swartz.  I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.     I am a resident of the State of Colorado.

3.     I have never been convicted of any crime.

4.     C.R.S. § 18-12-301 *et seq*. shall be referred to herein as the "Magazine Ban.

5.     I own numerous firearms, including handguns, long guns and a shotgun.

6.     I possess and use my firearms for a variety of lawful purposes, including recreation, target shooting, competition, hunting and self-defense.

7.     Many of the firearms I own come standard with detachable magazines with a capacity in excess of 15 rounds.

8.    For example, my AR15s come standard with 20- or 30-round magazines.

9.    Since 2013 I have purchased approximately 20 firearms, many of which come standard in states that do not have magazine bans with magazines with a capacity in excess of 15 rounds. For each such firearm, I would have purchased a standard capacity magazine with a capacity in excess of 15 rounds but for the fact that the Magazine Ban made doing so unlawful.

10.    I have frequently purchased firearms in the past. On average, I purchase approximately 2-3 firearms per year. I will certainly continue to frequently purchase firearms in the coming months and years.

11.    Many firearms I will purchase in the coming months and years come standard in states that do not have magazine bans with magazines with a capacity in excess of 15 rounds, and but for my fear of criminal prosecution under the Magazine Ban, I would purchase such standard capacity magazines when I purchase these firearms.

12.    I own some "large capacity magazines" (as that phrase is defined in the Magazine Ban) that I acquired prior to July 1, 2013, and which are therefore grandfathered under the statute. Some of these magazines have become worn through use in the last 10-plus years, and I would immediately replace them but for my fear of criminal prosecution under the Magazine Ban if I were to do so.

13.    I would also certainly immediately purchase additional "large capacity magazines" (as that phrase is defined in the Magazine Ban) but for my fear of criminal prosecution under the Magazine Ban if I were to do so.

14.     In each instance in which I stated above that I would purchase a large capacity magazines" (as that phrase is defined in the Magazine Ban) but for my fear of prosecution under the Magazine Ban, I do not currently have a definite plan to do so, because I know the Magazine Ban is enforced and I fear prosecution if I were to acquire a "large capacity magazine" or transfer one that I already own. That said, if the Magazine Ban were repealed or enjoined, I would immediately acquire additional "large capacity magazines."

15.     I desire to devise my grandfathered "high capacity magazines" to my children when I die and would do so but the fact that the Magazine Ban makes it a criminal offense to do so.

    I, Travis Swartz, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

Travis Swartz

Date: September 01, 2023