IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

---

## DECLARATION OF HANNAH HILL

---

1.     My name is Hannah Hill.  I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.     I am a resident of the State of Colorado.

3.     I am the Executive Director of the National Foundation for Gun Rights, Inc. ("NFGR").

4.     C.R.S. § 18-12-301 *et seq.* shall be referred to herein as the "Magazine Ban."

5.     I have never been convicted of any crime.

6.     NFGR has members who would acquire magazines banned by the Magazine Ban if it were repealed or enjoined. For example, I am a member of NFGR, and if I

1

could legally do so I would immediately go out and acquire a 30-round magazine for my AR-15.

7.     Plaintiff Gates is also a member of NFGR who would acquire banned magazines if he were legally able to do so.

8.     NFGR is a Second Amendment advocacy organization, and it regularly funds challenges to statutes and regulations that burden Second Amendment rights. Thus, the interests NFGR seeks to protect in this action are germane to its purpose.

I, Hannah Hill, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
Hannah Hill

Date: September _1_, 2023