IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-GPG-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

---

### DECLARATION OF MARK PASSAMANECK
---

1. My name is Mark Passamaneck. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. My resume is attached hereto. In summary, I have extensive knowledge of firearms design, manufacture and use. I have designed magazines, barrels, muzzle devices, gas blocks and complete firearms for manufacturers. I have extensively tested firearms, ammunition and accessories. I have conducted shooting reconstructions related to both intentional and unintentional firing of firearms. I have been admitted in courts as a firearms expert and as a ballistics expert. In addition, I am the owner of Carbon Arms Corp., a firearms products manufacturing and design company. I have approximately 30 years of professional

1

firearms experience as a firearms instructor, engineer and manufacturer. I have read literally thousands of firearms related articles. I have been to numerous firearms tradeshows. I have consulted directly with firearms manufacturers and designed firearms and firearm components for manufacturers. I have personally spoken to over 100 firearms manufacturer agents and representatives. My company produced firearms magazines through 2012, and I am familiar with the market for firearm magazines, having previously sold in that market. I founded a firearms training company and have trained thousands of individuals in the use of firearms. I have written a number of acclaimed firearms training texts. I have attended seminars by some of the top firearms instructors in the country and obtained numerous certifications. I am a life member of the NRA and the Colorado State Shooting Association. I am a member of other organizations as well, including the Glock Sport Shooting Foundation and the United States Practical Shooting Association. I am an accomplished shooter familiar with a wide array of topics related to shooting and firearms.

3.     Detachable magazines are necessary to make semi-automatic firearms operate safely and effectively. Without such magazines, the operation of a semi-automatic firearm as a semi-automatic firearm is impossible. A magazine is not merely a box in which ammunition is stored. Rather, it is a dynamic component that performs a function in any semi-automatic firearm. The magazine holds cartridges under spring tension, and when a semi-automatic firearm is fired, the spring pushes another cartridge up for the bolt to push into the chamber so that it

can be fired with the next pull of the trigger. If there is no magazine pushing cartridges up into the action, one by one, there is no ability to fire a subsequent cartridge due to a subsequent pull of the trigger, which is the defining characteristic of a semi-automatic weapon. Thus, without magazines as a designed dynamic component, semi-automatic firearms would not exist.

4.  It may be technically possible to fire a semi-automatic weapon without a magazine by manually opening the action each time the weapon is fired and manually inserting a single round into the chamber. But, by definition, this turns the firearm into a single-short firearm and renders semi-automatic fire impossible, which in turn makes it impossible to operate the firearm as designed.

5.  The Industry Intelligence Report published by the National Shooting Sports Foundation ("NSSF") is a nationally recognized trade report for the firearms industry and shall be referred to herein as the NSSF Report.

6.  The data reported in the NSSF report is highly reliable.

7.  For purposes of this Declaration, the term "LCM" means a detachable magazine with a capacity in excess of 15 rounds.

8.  There 2020 NSSF Report states that as of 2018, there were at least 79 million LCMS in the United States.

9.  Based on other data I have reviewed as set forth in the report I have submitted in this case, this is a very conservative estimate of the total number of LCMs in the United States, but there cannot be any doubt that as the State has

previously stipulated, the number is at least in the tens of millions and probably as many as 350 million.

I, Mark Passamaneck, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
Mark Passamaneck

Date: September 5, 2023





**Practice Areas:**
Mechanical
Plumbing
Automotive

Mark@EntropyEC.com

## Mark W. Passamaneck, PE

Mr. Passamaneck is a mechanical engineer with eighteen years of experience in the forensic field. His forensic background includes the investigation of commercial and residential mechanical products and systems and associated failures, damages and injury causation. In addition, he has extensive experience evaluating failures and accidents involving commercial, consumer, off-road and race vehicles.

### LICENSURE & EDUCATION
Licensed Professional Engineer in CO, CA, AZ, NCEES registered
BS, Mechanical Engineering, University of Colorado at Denver, 1997
Master's level coursework in Mechanical Engineering at the Univ. of CO
Certified in Hazardous Waste Operations and Emergency Response (HAZWOPER) OSHA 29 CFR 1910.120(e)
Certified in DOT Haz-Mat Transportation, 49 CFR 172, 704 (1-4)
Certified Radiation Safety Officer, CRS RH 8.6.1
Certified Installer for several specialty piping systems for gas (CSST) and water (PEX)
NPGA certified: Basic Principles and Practices, Vapor Distribution System Installation, Appliance Installation, GASCheck®, 2007
Boiler Maintenance & Operator Course, NTT, 2005
Automotive Plastic Part Design, ETS, 2003
Vehicle Fire Investigation, Lee S. Cole & Associates, 1999
Uniform Plumbing Code, IAPMO, 1997

### WORK HISTORY
President, *Carbon Arms Corp.,* 2011 to present
President & Principal Engineer, *Entropy Engineering Corp.*, 2008 to present
Vice President & Principal Engineer, *Western Engineering & Research Corporation,* 2006 to 2008
Project Engineer, *Western Engineering & Research Corporation,* 1997 to 2005
Engineering Technician, *Analytical Engineering, Inc.,* 1995 to 1997

