IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

      Defendant.

### THE GOVERNOR'S UNOPPOSED MOTION TO FILE A REDACTED VERSION OF THE GOVERNOR'S MOTION FOR SUMMARY JUDGMENT

      Defendant, Jared S. Polis, in his official capacity as Governor of the State of Colorado, filed a motion for summary judgment on September 11, 2023.  D. 73, 77.  As noted in the Governor's accompanying notice, D. 75, Plaintiffs claim that the Governor's motion and some of the motion's exhibits contain confidential information under the Court's protective order, *see* D. 48.  The Governor disagrees with Plaintiffs' designation of this information as confidential, but has restricted access to the Governor's motion and some exhibits to allow Plaintiffs to file a motion under D.C.Colo.LCivR 7.2 within 14 days of filing of the motion for summary judgment.  *See* D. 75.

      However, it is in the public interest for the Governor to file a redacted version of his motion for summary judgment.  *See Mathews v. Denver Newspaper Agency, LLP*, No. 07-cv-02097-CMA-KLM, 2011 WL 13213930, at *1 (D. Colo. Oct. 24, 2011) ("Moreover, to protect the public interest, Plaintiff has filed a redacted public version of his brief, as well as redacted versions of the

1

sealed exhibits. This reasonably balances Plaintiff and Defendant's employees' legitimate privacy interests with the public interest in open judicial proceedings.").

Therefore, the Governor moves to file a redacted version of his motion for summary judgment, which is attached as Exhibit A. At this time, the Governor is not requesting to file redacted versions of any exhibits that contain allegedly confidential information. Instead, the Governor believes that the redacted version of the motion and the already-public exhibits provide a sufficient balance between the public interest and Plaintiffs' claimed privacy interests until the Court rules on any future motion by Plaintiffs under D.C.Colo.LCivR 7.2.[1]

Even in requesting to file a redacted version of his motion for summary judgment, the Governor maintains his position that Plaintiffs' proposed confidentiality markings do not "implicate[] a common law or statutory privacy interest sufficient to justify restricting access to [the currently-restricted] documents." D. 75 at 1.

Counsel for the Governor has conferred with counsel with Plaintiffs. Plaintiffs do not oppose the Governor's motion to file a redacted version of the motion for summary judgment and agree with the redactions.

Additionally, Plaintiffs and the Governor agree that the current deadlines for responses to motions for summary judgment and reply briefs in support of motions for summary judgment have not changed and shall be computed from the date of filing of the unredacted motion, September 11, 2023. *See* D. 72; D.C.Colo.LCivR 7.1(d).

---

[1] If the Court ultimately grants any future motion by Plaintiffs, the Governor may, at that time, move to file redacted versions of the currently-restricted exhibits.

DATED: September 13, 2023.

PHILIP J. WEISER
Attorney General

*s/* Daniel R. Magalotti
*LEEANN MORRILL**
First Assistant Attorney General
*EMILY B. BUCKLEY**
Senior Assistant Attorney General
*PETER G. BAUMANN**
Assistant Attorney General
*DANIEL R. MAGALOTTI**
Assistant Attorney General Fellow
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: leeann.morrill@coag.gov
       emily.buckley@coag.gov
       peter.baumann@coag.gov
       daniel.magalotti@coag.gov
*Attorneys for Defendant Governor
   Jared S. Polis*
*Counsel of Record

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2023, I served a true and complete copy of the foregoing **THE GOVERNOR'S UNOPPOSED MOTION TO FILE A REDACTED VERSION OF THE GOVERNOR'S MOTION FOR SUMMARY JUDGMENT**, upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com

Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO 80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*

                                                      *s/* Daniel R. Magalotti
                                                      *Daniel R. Magalotti*