IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant submits the following motion for an extension of time up to and including October 13, 2023, to file their respective responses to the motions for summary judgment, presently due October 3, 2023. As good cause, the Defendant state:

1. Plaintiffs filed a motion for summary judgment under Fed. R. Civ. P. 56 on September 11, 2023. (Doc. #76).

2. Defendant's response to Plaintiff's motion for summary judgment is due on October 3, 2023. October 2, 2023 is a Colorado State holiday on which State offices are closed. Defendant's counsel Emily Buckley and Peter Baumann are scheduled to take or defend approximately 10 depositions between September 28 and October 13 in a contested election law case. Ms. Buckley has a Colorado Supreme Court brief due on October 4. Defendant's counsel

Daniel Magalotti is in the process of concluding his fellowship with the Colorado Attorney General's Office and will be imminently departing for private practice.

     3.     The Parties previously requested, and received, leave to file motions for summary judgment, and responses, up to 45 pages in length, with replies not to exceed 25 pages. (Doc #66).

     4.     To ensure Defendant's response to Plaintiffs' motion for summary judgment is fully and adequately briefed, Defendant requires a brief extension of time. Defendant requests a ten-day extension of time, up to and including October 13, 2023.

     5.     No party will be prejudiced by this extension.

     6.     Consistent with D.C.COLO.LCivR 7., undersigned counsel conferred with counsel for Plaintiffs on September 26, 2023, who represented that Plaintiffs do not oppose this motion.

     7.     A copy of this motion will be contemporaneously served by undersigned counsel on her client.

Accordingly, the Defendant respectfully request an extension of time to file a response to the motion for summary judgment, up to and including October 13, 2023.

Respectfully submitted this 26th day of September 2023.

/s *Emily Burke Buckley*
PHILIP J. WEISER
Attorney General
*LeeAnn Morrill**
First Assistant Attorney General
*Emily B. Buckley**
Senior Assistant Attorney General
*Peter G. Baumann**
Senior Assistant Attorney General
*Daniel R. Magalotti**
Assistant Attorney General Carr Fellow
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Phone: (720) 508-6152
leeann.morrill@coag.gov
emily.buckley@coag.gov
Peter.baumann@coag.gov
Daniel.magalotti@coag.gov
*Counsel of Record

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, I served a true and complete copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME**, upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com

Barry Kevin Arrington
Arrington Law Firm
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
barry@arringtonpc.com

*Attorneys for Plaintiffs*

*s/* Carmen Van Pelt
*Carmen Van Pelt*
