**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

      Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

      The Governor respectfully requests a brief, four-day extension of time to file his Reply in support of his Motion for Summary Judgment, (D. 73), up to and including Friday, October 20, 2023. As good cause, the Governor states:

      1.     The parties are currently briefing cross-motions for summary judgment. Both the Governor and Plaintiffs moved for summary judgment on September 11, 2023. (D. 73), (D. 76).

      2.     Plaintiffs responded to the Governor's Motion on October 1, 2023. (D. 87). The Governor requested, and received, an extension of time to respond to Plaintiffs' Motion for Summary Judgment up to and including October 13, 2023. (D. 85), (D. 86).

      3.     As a result, the Governor's response to Plaintiffs' Motion is due on Friday, October 13, and his Reply in support of his own Motion is due the following business day, Monday October 16.

4.      In his Response to Plaintiffs' Motion, the Governor anticipates responding substantively to Plaintiffs' Statement of Undisputed Material Facts as required by the Court's civil practice standards, Rule 7.1D(4), (5).

5.      For the Court's ease of reference, the Governor anticipates citing to those responses in his Reply.

6.      The current schedule does not allow sufficient time for the Governor to incorporate his response to Plaintiffs' Statement of Undisputed Material Facts into his Reply.

7.      Moreover, counsel for the Governor is currently engaged in time-sensitive election-related litigation in Colorado state court, which includes four depositions the week of October 9, 2023, and at least one additional deposition the week of October 16, 2023. Undersigned counsel will also be out of the country for several days on planned annual leave next week.

8.      No party will be prejudiced by the proposed extension. Plaintiffs' own Reply in support of their Motion is not due until October 26, 2023. So, the Governor's proposed four-day extension will not affect the date by which the parties' cross-motions for summary judgment will be fully briefed.

9.      Undersigned counsel conferred with counsel for the Plaintiffs on October 10, 2023. Plaintiffs' counsel indicated that Plaintiffs do not oppose a four-day extension.

Accordingly, the Governor respectfully requests a four-day extension of time to file his Reply in support of his Motion for Summary Judgment, up to and including October 20, 2023.

Respectfully submitted this 10th day of October 2023.

/s Peter G. Baumann

PHILIP J. WEISER
Attorney General

*LeeAnn Morrill\**
First Assistant Attorney General
*Emily B. Buckley\**
Senior Assistant Attorney General
*Peter G. Baumann\**
Senior Assistant Attorney General
*Daniel R. Magalotti\**
Assistant Attorney General Carr Fellow
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Phone: (720) 508-6152
leeann.morrill@coag.gov
emily.buckley@coag.gov
Peter.baumann@coag.gov
Daniel.magalotti@coag.gov
*Counsel of Record

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, I served a true and complete copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME**, upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com

Barry Kevin Arrington
Arrington Law Firm
4195 Wadsworth Blvd.
Wheat Ridge, CO 8033
barry@arringtonpc.com

*Attorneys for Plaintiffs*

s/ Carmen Van Pelt
*Carmen Van Pelt*