# Attachment D

to the Governor's Renewed Motion for Ruling that Fact Stipulations from Previous Cases are Not Binding

Transcript, May 2, 2017, at 176–177, *Rocky Mountain Gun Owners, et al. v. Hickenlooper*, No. 2013CV33897

**October 13, 2023**

Rocky Mountain Gun Owners, et al. v. John W. Hickenlooper - May 2, 2017

1

```
 1  DISTRICT COURT                                    |
    CITY AND COUNTY OF DENVER                         |
 2  STATE OF COLORADO                                 |
    1437 Bannock Street                               |
 3  Denver, Colorado  80202                           |
    Case No. 2013CV33897                              |
 4  _____|
                                                      |
 5  Plaintiffs:                                       |
    ROCKY MOUNTAIN GUN OWNERS, a                      |
 6  Colorado nonprofit corporation;                   |
    NATIONAL ASSOCIATION FOR GUN                      |
 7  RIGHTS, INC.; a Virginia                          |
    non-profit corporation; and                       |
 8  JOHN A. STERNBERG,                                |
    Plaintiffs,                                       |
 9                                                    |
    vs.                                               |
10                                                    |
    JOHN W. HICKENLOOPER, in his                      |
11  official capacity as Governor of                  |
    the State of Colorado,                            |
12  Defendant.                                        | COURT USE ONLY
    _____|_____
13

14              Held on May 2, 2017, Volume 2

15  _____

16            PURSUANT TO NOTICE, the above-entitled

17  hearing was taken before the Honorable Judge John W.

18  Madden, IV, at the Denver District Court, 1437 Bannock

19  Street, Division 203, Denver, Colorado, on Monday,

20  May 2, 2017, at 8:30 a.m., before Wendy McCaffrey,

21  Professional Court Reporter and Notary Public.

22

23

24

25
```

Calderwood-Mackelprang, Inc.   303.477.3500

Rocky Mountain Gun Owners, et al. v. John W. Hickenlooper - May 2, 2017

2

```
 1  APPEARANCES:
    For the Plaintiffs:
 2            BARRY K. ARRINGTON, ESQ.
              Arrington Law Firm
 3            3801 East Florida Avenue
              Suite 830
 4            Denver, Colorado  80210
              303-205-7870
 5            barry@arringtonpc.com

 6  For the Defendants:
              STEPHANIE LINDQUIST SCOVILLE, 31182
 7            Senior Assistant Attorney General
              KATHLEEN L. SPALDING, 11886
 8            Senior Assistant Attorney General
              MATTHEW D. GROVE, 34269
 9            Assistant Solicitor General
              1300 Broadway
10            6th Floor
              Denver, Colorado  80203
11            720-508-6157
              stephanie.scoville@coag.gov
12            kit.spalding@coag.gov
              matt.grove@coag.gov
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Electronically signed by Wendy McCaffrey (201-238-226-4844)                                                6f6cf774-f434-4e48-8b61-b417d2aefb46

```
 1             THE COURT:  Any recross?
 2             MS. SCOVILLE:  No, thank you.
 3             THE COURT:  Mr. Hardy, thank you for coming
 4  in today.  I'll let you go ahead and step down.
 5             (The witness was excused at 2:37 p.m.)
 6             THE COURT:  Let me check.  Mr. Arrington, do
 7  you have any additional witnesses on behalf of the
 8  Plaintiff?
 9             MR. ARRINGTON:  No, Your Honor.
10             THE COURT:  Does the Plaintiff rest?
11             MR. ARRINGTON:  We would like to -- this
12  probably isn't necessary -- well, it probably is
13  necessary.
14             If the Court could turn to Exhibit 82,
15  please.
16             THE COURT:  Give me a moment.  I'm at 82.
17             MR. ARRINGTON:  These are the stipulations
18  simply extracted them from the -- you'll notice that
19  paragraph 30 has been redacted and that there has been
20  an additional page added.
21             THE COURT:  All right.
22             MR. ARRINGTON:  And so at this time -- the
23  genesis of that is there was a rethinking of one of --
24  that stipulation, and we negotiated a new one.
25             And so instead of the stipulations in the
```

```
 1  trial order, we've agreed to these.  And I would move
 2  for admission of the stipulations, which I think are
 3  stipulated.
 4           THE COURT:  Any objection to the admission of
 5  82?
 6           MR. GROVE:  None, Your Honor.
 7           THE COURT:  Mr. Grove, thank you.  82 is
 8  admitted.
 9           (Exhibit 82 was admitted into evidence.)
10           THE COURT:  And they will take precedence
11  over the stipulations admitted in the Trial Management
12  Order.  They will be the actual stipulations.
13           Any other matters?
14           MR. ARRINGTON:  No, Your Honor.
15           THE COURT:  All right.  Given that, does the
16  Plaintiff rest?
17           MR. ARRINGTON:  Yes, Your Honor.
18           THE COURT:  Is the Defense ready to call its
19  first witness?
20           MR. GROVE:  Yes, Your Honor.
21           THE COURT:  You may.
22           MR. GROVE:  Professor Daniel Webster.
23                DR. DANIEL W. WEBSTER,
24  having been first duly sworn to state the whole truth,
25  testified as follows:
```

Electronically signed by Wendy McCaffrey (201-238-226-4844)                          6f6cf774-f434-4e48-8b61-b417d2aefb46