IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

   Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

   Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Assistant Attorney General Fellow Daniel R. Magalotti respectfully moves to withdraw as counsel for Defendant Jared Polis, in his official capacity as Governor of the State of Colorado. In support of this motion, Mr. Magalotti states as follows:

1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiffs before filing this Motion.

2. The withdrawing attorney certifies that he has complied with all outstanding orders of the Court.

3. The withdrawing attorney will no longer be affiliated with the Colorado Attorney General's Office after October 20, 2023.

4. First Assistant Attorney General LeeAnn Morrill and Senior Assistant Attorneys General Emily B. Buckley and Peter G. Baumann remain active as counsel for Defendant Governor Polis.

WHEREFORE, the Governor respectfully requests that this Court enter an order approving the withdrawal of Assistant Attorney General Fellow Daniel R. Magalotti as counsel of record and that electronic service to Mr. Magalotti in this matter via the CM/ECF system be terminated.

Respectively submitted this 19th day of October, 2023.

>PHILIP J. WEISER
>Attorney General
>
>*s/ Daniel R. Magalotti*
>*s/ Emily B. Buckley*
>LEEANN MORRILL*
>First Assistant Attorney General
>EMILY B. BUCKLEY*
>Senior Assistant Attorney General
>PETER G. BAUMANN*
>Senior Assistant Attorney General
>DANIEL R. MAGALOTTI*
>Assistant Attorney General Fellow
>Colorado Attorney General's Office
>1300 Broadway, 6th Floor
>Denver, Colorado 80203
>Telephone: (720) 508-6000
>Email: leeann.morrill@coag.gov
>         emily.buckley@coag.gov
>         peter.baumann@coag.gov
>         daniel.magalotti@coag.gov
>*Attorneys for Defendant Governor Jared S. Polis*
>*Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2023, I served a true and complete copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Eric Paul Apjoke
Shaun Pearman
Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com

Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO 80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*

                                                     *s/* Daniel R. Magalotti
                                                     *Daniel R. Magalotti*