IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1866-GPG-SKC

BENJAMIN GATES, TRAVIS SWARTZ, KARL HONEGGER, and NATIONAL FOUNDATION FOR GUN RIGHTS, INC.,
    Plaintiffs,
v.
JARED S. POLIS, in his official capacity as Governor for the State of Colorado,
Defendant.

## NOTICE OF RESTRICTED FILING

Contemporaneously with this Notice, Defendant Jared S. Polis, in his official capacity as Governor for the State of Colorado, is filing a Reply in Support of his Motion for Summary Judgment. The Motion includes information that has been marked as "Confidential" by Plaintiffs under the Protective Order (D. 48).

The Governor does not believe that the information marked confidential in these filings implicates a common law or statutory privacy interest sufficient to justify restricting access to these documents. However, consistent with the Protective Order and to give Plaintiffs an opportunity to invoke D.C.Colo.LCivR 7.2(c), the Governor provisionally files these documents under a Level 1 restriction.

The Governor will not file a motion to restrict the above-listed documents. Under D.C.Colo.LCivR 7.2(e), "[i]f a document is filed as a restricted document without an accompanying motion to restrict, it shall retain a Level 1 restriction for 14 days." And "[i]f no motion to restrict is filed within such time period, the restriction shall expire and the document shall be open to public inspection." D.C.Colo.LCivR 7.2(e).

DATED: October 20, 2023

PHILIP J. WEISER
Attorney General

*s/* Peter G. Baumann
*LEEANN MORRILL**
First Assistant Attorney General
*EMILY B. BUCKLEY**
Senior Assistant Attorney General
*PETER G. BAUMANN**
Senior Assistant Attorney General
*DANIEL R. MAGALOTTI**
Assistant Attorney General Fellow
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: leeann.morrill@coag.gov
       emily.buckley@coag.gov
       peter.baumann@coag.gov
       daniel.magalotti@coag.gov
*Attorneys for Defendant Governor Jared S. Polis*
*Counsel of Record