IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-GPG-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

_____

**RESPONSE TO RENEWED MOTION REGARDING PRIOR STIPULATIONS**
_____

    Plaintiffs submit the following response to Defendant's Renewed Motion for Ruling that Fact Stipulations From Previous Cases are not Binding (ECF 93).

    The State renews its "Motion for Ruling that the "Fact Stipulations From Previous Case Are Not Binding." ECF 93, p.2. But as set forth in the Certificate of Conferral on page 3 of the motion, "Plaintiffs agree that the prior stipulations are not binding judicial admissions, but only ordinary evidentiary admissions, as they argued in their Motion for Summary Judgment, D. 76, at 37–38." It is unclear why the State submitted a ten-page motion seeking a ruling regarding an issue that is not in dispute.

1

*/s/ Barry K. Arrington*

_____

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*

_____

Barry K. Arrington