14. The growing use of assault weapons to carry out high-fatality mass shootings is an obvious theme reflected in the data. The *disproportionate* resort to assault weapons by perpetrators of high-fatality mass shootings is another clear theme. Based on information contained in National Sport Shooting Foundation (NSSF) materials, "modern sporting rifles"—which is a firearm industry term for AR-15-platform and AK-47-platform firearms—make up *less than* 5.3% of all firearms in circulation in American society.[8] As seen in Figure 3 above, the rate at which perpetrators of high-fatality mass shootings use assault weapons is not comparable

---

[8] The 5.3% ownership rate for modern sporting rifles was calculated using NSSF and Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) numbers. The NSSF claims that there are approximately 24.4 million modern sporting rifles in civilian hands in the United States as of the end of 2020. NSSF, "Commonly Owned: NSSF Announces over 24 Million MSRs in Circulation," July 20, 2022, *available at* https://www.nssf.org/articles/commonly-owned-nssf-announces-over-24-million-msrs-in-circulation (last accessed January 3, 2023). The NSSF's figure of 24.4 million modern sporting rifles in the hands of private citizens is actually an over-estimation because it includes firearms belonging to law enforcement and security agencies, firearms wholesalers and retailers, prohibited owners (such as criminals and domestic abusers), as well as firearms that have been illegally trafficked to other countries. The NSSF also fails to account for firearm attrition, which is the number of firearms that are lost, decommissioned (including due to deterioration), and destroyed. *See* Deposition of James Curcuruto, *Wiese v. Bonta*, 2:17-cv-00903-WBS-KJN (E.D. Cal.), August 3, 2023, 126:9–127:22, 128:6–129:9, 131:18–133:3, 152:2-6, *available via* Declaration of Andrew Hughes, Ex. 1, *Sullivan v. Ferguson*, 3:22-cv-05403-DGE (W.D. Was.), ECF 119-1. In a 2020 report that purported to record figures through the end of 2018, the NSSF estimated that, including imported firearms, there were 433.9 million total firearms manufactured for domestic distribution in the United States. NSSF, *Firearm Production in the United States with Firearm Import and Export Data*, Industry Intelligence Report, 2020, at 18, *available at* https://www.nssf.org/wp-content/uploads/2020/11/IIR-2020-Firearms-Production-v14.pdf (last accessed January 3, 2023). According to ATF data, in 2019 and 2020, an additional 28.0 million firearms entered the nationwide stock. ATF, *National Firearms Commerce and Trafficking Assessment: Firearms in Commerce* (2022), at 181, 188, 193, *available at* https://www.atf.gov/firearms/docs/report/national-firearms-commerce-and-trafficking-assessment-firearms-commerce-volume/download (last accessed January 3, 2023). Assuming these figures reported by the NSSF and ATF are accurate, this brings the estimated number of firearms in the United States (not including those in the control of the U.S. military) through the end of 2020 to approximately 461.9 million. The ownership rate is calculated as follows: the NSSF's claim of 24.4 million modern sporting rifles divided by 461.9 million total firearms equals approximately 5.3%. However, given that the NSSF numbers are inflated because they include modern sporting rifles that are not in the possession of private citizens, the ownership rate for modern sporting rifles is necessarily less than 5.3%.

Case No. 1:22-cv-01866-GPG-SKC   Document 104-2   filed 11/03/23   USDC Colorado   pg 2
of 10
Case 3:23-cv-00209-SPM   Document 37-4   Filed 03/02/23   Page 12 of 247   Page ID #422

# Barnett v. Raoul

**Figure 8. Share of High-Fatality Mass Shooting Deaths Resulting from Incidents Involving LCMs (Illinois Definition of LCMs), 1991-2022**



Note: The calculations in Figure 8 exclude incidents in which it is unknown if LCMs were used.

