**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-1866-GPG-SKC

BENJAMIN GATES, *et al.*,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Governor Polis, in his official capacity, submits the following notice of supplemental authority.

Last week, the United States Court of Appeals for the Seventh Circuit issued a decision in three consolidated challenges to assault weapons and large-capacity magazine restrictions in Illinois and various Illinois municipalities. *Bevis et al. v. City of Naperville, Ill.*, -- F.4th --, 2023 WL 7273709, at *1 (7th Cir. Nov. 3, 2023) (attached as Ex. 1). In briefing the parties' motions for summary judgment, both Plaintiffs and the Governor cited to the district court decisions in the underlying cases. *See, e.g.*, Def.'s Mot. for Summ. J. (D. 73) at 7 (citing *Herrera v. Raoul*, -- F. Supp. 3d --, 2023 WL 3074799 (N.D. Il. Apr. 25, 2023) and *Bevis v. City of Naperville, Ill.*, -- F. Supp. 3d --, 2023 WL 2077392 (N.D. Ill. Feb. 17, 2023)); Pls.' Mot. for Summ. J. (D. 76) at 17 (citing *Barnett v. Raoul*, -- F. Supp. 3d --, No. 2023 WL 3160285, at *8, *10 (S.D. Ill. Apr. 28, 2023)).

At the preliminary injunction phase, the Seventh Circuit upheld restrictions on large-capacity magazines (including a prohibition on handgun magazines containing more than 15

rounds), at both stages of the *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022), analysis. *Bevis*, 2023 WL 7273709, at *14, *18. A copy of that decision is attached as Exhibit 1.

DATED: November 7, 2023.

        PHILIP J. WEISER
        Attorney General

        *s/* Peter G. Baumann
        *LEEANN MORRILL**
        First Assistant Attorney General
        *EMILY B. BUCKLEY**
        Senior Assistant Attorney General
        *PETER G. BAUMANN**
        Senior Assistant Attorney General

        Colorado Attorney General's Office
        1300 Broadway, 6th Floor
        Denver, Colorado 80203
        Telephone: (720) 508-6000
        Email: leeann.morrill@coag.gov
                emily.buckley@coag.gov
                peter.baumann@coag.gov

        *Attorneys for Defendant Governor*
          *Jared S. Polis*
        *Counsel of Record