## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

      Defendant.

---

### THE GOVERNOR'S REPLY IN SUPPORT OF RENEWED MOTION FOR RULING THAT FACT STIPULATIONS FROM PREVIOUS CASES ARE NOT BINDING

      Plaintiffs' response to the Governor's Motion for Ruling that the Fact Stipulations From Previous Case Are Not Binding, D. 93, states that the issue raised by the Governor is "not in dispute," D. 103. Therefore, the Governor requests that the Court grant the Motion, D. 93.

      The Governor renewed this Motion because the Plaintiffs rely heavily on the stipulations from past cases in their Motion for Summary Judgment, D. 76, and their Opposition to the Governor's Motion for Summary Judgment, D. 87. Although Plaintiffs' filings do not claim that the past stipulations are binding, they also do not expressly state that the past stipulations are not binding. Because this is a somewhat unique issue, the State filed its Motion to present the Court with the relevant case law and to clarify this issue for the Court.

      Because Plaintiffs' response states that that the relief sought by the Governor's motion is "not in dispute," the Governor asks that the Court hold that the fact stipulations entered in

*Colorado Outfitters Association, et al. v. Hickenlooper*, No. 13-cv-01300-MSK-MJW, 24 F.

Supp. 3d 1050 (D. Colo. 2014), *vacated and remanded*, 823 F.3d 537 (10th Cir. 2016) and (2)

*Rocky Mountain Gun Owners, et al. v. Hickenlooper*, No. 2013CV33879, 2017 WL 4169712

(Denver Dist. Ct. July 28, 2017), *aff'd*, 472 P.3d 10 (Colo. App. 2018), *aff'd sub nom. Rocky*

*Mountain Gun Owners, et al. v. Polis*, 467 P.3d 314 (Colo. 2020), are not binding on any party.

DATED: November 17, 2023.

PHILIP J. WEISER
Attorney General

*s/ Emily B. Buckley*
LEEANN MORRILL*
First Assistant Attorney General
EMILY B. BUCKLEY*
Senior Assistant Attorney General
PETER G. BAUMANN*
Senior Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: leeann.morrill@coag.gov
        emily.buckley@coag.gov
        peter.baumann@coag.gov
*Attorneys for Defendant Governor*
 *Jared S. Polis*
*Counsel of Record