IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1866-GPG-SKC

BENJAMIN GATES, *et al.*,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## THE GOVERNOR'S REPLY IN SUPPORT OF HIS MOTION TO STRIKE PASSAMANECK DECLARATION

Defendant, Jared S. Polis in his official capacity as Governor of the State of Colorado, offers this brief Reply in Support of his Motion to Strike the Summary Judgment Declaration of Mark Passamaneck (D. 92).

First, the permissible scope of Mr. Passamaneck's testimony is governed by his expert report, properly disclosed on April 14, 2023. *See* Passamaneck Expert Report (D. 56-1). Mr. Passamaneck himself testified that the Report included "all of the opinions that [he] would offer if called to testify at trial," and "the full basis for those opinions." Ex. 29 to Def.'s Mot. for Summ. J. (D. 74-8) at 7:1–7. To the extent his summary judgment declaration exceeds, supplements, or clarifies information included in that Report, it must be stricken.

Second, that the Governor has submitted a report from an expert who has relied on National Shooting Sports Foundation ("NSSF") data in *other* cases is irrelevant to this action. *See generally* Pls.' Resp. to Mot. to Strike (D. 104) ("Pls.' Resp.") at 3.  Dr. Klarevas's Report in this case (D. 74-11) does not rely on, cite, or discuss the reliability of data from the NSSF.

Moreover, the excerpts from other reports cited by Plaintiffs demonstrate that Dr. Klarevas has, apparently, called the NSSF data into question, *see* Ex. B. to Pls.' Resp. to Mot. to Strike (D. 104-2) at 1 and 3 (detailing reasons why the NSSF's estimation is "an over-estimation" and "inflated"); *id.*, or expressed no opinion on its reliability, *id.* at 4 ("Assuming these figures reported by the NSSF . . . are accurate . . .").

The issue is that Mr. Passamaneck's Summary Judgment Declaration contained commentary on the reliability of the NSSF figures that was notably absent from his initial Report. *Compare* D. 76-8 (saying that "data reported in the NSSF report is highly reliable") *with* D. 56-1 (expressing no opinion on the reliability of the NSSF figures). Whether Dr. Klarevas has cited these figures in other cases is irrelevant, particularly when he has openly questioned their reliability when doing so.

Finally, Plaintiffs' Response makes clear that Mr. Passamaneck "did *not* rely on the State's prior stipulations in arriving at his opinions." Pls.' Resp. at 3. Thus, any commentary or opinions on those stipulations—which were not discussed in his expert report—are beyond the scope of his permissible testimony.

3

DATED: November 17, 2023.

        PHILIP J. WEISER
        Attorney General

        *s/* Peter G. Baumann
        *LEEANN MORRILL**
        First Assistant Attorney General
        *EMILY B. BUCKLEY**
        Senior Assistant Attorney General
        *PETER G. BAUMANN**
        Senior Assistant Attorney General

        Colorado Attorney General's Office
        1300 Broadway, 6th Floor
        Denver, Colorado 80203
        Telephone: (720) 508-6000
        Email: leeann.morrill@coag.gov
               emily.buckley@coag.gov
               peter.baumann@coag.gov

        *Attorneys for Defendant Governor Jared S. Polis*
        *Counsel of Record