**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  22-cv-01866-GPG-SKC

BENJAMIN GATES,
TRAVIS SWARTZ,
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

International Law Enforcement Educators and Trainers Association, Colorado Law Enforcement Firearms Instructors Association, Western States Sheriffs Association, John Feyen, Gene Lillard, Brett Powell, Todd Rowell, Steve Reams, Aaron Shiplett, Lou Vallario, Sam Zordel, Independence Institute.

    DATED at Denver, Colorado this  30th  day of  Nov. , 2023.

    David B. Kopel

    Name of Attorney

    Independence Institute

    Firm Name
    727 East 16th Ave.

    Office Address
    Denver, Colo. 80203

1

City, State, ZIP Code
303 279 6536

Telephone Number
david@i2i.org

Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of Nov., 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Benjamin Gates, Travis Swartz, Karl Honegger, National Foundation for Gun Rights Inc, eric@pearmanlawfirm.com, shaun@pearmanlawfirm.com, barry@arringtonpc.com

Jared S. Polis, emily.buckley@coag.gov, leeann.morrill@coag.gov, peter.baumann@coag.gov

Brady Center to Prevent Gun Violence, Giffords Law Center to Prevent Gun Violence, March for Our Lives thester@cov.com

Beretta U.S.A. Corp. Rfletcher@merchantgould.com

*s/David B. Kopel*