IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1866-NYW-SKC**

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

 Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

 Defendant.

---

**SUPPLEMENTAL RESPONSES TO
DEFENDANT'S FIRST SET OF INTERROGATORIES**

---

**NOTICE:  THE ENTIRETY OF THIS DOCUMENT IS DESIGNATED "CONFIDENTIAL" PURSUANT TO THE COURT'S PROTECTIVE ORDER DATED APRIL 6, 2023**

 1. List the make and manufacturer of each Firearm that you currently possess, and for each, indicate the manner in which the firearm accepts ammunition, for example, through a detachable magazine, a fixed magazine, or a tubular magazine.

**OBJECTION**: The evidence sought is not relevant to any party's claims or defenses nor proportional to the needs of the case. The issue in this case is whether the State's ban on commonly held magazines violates the Second Amendment. Under *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), that issue is resolved by determining whether the plain text of the Second Amendment covers Plaintiffs' conduct and, if so, whether Defendant can demonstrate that the ban is consistent with the Nation's history and tradition of firearm regulation. Information about the types of firearms Plaintiffs possess is not even tangentially relevant to that question. Without waving this objection, Gates and Swartz state:

1 **CONFIDENTIAL**

**BENJAMIN GATES FIREARMS**

| Gun | Caliber |
|---|---|
| ███████████ | ██ |
| ███████████ | ██ |
|  | ██████████ |
| ████████████ | ██ |
| █████████████ | ██ |
| █████████████ | ██ |
| █████████████ | ██ |
| ██████████ | ██ |
| █████████████████ | ██ |
| ██████ | ██ |
| ████████████ | █████ |
| ███████████████ | █████ |
| ████████████ | ██ |
| ████████████ | ██████ |
| █████████████ | ██ |
| ██████ | ██ |
| ██████ | ██ |
| ██████████ | █████ |
| ██████████ | █████ |
| ████████████████ | ████████ |
| ███████ | █████ |
| ███ | ██ |
| ███ | █████ |
| █████████ | ██ |
| █████████ | ██ |
| █████████ | ██ |
| █████████ | ██ |
| █████████ | ██ |
| █████████ | ██ |
| ██████ | ██ |
| ██████ | ██ |
| ███████ | ██ |
| █████ | ██ |
| ██████ | ██ |
| ████████████ | █████ |
| ██████████ | ██ |
| ██████ | ██ |



3 **CONFIDENTIAL**

**TRAVIS SWARTZ FIREARMS**



Hand Guns

Long Guns

Shotgun

    2. List the make and manufacturer of each detachable magazine you own, and for each detachable magazine, indicate the maximum number of bullets or other projectiles the magazine can accept without being extended or otherwise modified

**OBJECTION**: The evidence sought is not relevant to any party's claims or defenses nor proportional to the needs of the case. The issue in this case is whether the State's ban on commonly held magazines violates the Second Amendment. Under *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), that issue is resolved by determining whether the plain text of the Second Amendment covers Plaintiffs' conduct and, if so, whether Defendant can demonstrate that the ban is consistent with the Nation's history and tradition of firearm regulation. Information about the magazines Plaintiffs possess is not even tangentially relevant to that question. Without waving this objection, Gates and Swartz state:

**BENJAMIN GATES MAGAZINES**

| Magazine | Amount |
|---|---|
| AR10 - 10rd | 5 |
| AR10 - 20rd | 5 |
| AR15 - 30rd | 6 |
| AR15 - 20rd | 2 |
| Glock 17 - 17rd | 11 |
| Glock 17 - 31rd | 2 |
| Glock 19 - 15rd | 2 |
| 1911 - 8 and 7rd | 15 |
| 1911 - 10 rd | 7 |
| Glock 17 - 10rd | 2 |
| Beretta PX4 - 15rd | 1 |
| Sig 320 - 15rd | 3 |
| STI 9mm 1911 - 10rd | 3 |
| Glock 43x - 15rd | 2 |
| Glock 43x - 10rd | 2 |
| Glock 43 - 6rd | 2 |
| Ruger 10/22 - 10rd | 2 |
| Tikka T1x - 10rd | 4 |
| Desert Tech - 5rd | 1 |
| AW - 10rd | 2 |
| AICS - 10rd | 14 |
| AICS - 5rd | 5 |
| Ultimatum 22 - 10rd | 4 |
| AICS LA - 5rd | 5 |
| AICS 223 - 10rd | 6 |
| AR15 Grendel - 10rd | 3 |
| Sako TRG 22 - 10rd | 2 |
| Sako TRG 42 - 10rd | 3 |
| FN Scar - 10rd | 1 |
| Canik 9mm - 15rd | 2 |

**TRAVIS SWARTZ MAGAZINES**

14 x magpul - 30 rounds 223/5.56 - some very warn, some in good condition
1 x magpul - 10 rounds 223/556 - Good condition

3 x Metal mags(no brand) - 30 rounds 223/5.56 - very warn and causing malfunctions.

4 x Ruger - 10 rounds - 22lr - good condition
2 x Ruger - 10 rounds - 22lr - good condition
2 x Tikka - 10 rounds - 22lr - good condition
8 x mecgar - 15 rounds - 9mm - good condition
2 x Ultimatum - 10 rounds - 22lr - good condition
2 x Tapco - 20 rounds - 7.62x39 - good condition
2 x promag - 30 rounds - 7.62x39 - good condition
1 x Remington - 25 rounds - 22lr - warn, causes malfunctions
1 x Remington - 10 rounds - 22lr - good condition
1 x MDT - 12 rounds - 308 - good condition
1 x MDT - 10 rounds - 308 - good condition
2 x MDT - 10 rounds - 223/5.56 - good condition
2 x MDT - 5 rounds - 308 - good condition
2 x AI - 10 rounds - 308 - good condition
2 x Alexander Arms - 10 rounds - 6.5 Grendel - good condition
2 x Alexander Arms - 4 rounds - 6.5 Grendel - good condition
1 x Tikka - 3 rounds - 308 - good condition
1 x Tikka - 5 rounds - 308 - good condition
2 x S&W - 6 rounds - 380ACP - good Condition


As to form:
*/s/ Barry K. Arrington*
_____
Barry K. Arrington

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I emailed the foregoing to:

leann.morrill@coag.gov
emily.buckley@coag.gov
daniel.magalotti@coag.gov
peter.baumann@coag.gov

*/s/ Barry K. Arrington*

_____

Barry K. Arrington