IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1866-NYW-SKC

BENJAMIN GATES,
TRAVIS SWARTZ, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

---

**JOINT PLAN FOR FURTHER EXPERT DISCOVERY**

---

Pursuant to the Court's December 6, 2023, Order (the "Order"), the parties submit the following joint plan for further expert discovery.

In the Order, the Court stated: "Should Plaintiffs wish to retain a substitute expert to opine on the number of LCMs in circulation, the Court would appreciate the parties' views on how these inefficiencies could be mitigated. To this end (and only if Plaintiffs wish to retain another expert) the Court requires that the parties submit a joint plan for conducting further expert discovery and briefing no later than January 31, 2024."

Plaintiffs do wish to retain another expert regarding the number of LCMs in circulation. Accordingly, the parties have conferred regarding this matter and propose the following plan:

**STEP ONE**: Temporary stay until June 30, 2024.

There are at least two cases pending in the United States Supreme Court that may have implications for Second Amendment challenges like this one: *United States v. Rahimi*, No. 22-915 and *Garland v. Cargill*, No. 22-976. It is widely expected that the Supreme Court will render opinions in these matters prior to the end of its current term on June 30, 2024. Moreover, the United States Solicitor General, and amici on both sides of these cases, encouraged the Court to use these matters to provide further guidance regarding Second Amendment issues that may assist the parties and this Court resolve the issues presented here. Accordingly, the parties agree that it would be appropriate to stay this matter pending the Supreme Court's opinions in these cases.

**STEP TWO**: Supplemental Expert Discovery

| | |
|---|---|
| Plaintiffs to submit substitute expert declaration on the number of LCMs in circulation on or before: | July 8, 2024 |
| Defendants may depose expert designated by Plaintiffs on or before: | July 29, 2024 |
| Defendant to submit rebuttal declaration (if any) on or before: | August 12, 2024 |

| | |
|---|---|
| Plaintiffs to supplement "Undisputed Facts" Section of their Motion for Summary Judgment with information provided in supplemental discovery on or before: | August 19, 2024 |
| Defendant to supplement "Undisputed Facts" Section of his Motion for Summary Judgment with information provided in supplemental discovery on or before: | August 26, 2024 |

After August 26, 2024, the briefs regarding the cross motions for summary judgment will be deemed to stand submitted. However, the parties retain the right to move for limited supplemental briefing on the cross motions either based on the standards enunciated in *Rahimi* and *Cargill*, or on the undisputed facts submitted in response to the supplemental discovery.

/s/ Barry K. Arrington

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com
Attorney for Plaintiffs

/s/ Peter G. Baumann

LeeAnn Morrill
First Assistant Attorney General
Emily B. Buckley
Senior Assistant Attorney General
Peter G. Baumann
Senior Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: leeann.morrill@coag.gov
emily.buckley@coag.gov
peter.baumann@coag.gov
Attorneys for Defendant