IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01866-GPG-JPO

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's January 23, 2024, Order, the parties submit the following Joint Status Report.

The Court ordered the parties to file a joint status report within 14 days after the United States Supreme Court issued its decision in *United States v. Rahimi*, No. 22-915. The Court issued its decision on June 21, 2024. See *United States v. Rahimi*, No. 22-915, 2024 WL 3074728 (U.S. June 21, 2024). Fourteen days from that date is July 5, 2024.

The Court requested the parties to indicate their position regarding whether any of the scheduling modifications approved by the Court on January 23, 2024,

1

should be adjusted. The parties have conferred, and agree to a slight modification of the existing schedule, reflected below.

|  | **Old Date** | **Proposed New Date** |
|---|---|---|
| Plaintiff to submit substitute expert declaration on the number of LCMs in circulation on or before: | July 8, 2024 | (Plaintiffs submitted a declaration on July 1, 2024) |
| Defendant may depose expert designated by Plaintiffs on or before | July 29, 2024 | August 23, 2024 |
| Defendant to submit rebuttal declaration (if any) on or before: | August 12, 2024 | September 9, 2024 |
| Plaintiffs to supplement "Undisputed Facts" Section of their Motion for Summary Judgment with information provided in supplemental discovery on or before: | August 19, 2024 | September 16, 2024 |
| Defendant to supplement "Undisputed Facts" Section of his Motion for Summary Judgment with information provided in supplemental Discovery on or before: | August 26, 2024 | September 23, 2024 |

As contemplated in the Court's January Order, the parties retain the right to move for limited supplemental briefing on the cross-motions for summary judgment based on the undisputed facts submitted in response to the supplemental discovery.

Philip J. Weiser
Attorney General

*/s/Barry K. Arrington*** */s/ Peter G. Baumann*

_____  _____

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com
*Attorneys for Plaintiffs*

***Signature added via email authorization*

LeeAnn Morrill*
First Assistant Attorney General
Emily B. Buckley*
Senior Assistant Attorney General
Peter G. Baumann*
Senior Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: leeann.morrill@coag.gov
emily.buckley@coag.gov
peter.baumann@coag.gov
*Attorneys for Defendant*

**Counsel of record*

3