IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01866-GPG-JPO

BENJAMIN GATES,
TRAVIS SWARTZ
KARL HONEGGER, and
NATIONAL FOUNDATION FOR GUN RIGHTS, INC.

     Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

     Defendant.

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiffs Benjamin Gates, Travis Swartz, Karl Honegger, and National Foundation for Gun Rights, Inc., and Defendant Jared S. Polis, in his official capacity as Governor of the State of Colorado, by and through their respective attorneys, stipulate to the dismissal of this action with prejudice. Each party shall bear his or its own costs and attorney fees.

| */s/ Barry K. Arrington* | */s/ Peter G. Baumann* |
|---|---|
| Barry K. Arrington | LeeAnn Morrill |
| Arrington Law Firm | First Assistant Attorney General |
| 4195 Wadsworth Boulevard | Emily B. Buckley |
| Wheat Ridge Colorado  80033 | Senior Assistant Attorney General |
| Voice:  (303) 205-7870 | Peter G. Baumann |

1

Email:  barry@arringtonpc.com  
Attorney for Plaintiffs

Assistant Attorney General  
Daniel R. Magalotti  
Assistant Attorney General Carr Fellow  
Colorado Attorney General's Office  
1300 Broadway, 6th Floor  
Denver, Colorado 80203  
Telephone: (720) 508-6000  
Email: leeann.morrill@coag.gov  
emily.buckley@coag.gov  
peter.baumann@coag.gov  
daniel.magalotti@coag.gov  
Attorneys for Defendant