### AUTOMOTIVE & MECHANICAL SYSTEMS ANALYSIS
Mark Passamaneck is a nationally recognized expert in plumbing system and component failures. He developed and managed the plumbing analysis group at Western Engineering while working on thousands of cases. His extensive plumbing expertise includes fire suppression systems, scald cases, material analysis, appliance failure analysis and code and standard compliance. He investigates failures and performance problems of HVAC systems including the design and installation of radiant heat systems. He investigates CO poisonings, as well as the cause of fires and explosions due to natural gas and propane fired equipment. He has experience working in a manufacturing setting, successfully passing several Federal regulatory audits. His depth of machinery and materials knowledge allows him to conduct testing, analysis and certification for manufacturers and to evaluate machinery accidents including human factor issues. He has designed, constructed and driven race cars in competition. He performs vehicle accident site documentation and analysis, inspections of failed automotive systems and components, and investigations related to vehicle fires. Mr. Passamaneck is proficient in several types of welding, machining, and manufacturing processes, and he has extensive expertise in material behavior and fracture mechanics for both metals and polymers. He has extensive knowledge related to firearms, cartridge reloading and shooting incidents.

### PUBLICATIONS
*Lead Poisoning and the Shooter,* The Canadian Marksman®, Summer/Autumn 2003; *A Primer on Sewer Backups*, NASP Subrogator®, Fall 2005; *Plumbing Products Liability Primer,* NASP Subrogator®, Winter 2006; *The Glock in Competition,* Taylor, Carver, Passamaneck, ISBN 0-9662517-4-1; *Warnings and Labels and Instructions…Oh my!,* ECS, issue 1 vol 3; *Forensic Engineering* (monthly column) PS&D®, 2010. Mr. Passamaneck has also had several articles published in newsletters and firearms related periodicals. He has presented numerous seminars on plumbing, mechanical systems, automotive failures, accidents and forensic engineering.

### AFFILIATIONS
*American Society of Materials, American Society of Mechanical Engineers, American Society of Plumbing Engineers, Society of Automotive Engineers,, International Code Council, Pi Tau Sigma (Honorary Mechanical Engineering Fraternity).*



*Firearms/Shooting Resume supplement for:  MARK W. PASSAMANECK*

Mr. Passamaneck is a mechanical engineer who works for a consulting/forensic engineering firm in Denver.  He is also an owner of Carbon Arms Corp, a firearms products manufacturing and design company.  He has been shooting since he was a child and has been involved in several forms of competitive shooting for most of his adult life.  Mr. Passamaneck takes his engineering and shooting experience and combines them into an analytical approach to training, shooting, testing and reconstruction.

**CERTIFICATIONS**

Mr. Passamaneck has trained thousands of individuals in the safe and legal use of firearms including civilians and Law Enforcement personnel.  He founded and owned a firearms training company for approximately six years for which he wrote several acclaimed texts.  Mr. Passamaneck has attended and successively obtained certificates of completion for several seminars and courses presented by some of the top firearms instructors in the country.  Mr. Passamaneck also holds classifications in several shooting sports.  Mr. Passamaneck earned the following safety and instructional certifications:

| | |
|---|---|
| *National Range Officers Institute (USPSA)* | Chief Range Officer |
| *International Defensive Pistol Association* | Safety Officer |
| *Rocky Mountain 3 Gun Championship* | Range Master |
| *National Rifle Association Instructor* | Multiple Certifications |

Mr. Passamaneck holds, or has held, the following memberships and or offices:

*Life Member of the National Rifle Association, Life Member of the Colorado State Shooting Association, Action Pistol Executive of the Colorado State Shooting Association, Member of the International Defensive Pistol Association, Vice-President of Front Range IDPA, Member of the Glock Sport Shooting Foundation, Member of the United States Practical Shooting Association*
*Member of several gun ranges*

**Incident Evaluations**

Mr. Passamaneck is a very accomplished shooter and hunter familiar with a wide array of topics related to shooting and firearms.  He has an in depth understand of manufacturing processes related to the manufacture of ammunition and firearms.  His mechanical and materials engineering training complement his firearms knowledge.  Mr. Passamaneck is a skilled reloader of metallic and shotgun cartridges having reloaded several hundred thousand rounds of ammunition.  He has conducted ballistic testing (trajectory and terminal) and failure testing on a variety of firearms and topics. He has harvested well over one hundred head of big game, as well as hundreds of other species.  This has allowed him to personally examine over a thousand wound channels and collect projectiles fired from handguns, shotguns and rifles.  He is experienced in the investigation of shooting and firearms incidents and follows the ASTM E-30 Committee standards related to such investigations.  He has investigated numerous cases involving personal injuries and death arising from firearms.  These have included component failures, human factors and improper use.  His strong background in materials, testing and modeling aids in the evaluation of firearms cases.