13. The growing use of assault weapons to carry out high-fatality mass shootings is an obvious theme reflected in the data. The *disproportionate* resort to assault weapons by perpetrators of high-fatality mass shootings is another clear theme. Based on National Sport Shooting Foundation (NSSF) and federal government data, "modern sporting rifles"—which is a firearm industry term for AR-15-platform and AK-47-platform firearms—make up approximately 5.3% of all firearms in circulation in American society, according to the most recent publicly-available data (24.4 million out of an estimated 461.9 million firearms).[8] And, in

---

[8] The 5.3% ownership rate for modern sporting rifles was calculated using NSSF and Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) data. The NSSF estimates that there are approximately 24.4 million modern sporting rifles in civilian hands in the United States as of the end of 2020 (when the most recent data are available). NSSF, "Commonly Owned: NSSF Announces over 24 Million MSRs in Circulation," July 20, 2022, *available at* https://www.nssf.org/articles/commonly-owned-nssf-announces-over-24-million-msrs-in-circulation (last accessed January 3, 2023). In a 2020 report that captured data through the end of 2018, the NSSF estimated that there were 433.9 million total firearms in civilian circulation in the United States. NSSF, *Firearm Production in the United States with Firearm Import and Export Data*, Industry Intelligence Report, 2020, at 18, *available at* https://www.nssf.org/wp-content/uploads/2020/11/IIR-2020-Firearms-Production-v14.pdf (last accessed January 3, 2023).

Case No. 1:22-cv-01866-GPG-SKC   Document 104-2   filed 11/03/23   USDC Colorado   pg 3
Case 3:23-cv-00209-SPM   Document 37-4   Filed 03/02/23   Page 13 of 247   Page ID #423
of 10

all likelihood, this is an over-estimation because the figures appear to include firearms belonging to law enforcement agencies in the United States.[9] But even using this estimate (which is based in part on NSSF data), if assault weapons were used in proportion to the percentage of modern sporting rifles in circulation, approximately 5% of all high-fatality mass shootings would involve assault weapons. However, as seen in Figure 3 above, civilian ownership rates and mass-shooter use rates are not similar. Indeed, the current difference is approximately ten-fold, with the rate at which assault weapons are now used to commit gun massacres far outpacing the rate at which modern sporting rifles circulate amongst civilians in the United States.[10]

14. Another pattern that stands out when examining the relationship between assault weapons use and mass shooting violence reflects the disproportionately greater lethality associated with the use of assault weapons and LCMs. For instance, returning to the list of the 7 deadliest individual acts of intentional criminal violence in the United States since the coordinated terrorist attack of September 11, 2001, besides all seven of the incidents being mass shootings, 6 of the 7 incidents (86%) involved assault weapons and LCMs, as shown in Table 2. When examining all high-fatality mass shootings since 1991, the relationship between assault weapons use, LCM use, and higher death tolls is striking. In the past 32 years, assault weapons have been used in 34% of all high-fatality mass shootings, and LCMs as defined by the federal government and by Illinois have been used, respectively, in 77% and 56% of all high-fatality

---

According to ATF data, in 2019 and 2020, an additional 28.0 million firearms entered the civilian stock nationwide. ATF, *National Firearms Commerce and Trafficking Assessment: Firearms in Commerce* (2022), at 181, 188, 193, *available at* https://www.atf.gov/firearms/docs/report/national-firearms-commerce-and-trafficking-assessment-firearms-commerce-volume/download (last accessed January 3, 2023). Assuming these figures reported by the NSSF and ATF are accurate, this brings the estimated number of firearms in civilian circulation through the end of 2020 to approximately 461.9 million. The ownership rate is calculated as follows: 24.4 million modern sporting rifles divided by 461.9 million total firearms equals approximately 5.3%.

[9] ATF, 2022, *supra* note 8, at 12; NSSF, 2020, *supra* note 8, at 2-3.

[10] Due to the lack of accurate data on the number of LCMs in civilian circulation, there is no way to perform a similar comparison using LCMs instead of modern sporting rifles.

# NAGR v. Lamont

13. The growing use of assault weapons to carry out high-fatality mass shootings is an obvious theme reflected in the data. The *disproportionate* resort to assault weapons by perpetrators of high-fatality mass shootings is another clear theme. Based on National Sport Shooting Foundation (NSSF) and federal government data, "modern sporting rifles"—which is a firearm industry term for AR-15-platform and AK-47-platform rifles—make up approximately 5.3% of all firearms in circulation in American society, according to the most recent publicly-available data (24.4 million out of an estimated 461.9 million firearms).[8] And, in all likelihood, this is an over-estimation because the figures appear to include firearms belonging to law enforcement agencies in the United States.[9] But even using this estimate (which is based in part on NSSF data), if assault weapons were used in proportion to the percentage of modern sporting rifles in circulation, approximately 5% of all high-fatality mass shootings would involve assault weapons. However, as seen in Figure 3 above, civilian ownership rates and mass-shooter use rates are not similar. Indeed, the current difference is approximately ten-fold, with the rate at

---

[8] The 5.3% ownership rate for modern sporting rifles was calculated using NSSF and Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) data. The NSSF estimates that there are approximately 24.4 million modern sporting rifles in civilian hands in the United States as of the end of 2020 (when the most recent data are available). NSSF, "Commonly Owned: NSSF Announces over 24 Million MSRs in Circulation," July 20, 2022, *available at* https://www.nssf.org/articles/commonly-owned-nssf-announces-over-24-million-msrs-in-circulation (last accessed January 3, 2023). In a 2020 report that captured data through the end of 2018, the NSSF estimated that there were 433.9 million total firearms in civilian circulation in the United States. NSSF, *Firearm Production in the United States with Firearm Import and Export Data*, Industry Intelligence Report, 2020, at 18, *available at* https://www.nssf.org/wp-content/uploads/2020/11/IIR-2020-Firearms-Production-v14.pdf (last accessed January 3, 2023). According to ATF data, in 2019 and 2020, an additional 28.0 million firearms entered the civilian stock nationwide. ATF, *National Firearms Commerce and Trafficking Assessment: Firearms in Commerce* (2022), at 181, 188, 193, *available at* https://www.atf.gov/firearms/docs/report/national-firearms-commerce-and-trafficking-assessment-firearms-commerce-volume/download (last accessed January 3, 2023). Assuming these figures reported by the NSSF and ATF are accurate, this brings the estimated number of firearms in civilian circulation through the end of 2020 to approximately 461.9 million. The ownership rate is calculated as follows: 24.4 million modern sporting rifles divided by 461.9 million total firearms equals approximately 5.3%.

[9] ATF, 2022, *supra* note 5, at 12; NSSF, 2020, *supra* note 5, at 2-3.

9

Case No. 1:22-cv-01866-GPG-SKC   Document 104-2   filed 11/03/23   USDC Colorado   pg 5
of 10
Case: 1:21-cv-04595 Document #: 81-30 Filed: 03/03/23 Page 17 of 49 PageID #:574

# Viramontes v. County of Cook

27.     The growing use of assault weapons to carry out mass shootings is an obvious theme reflected in the data. The *disproportionate* resort to assault weapons by perpetrators of mass shootings is another clear theme. According to James Curcuruto of the National Sport Shooting Foundation (NSSF), a NSSF survey found that, as of December 2019, "modern sporting rifles"—which is an alternative term for assault rifles—made up approximately 4% of all firearms in circulation in American society (17.7 million out of an estimated 423 million firearms).[17] If assault weapons were used in proportion to the percentage of modern sporting rifles in circulation, approximately 4% of all mass shootings would involve assault weapons. Yet, in 2019 (the year corresponding to NSSF's survey data), 75% of all high-fatality mass shootings and 57% of all mass public shootings were committed with assault rifles (as shown in Exhibits B and C), far outpacing the relative prevalence of such firearms in American society.

28.     The final pattern that stands out when examining the relationship between assault weapons use and mass shooting violence reflects the disproportionately greater lethality of associated with the use of assault weapons. For instance, returning to the list of the 8 deadliest individual acts of intentional criminal violence in the United States since the coordinated terrorist attack of September 11, 2001, besides all eight of the incidents being mass shootings, another prominent trait is that 7 of the 8 incidents involved assault weapons, as shown in Table 4.

---

[17] Declaration of James Curcuruto in Support of Plaintiffs' Motion for Preliminary Injunction, *Miller v. Becerra* (S.D. Cal. Dec. 6, 2019), No. 19-cv-1537-BEN-JLB, para. 15, *available at* https://storage.courtlistener.com/recap/gov.uscourts.casd.642089/gov.uscourts.casd.642089.22.13_1.pdf. The 2019 figures provided by the NSSF in *Miller v. Becerra* are consistent with Plaintiffs' factual allegation asserted in the Complaint in the present case, wherein Plaintiffs allege, "counting just 'modern sporting rifles' (a category that includes semiautomatic AR-style and AK-style rifles), the number in circulation today approaches (and may exceed) twenty million." Even using Plaintiffs' own estimates, assault rifles do not exceed 5% of all firearms in circulation in American society. Plaintiffs' Complaint, *Viramontes v. County of Cook* (N.D. Ill. Aug. 27, 2021), No. 21-cv-04595, para. 27.

16

## Herrera v. Raoul

**Figure 8. Share of High-Fatality Mass Shooting Deaths Resulting from Incidents Involving LCMs (Illinois Definition of LCMs), 1991-2022**



Note: The calculations in Figure 8 exclude incidents in which it is unknown if LCMs were used.

13. The growing use of assault weapons to carry out high-fatality mass shootings is an obvious theme reflected in the data. The *disproportionate* resort to assault weapons by perpetrators of high-fatality mass shootings is another clear theme. Based on National Sport Shooting Foundation (NSSF) and federal government data, "modern sporting rifles"—which is a firearm industry term for AR-15-platform and AK-47-platform firearms—make up approximately 5.3% of all firearms in circulation in American society, according to the most recent publicly-available data (24.4 million out of an estimated 461.9 million firearms).[8] And, in

---

[8] The 5.3% ownership rate for modern sporting rifles was calculated using NSSF and Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) data. The NSSF estimates that there are approximately 24.4 million modern sporting rifles in civilian hands in the United States as of the end of 2020 (when the most recent data are available). NSSF, "Commonly Owned: NSSF Announces over 24 Million MSRs in Circulation," July 20, 2022, *available at* https://www.nssf.org/articles/commonly-owned-nssf-announces-over-24-million-msrs-in-circulation (last accessed January 3, 2023). In a 2020 report that captured data through the end of 2018, the NSSF estimated that there were 433.9 million total firearms in civilian circulation in the United States. NSSF, *Firearm Production in the United States with Firearm Import and Export Data*, Industry Intelligence Report, 2020, at 18, *available at* https://www.nssf.org/wp-content/uploads/2020/11/IIR-2020-Firearms-Production-v14.pdf (last accessed January 3, 2023).

Case No. 1:22-cv-01866-GPG-SKC   Document 104-2   filed 11/03/23   USDC Colorado   pg 7
of 10
Case: 1:23-cv-00532 Document #: 52-4 Filed: 03/03/23 Page 13 of 247 PageID #:673

all likelihood, this is an over-estimation because the figures appear to include firearms belonging to law enforcement agencies in the United States.[9] But even using this estimate (which is based in part on NSSF data), if assault weapons were used in proportion to the percentage of modern sporting rifles in circulation, approximately 5% of all high-fatality mass shootings would involve assault weapons. However, as seen in Figure 3 above, civilian ownership rates and mass-shooter use rates are not similar. Indeed, the current difference is approximately ten-fold, with the rate at which assault weapons are now used to commit gun massacres far outpacing the rate at which modern sporting rifles circulate amongst civilians in the United States.[10]

14. Another pattern that stands out when examining the relationship between assault weapons use and mass shooting violence reflects the disproportionately greater lethality associated with the use of assault weapons and LCMs. For instance, returning to the list of the 7 deadliest individual acts of intentional criminal violence in the United States since the coordinated terrorist attack of September 11, 2001, besides all seven of the incidents being mass shootings, 6 of the 7 incidents (86%) involved assault weapons and LCMs, as shown in Table 2. When examining all high-fatality mass shootings since 1991, the relationship between assault weapons use, LCM use, and higher death tolls is striking. In the past 32 years, assault weapons have been used in 34% of all high-fatality mass shootings, and LCMs as defined by the federal government and by Illinois have been used, respectively, in 77% and 56% of all high-fatality

---

According to ATF data, in 2019 and 2020, an additional 28.0 million firearms entered the civilian stock nationwide. ATF, *National Firearms Commerce and Trafficking Assessment: Firearms in Commerce* (2022), at 181, 188, 193, *available at* https://www.atf.gov/firearms/docs/report/national-firearms-commerce-and-trafficking-assessment-firearms-commerce-volume/download (last accessed January 3, 2023). Assuming these figures reported by the NSSF and ATF are accurate, this brings the estimated number of firearms in civilian circulation through the end of 2020 to approximately 461.9 million. The ownership rate is calculated as follows: 24.4 million modern sporting rifles divided by 461.9 million total firearms equals approximately 5.3%.

[9] ATF, 2022, *supra* note 8, at 12; NSSF, 2020, *supra* note 8, at 2-3.

[10] Due to the lack of accurate data on the number of LCMs in civilian circulation, there is no way to perform a similar comparison using LCMs instead of modern sporting rifles.

Case No. 1:22-cv-01866-GPG-SKC   Document 104-2   filed 11/03/23   USDC Colorado   pg 8
of 10
Case: 1:22-cv-04774 Document #: 45-6 Filed: 01/19/23 Page 11 of 103 PageID #:528

# NAGR v. Higland Park

13. The growing use of assault weapons to carry out high-fatality mass shootings is an obvious theme reflected in the data. The *disproportionate* resort to assault weapons by perpetrators of high-fatality mass shootings is another clear theme. Based on National Sport Shooting Foundation (NSSF) and federal government data, "modern sporting rifles"—which is a firearm industry term for AR-15-platform and AK-47-platform rifles—make up approximately 5.3% of all firearms in circulation in American society, according to the most recent publicly-available data (24.4 million out of an estimated 461.9 million firearms).[7] And, in all likelihood, this is an over-estimation because the figures appear to include firearms belonging to law enforcement agencies in the United States.[8] But even using this estimate (which is based in part on NSSF data), if assault weapons were used in proportion to the percentage of modern sporting rifles in circulation, approximately 5% of all high-fatality mass shootings would involve assault weapons. However, as seen in Figure 3 above, civilian ownership rates and mass-shooter use rates are not similar. Indeed, the current difference is approximately ten-fold, with the rate at

---

[7] The 5.3% ownership rate for modern sporting rifles was calculated using NSSF and Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) data. The NSSF estimates that there are approximately 24.4 million modern sporting rifles in civilian hands in the United States as of the end of 2020 (when the most recent data is available). NSSF, "Commonly Owned: NSSF Announces over 24 Million MSRs in Circulation," July 20, 2022, *available at* https://www.nssf.org/articles/commonly-owned-nssf-announces-over-24-million-msrs-in-circulation (last accessed January 3, 2023). In a 2020 report that captured data through the end of 2018, the NSSF estimated that there were 433.9 million total firearms in civilian circulation in the United States. NSSF, Firearm Production in the United States with Firearm Import and Export Data, Industry Intelligence Report, 2020, at 18, *available at* https://www.nssf.org/wp-content/uploads/2020/11/IIR-2020-Firearms-Production-v14.pdf (last accessed January 3, 2023). According to ATF data, in 2019 and 2020, an additional 28.0 million firearms entered the civilian stock nationwide. ATF, National Firearms Commerce and Trafficking Assessment: Firearms in Commerce, 2022, at 181, 188, 193, *available at* https://www.atf.gov/firearms/docs/report/national-firearms-commerce-and-trafficking-assessment-firearms-commerce-volume/download (last accessed January 3, 2023). Assuming these figures reported by the NSSF and ATF are accurate, this brings the estimated number of firearms in civilian circulation through the end of 2020 to approximately 461.9 million. The ownership rate is calculated as follows: 24.4 million modern sporting rifles divided by 461.9 million total firearms equals approximately 5.3%.

[8] ATF, 2022, *supra* note 5, at 12; NSSF, 2020, *supra* note 5, at 2-3.

9

# Miller v. Bonta

the use of large-capacity magazines and assault weapons—firearms technologies that, in terms of mass shootings, serve as force multipliers (Table 1 and Fig. 2).

### III. OWNERSHIP RATES OF "MODERN SPORTING RIFLES" IN THE U.S.

15. In my 2020 Declaration, I noted that, based on National Shooting Sports Foundation (NSSF) data provided in the Declaration of James Curcuruto ("Curcuruto Declaration" hereafter),[10] the estimated 17.7 million rifles like AR-15-platform and AK-47-platform rifles—which Curcuruto referred to as "modern sporting rifles"—that were in civilian circulation at the time Curcuruto filed his Declaration in January 2019 accounted for approximately 4 percent of the estimated 415 million firearms that made up the entire civilian stock of firearms in the United States.[11] Based on updated NSSF figures, there are approximately 24.4 million such rifles presently in circulation.[12] These largely AR-15-platform and AK-47-platform rifles now account for 5 percent of the estimated 456 million firearms that make up the current civilian stock.[13] Furthermore, based on its most recent,

---

[10] Curcuruto Declaration, Pls.' Trial Ex. 4 (Nov. 29, 2020).

[11] 2020 Declaration, ¶ 16. The percentage is calculated as follows: 17.7 million "modern sporting rifles" divided by 415 million total firearms equals 4.3 percent.

[12] The NSSF estimates that there are now approximately 24.4 million so-called "modern sporting rifles" in civilian hands. NSSF, "Commonly Owned: NSSF Announces over 24 Million MSRs in Circulation," July 20, 2022, available at https://bit.ly/3RKp4sP (last accessed Oct. 2, 2022). It is important to keep in mind that the NSSF is likely over-estimating the number of "modern sporting rifles" in civilian circulation given that the NSSF appears to be including rifles in the possession of law enforcement agencies. See Curcuruto Declaration, Pls.' Trial Ex. 4-8 at 2-3. In addition, NSSF estimates appear to include rifles that are not statutorily defined as being assault weapons in states that restrict assault weapons (i.e., state compliant rifles), meaning that using NSSF "modern sporting rifle" estimates for purposes of gauging assault weapon ownership levels also likely produces over-counts. Ibid., ¶ 7.

[13] According to Bureau of Alcohol, Tobacco, Firearms, and Explosive (ATF) data, since 2017, when the NSSF and Plaintiffs estimated that there were 415 total

Case No. 1:22-cv-01866-GPG-SKC   Document 104-2   filed 11/03/23   USDC Colorado   pg 10
of 11
Case 1:22-cv-11431-FDS   Document 20-7   Filed 01/31/23   Page 10 of 360

## Capen v. Campbell

13. The growing use of assault weapons to carry out high-fatality mass shootings is an obvious theme reflected in the data. The *disproportionate* resort to assault weapons by perpetrators of high-fatality mass shootings is another clear theme. Based on National Sport Shooting Foundation (NSSF) and federal government data, "modern sporting rifles"—which is a firearm industry term for AR-15-platform and AK-47-platform rifles—make up approximately 5.3% of all firearms in circulation in American society, according to the most recent publicly-available data (24.4 million out of an estimated 461.9 million firearms).[8] And, in all likelihood, this is an over-estimation because the figures appear to include firearms belonging to law enforcement agencies in the United States.[9] But even using this estimate (which is based in part on NSSF data), if assault weapons were used in proportion to the percentage of modern sporting rifles in circulation, approximately 5% of all high-fatality mass shootings would involve assault weapons. However, as seen in Figure 3 above, civilian ownership rates and mass-shooter use rates are not similar. Indeed, the current difference is approximately ten-fold, with the rate at

---

[8] The 5.3% ownership rate for modern sporting rifles was calculated using NSSF and Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) data. The NSSF estimates that there are approximately 24.4 million modern sporting rifles in civilian hands in the United States as of the end of 2020 (when the most recent data are available). NSSF, "Commonly Owned: NSSF Announces over 24 Million MSRs in Circulation," July 20, 2022, *available at* https://www.nssf.org/articles/commonly-owned-nssf-announces-over-24-million-msrs-in-circulation (last accessed January 3, 2023). In a 2020 report that captured data through the end of 2018, the NSSF estimated that there were 433.9 million total firearms in civilian circulation in the United States. NSSF, *Firearm Production in the United States with Firearm Import and Export Data*, Industry Intelligence Report, 2020, at 18, *available at* https://www.nssf.org/wp-content/uploads/2020/11/IIR-2020-Firearms-Production-v14.pdf (last accessed January 3, 2023). According to ATF data, in 2019 and 2020, an additional 28.0 million firearms entered the civilian stock nationwide. ATF, *National Firearms Commerce and Trafficking Assessment: Firearms in Commerce* (2022), at 181, 188, 193, *available at* https://www.atf.gov/firearms/docs/report/national-firearms-commerce-and-trafficking-assessment-firearms-commerce-volume/download (last accessed January 3, 2023). Assuming these figures reported by the NSSF and ATF are accurate, this brings the estimated number of firearms in civilian circulation through the end of 2020 to approximately 461.9 million. The ownership rate is calculated as follows: 24.4 million modern sporting rifles divided by 461.9 million total firearms equals approximately 5.3%.

[9] ATF, 2022, *supra* note 5, at 12; NSSF, 2020, *supra* note 5, at 2-3.